# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Keith Coleman

                Plaintiff,

v.                                       Case No.: 1:22−cv−00016
                                                Honorable John Robert Blakey

Soo Line Railroad Co.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 28, 2022:

      MINUTE entry before the Honorable John Robert Blakey: The Court grants Defendant's unopposed motion for extension of time [6]; Defendant shall answer or otherwise respond to the complaint by 2/22/22. The parties may file their initial status report by this date as well, see [4]. The 2/1/22 Notice of Motion date is stricken. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.