# EXHIBIT A


**CP**

Labor Relations
120 South 6ᵗʰ St.
Suite 800
Minneapolis, MN 55402

**CONFIDENTIAL & PRIVILEGED**

November 21, 2017

Mr. Peter M. Semenek
General Chairman BLET
123 E. Lake St. Suite #105
Bloomingdale, IL 60108

Dear Mr. Semenek:

This will confirm our discussion during our meeting on November 20-21, 2017 regarding the moratorium contained in the BLET-Soo Agreement dated June 18, 2015 which became effective November 7, 2015.

Pursuant to the provisions of Article 37-A, the Moratorium extends until December 31, 2019. Subject to the provisions of SIDE LETTER No. 1, if neither party invoked its right to revert on or prior to November 18, 2017, the Moratorium specified in Article 37 would govern.

Accordingly, inasmuch as neither party issued notice of intent to revert to the Collective Agreement provisions in effect prior to the effective date of the June 18, 2015 Agreement ("Hourly Agreement") prior to November 18, 2017, the June 18, 2015 Agreement remains in effect until December 31, 2019.

If you concur this accurately reflects our discussion, please indicate your concurrence in the space provided below.

Sincerely,                                           I Concur:

Myron Becker                                         Peter Semenek
Asst. Vice President, Labor Relations                General Chairman

# AN AGREEMENT
## BETWEEN

## SOO LINE RAILROAD COMPANY (SOO)

### d/b/a

## CANADIAN PACIFIC RAILWAY (CP)



### AND

## IT'S ENGINEERS REPRESENTED BY BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN



**June 18, 2015**

# TABLE OF CONTENTS

TABLE OF CONTENTS ........................................................................ 2

ARTICLE 1 - PURPOSE ...................................................................... 5

ARTICLE 2 - GENERAL PRINCIPLES ............................................ 5

ARTICLE 3 - RECOGNITION ........................................................... 5

ARTICLE 4 - SCOPE OF AGREEMENT ........................................... 6

ARTICLE 5 - WAGES ......................................................................... 6

ARTICLE 6 - EMPLOYMENT SECURITY ....................................... 7

ARTICLE 7 - SENIORITY .................................................................. 8

    Section 1    General ............................................................... 8

    Section 2   Establishment ....................................................... 8

    Section 3   Demoted Engineers ............................................... 8

    Section 4   Re-Entering Service .............................................. 9

    Section 5   Seniority Districts and Extra Board Locations ... 9

    Section 6   Entitlements of affected Engineers ................... 11

    Section 7   Prior Rights Seniority ........................................ 12

    Section 8   Seniority Roster .................................................. 13

    Section 9   Seniority Retention-Company Managers/Officers ... 13

    Section 10   Seniority Maintenance Fee ................................ 14

ARTICLE 8 - JOB VACANCIES, BIDDING AND WORK WEEK SCHEDULES ... 14

    Section 1   Regular Assignment, Unassigned Pools and Extra Boards ... 14

    Section 2   Unassigned Service ............................................ 17

    Section 3   Assignment to Positions .................................... 18

    Section 4   Transfers ............................................................ 18

ARTICLE 9 - ANNULMENT OF ASSIGNMENTS .......................... 20

ARTICLE 10 - ABOLISHMENT AND DISPLACEMENT ............... 21

ARTICLE 11 - GUARANTEED· EXTRA BOARD (GEB) ............... 21

ARTICLE 12 - APPROVAL OF APPLICATION FOR EMPLOYMENT ... 23

ARTICLE 13 - RULES/RECERTIFICATION/INSTRUCTION CLASSES ... 23

ARTICLE 14 - ON AND OFF DUTY POINT .................................... 24

ARTICLE 15 - CALLING FOR DUTY .............................................. 25

Section 1   Calling................................................................................................................25

Section 2   Used out of Order...............................................................................................25

Section 3   Called and Released...........................................................................................26

Section 4   Familiarization of Territory ..............................................................................26

ARTICLE 16 - MEAL PERIODS .............................................................................................26

ARTICLE 17 - EXPENSES .......................................................................................................27

Section 1   Held Away From Home Terminal......................................................................27

Section 2   Transportation Expense.....................................................................................28

Section 3   Deadheading........................................................................................................28

Section 4   Aggregate Service ...............................................................................................28

ARTICLE 18 - PERSONAL LEAVE DAYS (PLD's)...............................................................28

ARTICLE 19 - BEREAVEMENT LEAVE.................................................................................29

ARTICLE 20 - HOLIDAYS......................................................................................................29

ARTICLE 21 - VACATION ......................................................................................................29

Section 1   Entitlements.........................................................................................................29

Section 2   Brotherhood of Locomotive Engineers-and Trainmen - Union Officials.....31

Section 3   General.................................................................................................................32

ARTICLE 22 - BENEFITS.........................................................................................................32

Section 1   Health & Welfare.................................................................................................32

Section 2   Off Track Vehicle Accident Benefits ................................................................33

Section 3   Employee Assistance Program ..........................................................................33

Section 4   401K Plan .............................................................................................................33

Section 5   Brotherhood of Locomotive Engineers-and Trainmen - Union Officials.....33

ARTICLE 23 - PHYSICAL EXAMINATIONS.........................................................................33

ARTICLE 24 - MEDICAL DISQUALIFICATIONS ...............................................................34

ARTICLE 25 - PAYDAY ..........................................................................................................34

ARTICLE 26 - PAYROLL AND DEDUCTIONS.....................................................................34

ARTICLE 27 - UNION SHOP AGREEMENT ........................................................................35

ARTICLE 28 - HANDLING OF CLAIMS AND GRIEVANCES ...........................................37

Section 1   Representation .....................................................................................................37

Section 2   Handling of Claims and/or Grievance Process................................................38

Section 3   Handling of Discipline Appeals.........................................................................39

Section 4   General .................................................................................................................40

ARTICLE 29 - INVESTIGATIONS AND DISCIPLINE ........................................................................40

ARTICLE 30 - TIME OFF FOR UNION BUSINESS ...........................................................................42

ARTICLE 31 - ATTENDING COURT AND INQUESTS ....................................................................42

ARTICLE 32 - LEAVE OF ABSENCE ................................................................................................42

    Section 1    General ...........................................................................................................42

    Section 2    Less Than 1 Year ...........................................................................................42

    Section 3    Illness / Injury ..............................................................................................43

    Section 4    Official / Military ..........................................................................................43

ARTICLE 33 - JURY DUTY ................................................................................................................43

ARTICLE 34 - BULLETIN BOARDS ..................................................................................................43

ARTICLE 35 - CREW CALLING RECORDS .......................................................................................43

ARTICLE 36 - TERMINAL EFFICIENCY ..........................................................................................44

ARTICLE 37 - GENERAL PROVISIONS ............................................................................................44

ATTACHMENT "A" Questions and Answers .....................................................................................46

APPENDIX 1 SEVEN DAY MARK ....................................................................................................50

Side Letter 1 - Reversionary Provisions ............................................................................................52

Side Letter 2 - Regulatory Changes, Hours of Service ......................................................................54

Side Letter 3 - Notification of Ratification and Employee Share Purchase Plan ...............................56

Side Letter 6 ......................................................................................................................................59

**IT IS HEREBY AGREED:**

# ARTICLE 1 - PURPOSE

The parties to this Agreement agree that the fundamental objective of the Company is to operate a safe, efficient and effective railroad transport operation and a key component to the success of this venture is the contribution of Locomotive Engineers (hereinafter referred to as Engineers.

This Agreement is founded on a principle of paying for Engineers' time on an all-inclusive basis and contemplates that in order for the operation to be successful, individuals will perform all duties requested of them, subject to the provisions contained herein.

# ARTICLE 2 - GENERAL PRINCIPLES

A. In this Agreement, words importing the singular shall include the plural and vice versa where the context requires. Words importing the masculine gender shall include the feminine where the context requires.

B. This Agreement is intended to be applied in a non-discriminatory manner without regard to age, race, creed, color, gender, national origin, disability, sexual orientation or marital status.

C. The parties recognize that this is a new Agreement, which replaces any and all existing Agreements, unless otherwise provided, and introduces changes in the workplace. In recognition of this a committee consisting of the BLET General Chairman, a BLET Member appointed by the BLET General Chairman, and the Company's General Manager (s) Operations and Director Labor Relations or their respective designates, will be established. This committee will be known as the Dispute Resolution Committee, and will meet quarterly (unless otherwise agreed) at a time and location mutually agreed upon. In matters requiring a vote of the Committee, up to two (2) Labor Members and up to two (2) Company Members may vote.

D. It is recognized that Management has the exclusive right to manage its business; to classify and direct the work force; to assign duties and to schedule the starting times of jobs; determine procedural methods and equipment to be utilized; schedule the workweek and work; the number of Engineers to be assigned to a crew, job, terminal/station and the number to be employed or retained in employment except as otherwise specifically limited by this agreement.

# ARTICLE 3 - RECOGNITION

A. This Agreement covers all Engineers employed by the Company and represented by the Brotherhood of Locomotive Engineers and Trainmen under the Railway Labor Act, as amended.

B. The term "Engineer" as herein referred to shall mean Engineers represented by the Brotherhood of Locomotive Engineers and Trainmen, except where otherwise specifically provided for herein. The term "Company" shall mean the Canadian Pacific.

5

The term "Union" or "General Committee" shall mean the regularly constituted General Committee of the Brotherhood of Locomotive Engineers and Trainmen.

C. The right to make and interpret contracts covering rules, rates of pay and working conditions on behalf of Engineers covered by this Agreement shall be vested in the regularly constituted General Committee of the Brotherhood of Locomotive Engineers and Trainmen.

D. Where the term "duly accredited representative" appears herein, it shall be understood to mean the regularly constituted General Committee and/or the Officers of the Brotherhood of Locomotive Engineers and Trainmen of which such General Committee or Officers are a part.

## ARTICLE 4 - SCOPE OF AGREEMENT

A. The parties recognize that the scope of this Agreement is unlike traditional agreements in the rail industry and that it must be interpreted accordingly. That being said, the primary role of an Engineer is to perform transportation duties associated with the operation of locomotives. Within terminals or locations where remote technology exists, the operation of such technology may be performed by other rail unionized craft employees. Non - traditional terminal operations that operate in excess of either restricted speed or 15 miles beyond existing conventional terminal limits will be performed by an Engineer operating on-board or off-board the locomotive regardless of how the locomotive is controlled, one example is GPS.

B. The parties recognize that in order to meet a customer's immediate service need, or to meet operational exigencies at a time a regularly assigned crew is not present and available in the terminal for such service, and time will not permit calling a rested extra Engineer, a qualified Engineer may be used, without penalty, to perform such service. The term qualified Engineer does not include an official of the Company.

C. The parties recognize that to achieve maximum efficiency of operations and to expedite movement of trains, Engineers may perform incidental work for which they are qualified without additional compensation in the absence or unavailability of another Engineer who would otherwise perform such work.  (Q/A)

## ARTICLE 5 - WAGES

A. Except as otherwise provided herein for "Non Service", the rate of pay for Engineers on the effective date of this agreement will be as shown in the Table below:

|  | Basic 10 hour day: | Overtime Rate: | General Holiday Rate: | Guaranteed Extra Board Weekly Rate: | Non Service Hourly Rate: |
|---|---|---|---|---|---|
| Hourly rate | $48.00 | $72.00 | $57.60 | $1,865.00 | $36.00 |

B. Except as otherwise specified in Article 8, Section 1 of this agreement, ten (10) hours or less will constitute a basic day and pay for all time on duty after ten (10) hours will be at the rate of time and one half. Engineers requesting to be relieved during their tour of duty will be paid actual time on duty. (Q/A)

C. Engineers who perform service, at the request of the Company, on their assigned rest days shall be paid for such service at the rate of time and one half. Extra Board Engineers that perform service on their assigned rest days will not have their guarantee offset by the time and one half earnings provided the Engineer has been fully available on his scheduled work days during the entire week. (Q/A)

D. The Non-Service eight (8) hour rate of pay on the effective date of this agreement will be based on the service to which assigned and as shown above in the table in paragraph A of this Article 5.  This rate will be paid for the following service categories when Engineers do not perform train service: Attending Court and Inquests, Jury Duty, Company Required Training, Company Initiated Meetings, Bereavement, Company or regulatory agency (e.g. FRA) required Medical Examinations and Attending Investigations when no Discipline is assessed.

E. When Engineers are called to commence work on General Holidays they shall be paid at a rate of 1.2 times the regular hourly rate (blended rate) and 1.5 times the blended rate for time worked in excess of the basic day to which assigned on that day.

## ARTICLE 6 - EMPLOYMENT SECURITY

A. Unless otherwise provided for in Article 32 - Leave of Absence, Section 4, upon the effective date of this agreement, all Engineers who have established seniority prior to the effective date of this Agreement and who are currently working a position as locomotive Engineer on the effective date of this agreement will be provided an assignment (which may be a Pool, Regular Assignment or a Guaranteed Extra Board [GEB] assignment) established pursuant to Article 8 of this Agreement, and will not be subject to demotion to train service, provided they have exercised their seniority to the fullest extent on their respective seniority territory and remain available to protect service. (Q/A)

B. Employees who have established seniority as locomotive Engineer, but who are in demoted status on or prior to the effective date of this agreement, shall, upon being awarded an Engineer position under the Seven Day Mark or upon reaching the trip count requirement in paragraph C below, be entitled to the protection provided in paragraph A above.

C. Employees who are hired subsequent to the effective date of this Agreement and who establish seniority as locomotive engineer, and subsequently accumulate 1080 working trips as an engineer, will be entitled to the protection provided in Paragraph A.

NOTE:      The parties recognize in the event of a strike in the industry that directly affects CP or the businesses it serves, a transaction involving a sale between CP and another Company, or a significant economic downturn similar to the 2007 economic downturn, that results in a reduction in traffic volumes and revenue, the forgoing provisions may be temporarily suspended.  The ability to temporarily suspend the foregoing provisions are subject to engineers

governed by this agreement having the ability to exercise their train service seniority. In the event the above are triggered, the Assistant Vice President, Labour Relations will provide the General Chairman with fourteen (14) days' notice of the necessity to reduce the workforce. In the event the fourteen (14) day notice is issued, the parties agree to meet within seven (7) days to discuss the economic impact and its potential duration.

D. In the event the protection is suspended due to any one of the reasons specified herein, Engineers who are unable to hold an engineer position in their seniority district may exercise their trainman seniority subject to the rules governing the trainman craft.

# ARTICLE 7 - SENIORITY

## Section 1     General

A. The right of Engineers to perform service will be governed by seniority, qualifications being equal. The Engineer longest in the service will have the preference.

B. The Company will keep the General Chairman and each Local Chairman of the BLET supplied with lists of qualified promoted Engineers who will be accorded seniority dates and rank numbers as Engineers in conformity with their standing as recorded on the lists subject to the rules hereinafter provided for.

## Section 2   Establishment

A. Except as otherwise provided herein, the seniority date of the hired Engineer shall be the date of his first compensated service as Engineer under this agreement.

B. In the event an Engineer is hired who is previously certified, this Engineer will establish seniority on the date of his first tour of duty as Engineer. The date that this Engineer establishes his seniority will also be the effective date for establishing seniority for any Engineers in active training as a Locomotive Engineer. The previously certified Engineer will be placed on the seniority roster behind those Engineers already in training, or if assigned to the class will be placed on the roster by his seniority ranking in relative order of other newly hired Engineers in the Engineer Training Program. It is the intent that these provisions operate to prevent the runaround of Student Engineers by hired, promoted and certified Engineers while those Students are actually involved in a recognized training class.

## Section 3   Demoted Engineers

Engineers hired subsequent to the effective date of this Agreement and who are demoted will be used to fill Engineer vacancies in accordance with their seniority when extra Engineers are unavailable to fill such vacancies. This applies to vacancies ordinarily filled by extra board Engineers.

NOTE:     "Availability" as used in this article means the demoted Engineer is rested according to law or Agreement and is in proper order to be contacted under the terms of the calling rule.

8

**Section 4    Re-Entering Service**

Engineers reinstated retain their rank of seniority. Engineers reemployed lose their former rank and enter the service as new Engineers.

**Section 5    Seniority Districts and Extra Board Locations**

A. Upon the effective date of this Agreement, the following Seniority Districts will be established and will replace all Seniority Districts previously in effect:

| Seniority District 1 | Harvey, Enderlin and Thief River Falls | |
|---|---|---|
| **Zone No.** | **Extra Board Location(s) & Source of Supply Point(s)** | **Protects** |
| 1 | Harvey | All assignments headquartered at or between Harvey and/or Portal and between Harvey and and Newtown and at Newtown. |
| 2 | Enderlin | All assignments headquartered at or between Enderlin and Harvey, excluding Harvey; and/or between Enderlin and Glenwood, excluding Glenwood. |
| 3 | Thief River Falls | All assignments headquartered at or between Thief River Falls and Glenwood excluding, Glenwood. |

9

**Seniority District 2     St. Paul, Glenwood and Superior**

| Zone No. | Extra Board Location(s) & Source of Supply Point(s) | Protects |
|---|---|---|
| 1 | St. Paul | All assignments headquartered at or between St. Paul and/or Glenwood; St. Paul and Superior, excluding Superior; St. Paul and Portage, excluding Portage; St. Paul and Roseport; St. Paul and Dresser. |
| 2 | Superior | All assignments headquartered at Superior. |
| 3 | Glenwood | All assignments headquartered at Glenwood. |

10

**Seniority District 3      Portage and Milwaukee**

| Zone No. | Extra Board Location(s) & Source of Supply Point(s) | Protects |
|---|---|---|
| 1 | Portage | All assignments originating at Portage and operating between Portage and Twin Cities, excluding Twin Cities; and between Portage and Bensenville, excluding Bensenville and Milwaukee, Portage and Madison; and between Portage and LaCrosse, including LaCrosse. |
| 2 | Milwaukee | All assignments headquartered at Milwaukee and/or between Milwaukee and Bensenville excluding Bensenville. |

**Seniority District 4      Bensenville and Elkhart**

| Zone No. | Extra Board Location(s) & Source of Supply Point(s) | Protects |
|---|---|---|
| 1 | Bensenville | All assignments headquartered at Bensenville and operating between Bensenville and the connecting Railways in greater Chicago area. |
| 2 | Elkhart | All assignments headquartered at Elkhart  and between Elkhart and Bensenville, but excluding Bensenville; and between Elkhart and Windsor, excluding Windsor. |

B. The Company shall provide notice to the General Chairman, in writing, of not less than sixty (60 days), of its intent to establish a new terminal and one hundred twenty (120) days of its intent to abolish an existing terminal.  Such notice shall identify the terminal (s) involved, the operational reasons for the change and the effective date of the intended change.

**Section 6   Entitlements of affected Engineers**

A. When an Engineer is required by the Company to permanently relocate to a new work location as a result of the application of Section 5, paragraph B, above,

which is in excess of fifty miles from the Engineer's existing work location, the Company will pay, in lieu of any and all other moving and/or relocation benefits, including real estate protection from loss on sale of the home, a "relocation allowance" of $25,000; provided the new work location is more than 50 miles from the Engineer's existing work location and is a greater distance from the Engineer's present residence than was the former work location. Such allowance shall be paid in the increments and upon completion of the requirements set forth immediately below:

(i)   $5,000; paid to Engineer upon reporting to and marking up at the new location.

(ii)   $10,000; upon receipt by the Company of documentation showing a receipt from a moving company identifying that; 1)the Engineer's personal household goods were delivered to the location of the Engineer's new residence and 2) that any school age children of the Engineer or for which the Engineer is legal guardian are enrolled in school at the new location.

(iii)   $10,000; payable sixty (days) from the Company's receipt of proof of the later occurrence of either event specified in (ii) above.

Note:   All events in paragraphs (i) – (iii) above, and corresponding payments therefore, must be concluded one (1) year from the date the Engineer was notified of the requirement to relocate or from abolishment of the Engineers position and the former location, whichever occurs later.

B. Engineers who receive the amounts specified above must remain employed at the new location with the Company for a minimum of twenty four (24) months from the date of the initial payment specified in A above. An Engineer who voluntarily resigns from the Company will be required to reimburse the Company on a pro-rated basis in the amount of $1,000.00 for each service month remaining in the 24 month period.

C. This Section 6 does not apply to any relocation resulting from the normal exercise of seniority or force assignment as occurring in accordance with this agreement.

## Section 7   Prior Rights Seniority

A. Engineers who retain prior rights on any of the former Consolidated Seniority Districts pursuant to the 1985 SOO/Milwaukee Merger Agreement or the former Elkhart implementing agreement will continue to possess relative prior rights to any existing former prior righted positions bulletined as assignments on the Seniority Districts outlined in Section 7 herein. (Q/A)

B. Engineers possessing prior Consolidated Seniority District rights will continue to possess relative prior rights to any existing former consolidated Seniority District position on their new Seniority District.

C. When runs operate over two or more Seniority Districts, such runs may be assigned to district Engineers on an equity basis as mutually agreed between the General Chairman and the Superintendent. In the application of this paragraph, manpower related issues will be given consideration. (Q/A)

**Section 8   Seniority Roster**

A. Seniority rosters will continue to be compiled by the Company and posted on or about January 1 of each year with copies furnished to the General Chairman and Local Chairmen.  Rosters will show each Engineer's name, Engineer rank, date of seniority, status and prior rights code, if applicable.  A seniority date not protested within 90 days from its first posting will be considered permanently established, and future requests for changes will not be considered except to correct typographical errors.

B. The System Seniority Roster for Engineers in effect on the day immediately prior to the effective date of this agreement shall be the System Seniority Roster for Engineers and shall continue to be updated consistent with paragraph A. above.

**Section 9   Seniority Retention-Company Managers/Officers**

A. Company managers/officers who on the effective date of this Agreement hold engine service seniority but do not otherwise pay dues to the BLET shall, in order to continue to accumulate engine service seniority, be required to pay a monthly seniority retention ("SR") fee to the BLET in an amount not to exceed the full monthly dues payable to BLET and its subordinate units by a member of that organization. Such fee shall be payable at the same time as monthly dues are payable by a BLET member. A company manager/officer who fails to pay the SR fee when due shall be promptly notified by certified mail of that non-payment by the BLET. If such default has not been resolved within thirty (30) calendar days after the date of such notice, the BLET shall provide the Company written notification of the non-payment and that individual's seniority in the engine service class/craft involved shall be forfeited effective on the first calendar day after expiration of the 30-day notice period, subject to the provisions contained in Paragraph C below.

B. Engineers, holding seniority as such, who subsequent to the effective date of this Agreement accept manager/officer positions, and who do not continue to pay dues or a monthly seniority retention ("SR") fee to the BLET as set forth in A above, shall be promptly notified by certified mail of that non-payment by the BLET. If such default has not been resolved within thirty (30) calendar days after the date of such notice, the BLET shall provide the Company written notification of the non-payment and that individual's seniority in the engine service class/craft involved shall be extinguished effective on the first calendar day after expiration of the 30-day notice period, subject to the dispute resolution provisions contained in Article 27, Paragraph F of the Agreement.

C. The SR fee required under this provision will be payable by an Engineer on a monthly basis beginning with the first full calendar month that immediately follows commencement of service as a manager/officer.

D. The BLET shall indemnify and hold harmless the Company against any and all claims, demands, suits or other forms of liability that arise out of or by reason of any action taken or not taken by the Company pursuant to this Article.

E. The seniority of Engineers who accept a management position with CP including any of its subsidiaries shall be protected under this agreement so long as the Engineer continues employment as a manager with CP or one of its subsidiaries.

13

F. In the event a management employee is dismissed from a management position, the affected employee may request a hearing/investigation and one will be provided in accordance with Article 29 of this Agreement before the employee's seniority under this agreement is removed. The request for hearing/investigation must be made within ten (10) days of the date the employee's at-will relationship with the Company is terminated and the hearing shall be held within thirty (30) days of the date of the Company's receipt of the hearing/investigation request.

When a manager, whose seniority is protected by the provisions of this agreement and whose at-will employment relationship was terminated, is withheld from service or on administrative leave pending the hearing will not be construed as a deprivation or abrogation of the employee's due process rights under the applicable agreement.

## Section 10  Seniority Maintenance Fee

Effective with the date of this Agreement, SOO employees transferring from train service to engine service shall be subject to payment of their fair share of the expenses of negotiating and administering the collective bargaining agreement governing their rates of pay, rules and working conditions within the craft of locomotive Engineers and in the protection of their continued Engineers' seniority as follows:

A. Engineers demoted to train service will have their Engineer seniority placed in leave of absence status and will continue to accumulate such seniority during the period of time that such Engineers are required to protect their train service seniority. A service fee payment to the BLET will be required while maintaining and accumulating Engineer seniority.

B. A service fee will be required of Engineers transferring from train service who do not hold membership in the BLET in order to defray the cost of negotiating and administering the collective bargaining agreement governing their rates of pay, rules and working conditions and for the maintenance and accumulation of Engineers' seniority.

C. The service fee specified in the preceding paragraphs shall be based upon the costs of negotiating and engaging in all collective bargaining matters, but in no event shall exceed the amount of full monthly dues of the BLET.

D. The provisions outlined in this Section 10 shall only be implemented upon thirty (30) days written notice by the General Chairman of the Brotherhood of Locomotive Engineers and Trainmen, and may thereafter be suspended by him upon thirty (30) days written notice to the Company.

# ARTICLE 8 - JOB VACANCIES, BIDDING AND WORK WEEK SCHEDULES

## Section 1  Regular Assignment, Unassigned Pools and Extra Boards

A. A train/job starting 4 consecutive days during the same 4-hour window, or 6 days of a 7 day period during the same 4-hour window will be included in the 7 day mark for the following week.

14

B. The Company shall determine the work rest schedule(s) for each type of service. Unless otherwise agreed by the parties and in compliance with the RSIA, Work/Rest schedules for regular assignments may be any of the following arrangements: (Q/A)

| 6/2 - 4/2 work schedule | 6/2 work week |
|---|---|
| 6 working days with 2 assigned days off for the first week and,<br><br>Then 4 working days with 2 assigned off days for the second week.<br><br>• 10 hour basic day<br>• Overtime paid after 10 hours on duty | 6 working days with 2 assigned days off<br><br>• 10 hour basic day<br>• Overtime paid after 10 hours on duty |
| **5/2 work week** | **5/2 work week** |
| 5 working days with 2 assigned off days in the work week.<br><br>• 10 hour basic day<br>• Overtime paid after 10 hours on duty | • 8 hour basic day<br>• Overtime paid after 8 hours on duty |
| **4/3 work week** | **3/4 Work Week** |
| 4 working days with 3 assigned off days in the work week<br><br>• 12 hour basic day<br><br>Overtime would apply for time worked in excess of 48 hours per work week. | 3 working 12 hour days with 4 assigned off days in the work week<br><br>• 12 hour basic day , Overtime does not apply to this scheduled work week<br><br>This schedule is paid 40 hours per week minimum that is contingent upon the assigned employee protecting all shifts assigned during a pay period. |

C. (i) Regular assignments will be bulletined with a four (4) hour calling window or an assigned start time at the home terminal. The Company may adjust the starting time of an assignment within the designated calling window (spread). In the event a regular assignment is called to report for duty or annulled two hours or more beyond the close of its advertised spread time, the Engineer will be considered on pay two (2) hours after the expiration of his advertised spread time and shall be paid for such time at the non-service rate applicable to the service in which assigned. In the event the requirements of service necessitate calling an Engineer prior to the opening of his advertised starting spread time, the Engineer will be paid on a minute basis for the time required to report ahead of the advertised spread time, with a minimum of 2.5 hours, at the basic daily rate.

Engineers who are not called for service or annulled upon the expiration of twelve (12) hours after the close of their assigned window/spread will be considered to have been automatically annulled at that time and spread pay will cease.

**Example 1**    Engineer Winter has an advertised spread time to start between 10:00 to 14:00 hours. Engineer Winter is called at 14:00 for a 17:00 start time. *What time does Engineer Winter go on pay?*

Answer:    For pay purposes only, Engineer Winter goes on pay at 16:00.

**Example 2**    *Engineer Winter is called to report for duty at 10:00. What time does Engineer Winter go on pay?*

Answer:    10:00.

**Example 3**    Engineer Winter is called in advance of his advertised spread time to report for duty at 09:00. *What time does Engineer Winter go on pay?*

Answer:    09:00. However in addition to his earnings for that day, Engineer Winter will be allowed actual time with a minimum of two and one-half (2 ½) hours pay at the basic rate.

(ii) Engineers in assigned service who are tied up at the away from home terminal shall run first in, first out among other assigned Engineers from the same home terminal and shall run ahead of unassigned Engineers from the same home terminal tied up at that terminal.

D. (i) Guaranteed Extra Board assignments will be established where the needs of service dictate and will initially be bulletined to work six (6) days with two (2) scheduled rest days or pursuant to paragraph B above.

(ii) Alternatively, at the discretion of the Company, GEB assignments may be bulletined to work less than six (6) days with two (2) or more consecutive scheduled rest days, with the GEB guarantee reduced proportionately.

E. Each terminal will maintain a bulletin listing all positions, including pool and guaranteed extra board positions, which will include **(a)** the job title and the normal assigned duties of the job, **(b)** the home terminal and, where applicable, the away from home terminal, **(c)** whether the job is anticipated to tie up at the on-duty point, **(d)** the starting time or spread time of regular assignments, if applicable, and **(e)** the assigned day(s) off. (Q/A)

F. Newly established positions will be bulletined for a period of five (5) days to enable interested Engineers to update their preferences in the crew calling system. Additional positions on existing GEB's or in existing pools will not be bulletined, but will be assigned based on standing bids on file.

G. Regular assignments will have consecutive rest days unless otherwise agreed upon by the parties to accommodate a unique operational circumstance necessitating split rest days.

**Section 2   Unassigned Service**

A.  Unassigned pool service may be established by the company subject to the terms and conditions set forth herein.   Only the initial establishment of the pool shall be bulletined with the bulletin to include the home and away from home terminals of the run(s).

B.  Unless the parties agree to a different work rest arrangement, Engineers occupying positions in unassigned pool service will have a 6 on, 2 off work/rest arrangement. The provisions of Article 11, A, paragraph 2 will apply to Engineers assigned to Unassigned Pool service who do not elect to use "DT" provision.

C.  To increase the opportunity to be at the home terminal to commence rest days, Engineers in unassigned pool and Extra Board service shall have the opportunity to drop their turn ("DT") subject to the following conditions.

  1.   The employee must declare DT with the Crew Management Center as follows:

      (i) not less than twenty-four (24 hours) prior to the start time of the first rest day or at the time of tie up on the trip which ends during that 24 hour period, whichever is later.

  2.   Upon declaring DT for the day preceding the rest cycle, at such time as the employee becomes first out the employee's turn will be dropped from the Pool/GEB rotation and such turn will be placed at the bottom of the board and will continue to rotate up in sequence until:

      (i)   The engineer is called for a tour of duty that will tie up at the home terminal, or

      (ii)   The engineer commences his rest days.

  3.   Employees who do not notify the Company as outlined above, will be subject to a call for service until 21:59 hours for a start time at 23:59 on the day immediately preceding the scheduled start of the rest day.

  4.   Engineers utilizing the DT provision remain and are considered available for service while in DT and may be used in other than first in/first out order without penalty so long as they are used for service with an on duty time prior to 1800 hours and called for service that will tie up at the home terminal.

  5.   At the end of either the rest day period or 48 hours from tie up, whichever is later, an Engineer utilizing the DT provisions of this Article who was used while in DT status shall be marked up last out on the respective Extra Board or Pool. Engineers electing DT who are not used on the day prior to their rest days will be marked up first out upon completion of the rest days.

  6.   It is understood there may be instances when it is necessary for an engineer who utilizes the DT provisions of this Article to be used for service in the event the pool or Extra List is exhausted that causes the engineer to not be able to commence his rest days until after 0600 on the first rest day.  This is intended to be an intermittent occurrence and if it becomes systemic, the parties will

17

meet promptly to determine the cause and attempt to resolve the matter.

D. The number of turns in the pool shall be regulated in a manner that will normally provide that each individual assigned in the pool shall make no less than 10 starts in a two week checking period. This is not intended to operate as or constitute a guarantee.

E. Subsequent to the initial establishment of unassigned pool service, positions in the pool will not be bulletined but will be assigned to Engineers in accordance with the provisions of the Seven Day Mark.

F. Unassigned pool service may be cancelled at any time by the Company.

## Section 3   Assignment to Positions

Assignment to positions shall be governed by seniority. The existing 7 DAY MARK (Appendix 1) bid system will continue to operate and Engineers' job preferences will be maintained in the crew calling system and can be updated at any time to become effective at 0001 on the Wednesday following the date submitted. Unless otherwise provided for in this Agreement, the senior Engineer having a properly filed bid and the qualifications for a position will be assigned.

## Section 4   Transfers

### A. Temporary Transfers

### 1. Internal Temporary Transfer

a. Positions will be advertised for seven (7) days in the event of a known or anticipated temporary shortage of Engineers at a specific location(s). Applicants will be selected from among appropriately qualified volunteers based upon seniority and the requirements of service at each applicant's seniority district, qualifications being equal. Should temporarily transferred Engineers come from more than one seniority district, their relative seniority standing among themselves, on the district to which transferred, shall be based their earliest seniority date as an Engineer on CP or any of its component lines.

b. Successful applicants may be required to protect service at the shortage location for a minimum of thirty (30) days but not to exceed six (6) months, unless released by the Company earlier. These time frames may be extended as mutually agreed by the Company, the Engineer and the General Chairman of the BLET.

c. Engineers transferred pursuant to this provision shall be compensated as though assigned to the Guaranteed Extra Board at the location to which transferred and, in addition, shall be paid a per diem of $ 60.00 for each full calendar day they are marked up and available for duty to cover all expenses except lodging. Lodging, meeting the requirements of Article 17 B, will be made available to the Engineer at Company expense during the period of the temporary transfer under this provision.

### 2. Temporary Transfer to/from Other CP properties

18

a. If the need for temporary Engineers is still not fulfilled after utilizing the Temporary Transfer provisions above, or if work load demands do not permit the release of Engineers from other terminals to such temporary transfers, offers to Engineers from other CP properties to work temporarily on other /CP property where the need exists may be posted according to the terms and conditions set forth below. The positions will be considered temporary positions, and Engineers who accept transfer may be required to work on another /CP property for up to 90 days.

b. The General Manager(s) involved will determine the number of Engineers who may be released to accept temporary transfer to another property. Subject to final approval by the General Manager(s), Engineers will be permitted to transfer based on their seniority and the requirements of service in their home District.

c. Engineers approved to work on another CP property will be granted a Leave of Absence. The leave of absence shall expire seventy-two (72) hours from the time the Engineer is notified of his/her release from the other property and they shall immediately thereafter mark up for service in their home district. Engineers shall not lose their home district/road seniority as a result of anything resulting from their temporary employment on another property, unless they fail to mark up or return to service on their home district upon conclusion of their leave of absence.

d. If all such temporarily transferred Engineers are from the same seniority district on their home road, they shall rank among themselves in order as on their home seniority district roster. In the event temporarily transferred Engineers are from more than one seniority district or more than one road, their standing among themselves on the district to which they temporarily transfer shall be based on their earliest seniority date as Engineer on a CP property.

e. At the discretion of the General Manager, Engineers may be offered additional temporary assignment(s) (not to exceed an additional 90 days) at the conclusion of the initial assignment. In the event not all temporary Engineers can be released simultaneously, volunteers will be released in seniority order. If there are not enough volunteers, Engineers will be released in reverse seniority order.

f. At the end of every 90 day period (or when released), temporary Engineers will relinquish their rights to work on the property where the temporary service was performed and must return to their home property, unless otherwise mutually agreed upon between the General Manager and the General Chairman.

g. Engineers transferred pursuant to Section 4 A, paragraphs (1) and (2) shall be paid a per diem of $60.00 to cover all reimbursable costs including, but not limited to, meals and mileage for each full calendar day they are marked up and available for duty at the location to which transferred. Engineers transferred under these provisions shall be permitted to mark off for a period of up to four consecutive days, once during each twenty-one (21) day period, inclusive of rest days, beginning not less than 21 days after the first day at the temporary location and from the date of resuming service after each four day period thereafter.

h. Engineers will not make less than a basic day when available and protecting (other than rest days) on another property. All time worked and available by Engineers while on a temporary assignment on another CP property will be

counted towards any applicable employment time with regards to seniority accrual, vacation and PLD qualification and Health & Welfare benefits. Engineers on temporary assignments on another CP property shall be allowed Company provided lodging.

i.  Engineers accepting temporary transfer to another property will continue to be covered under the applicable Health & Welfare and benefit provisions as contained in their existing home road CP/BLET Collective Bargaining Agreement.

j.  Engineers on temporary transfer to other locations pursuant to these provisions shall be reimbursed for the necessary costs of transportation, which shall be at the standard driving allowance allowed by the IRS, from their home district terminal to the location of the Company provided lodging. At the conclusion of their leave of absence, Engineers shall be reimbursed for the necessary costs of transportation, which shall be at the standard driving allowance allowed by the IRS, from their Company provided lodging to their home terminal.

**B. Permanent Transfers**

1.  Engineers who request and are authorized to permanently transfer from one Seniority District to another will be placed according to their relative ranking on the System Seniority Roster for Engineers.

2.  Permanent transfers under this provision are subject to approval of the designated Company officers at both the location from which transferring and the location to which transferring.

3.  Engineers who are not 'protected' from furlough as provided in Article 6, paragraph A will not obtain any of the benefits of such protection due to an engineer exercising the permanent transfer provisions of the Section B.

# ARTICLE 9 - ANNULMENT OF ASSIGNMENTS

A.  When assignments are to be annulled <u>on holidays</u>, the Company shall provide Engineers assigned thereto at least twenty-four (24) hours' notice.

B.  When an assignment is annulled or works on New Year's Day, President's Day, Memorial Day, Good Friday, Independence Day, Labor Day, Thanksgiving Day, the Day after Thanksgiving, Christmas Eve Day, Christmas Day or New Year's Eve Day, at the Engineer's option he may utilize a personal leave day. (Q/A)

C.  When assignments are annulled on <u>other than</u> one of the General Holidays referred to in sub-paragraph B herein, the Engineer assigned to the position may be called under the applicable rules and used on other available work within the scope of this Agreement. Engineers not used will be paid for the day or time lost.

D.  On a day that an Engineer's regular assignment is bulletined to tie-up at an away-from-home-terminal and such Engineer is annulled or tied-up at the home terminal, the Engineer must be available for service on the next day and may be called ahead of the GEB, without penalty, subject to the following conditions:

- The Engineer must be listed within the same four (4) hour calling window as scheduled for the next outbound trip.

- The Engineer must tie up at his home terminal.

- Engineers available but not used shall be compensated at the basic day straight time rate of the assignment.

## ARTICLE 10 - ABOLISHMENT AND DISPLACEMENT

A. Engineers whose positions are abolished will be placed in accordance with the individual's properly filed bid in accordance with the Seven (7) Day Mark.

B. In the application of sub-paragraph A herein, if unable to displace a junior Engineer in the terminal, the Engineer shall exercise his seniority to displace a junior Engineer within his Seniority District within forty-eight (48) hours, or he will be assigned. An Engineer who by operation of this rule must exercise to a location that is more than 100 miles from the location from which he is displaced will be permitted a reasonable time, not exceeding twenty-four (24) hours, to report to and be marked on the position. If an Engineer has insufficient positions indicated on his bid or insufficient seniority to be assigned to any such position, the Engineer will be assigned to a vacant position or, if none, placed by the Company.

C. Permanent changes in rest days or home terminal shall entitle the affected Engineer to a displacement, which must be requested at the time notified of the change.

## ARTICLE 11 - GUARANTEED· EXTRA BOARD (GEB)

A. 1. Where Guaranteed Extra Boards (GEB) have been established the scheduled weekly rest day(s) will commence at 0001 hours, with the Engineer automatically marked back to the board at 0001 following the rest day(s). Except when utilizing the DT provisions as provided in Article 8, Section 2, C, Extra Board Engineers at their home terminal will not be called for duty that commences after 2359 hours on the day preceding their rest day. (Q/A)

2. If the Engineer is currently working or away from the home terminal at the time the scheduled rest day(s) are to begin, the rest day(s) will begin upon the Engineer's tie-up time at his home terminal and run for the prescribed period applicable to the work/rest arrangement, with the Engineer automatically marked back to the bottom of the board at the expiration of that time. However, if the Engineer's tie-up time occurred between 0001 and 0601 on the scheduled rest day, the Engineer will automatically be marked back to the bottom of the board at 0601 following expiration of the designated rest days.

B. GEB's will operate on a first-in, first-out basis, based on tie-up time. Where more than one Engineer is marked back up to the Board at the same time their previous tie up time will govern relative order.

C. Unless otherwise provided for herein, Engineers assigned to GEB's will fill temporary vacancies and extra assignments at the location of the Board, within the Zone and

at outlying points within the Seniority District, as necessary. In the event the GEB from which the assignment would normally be filled is exhausted, the assignment will be filled by:

1. Unassigned pool, if established, at the location of vacancy.

2. Other GEB, if established, in same terminal,

3. The senior demoted Engineer at the location of the vacancy, who is not on assigned rest days,

4. The first-out qualified rested Engineer on the nearest Extra Board(s) within the Seniority District via highway miles; if none,

5. The first-out qualified and rested Engineer on the nearest Extra Board via highway miles on the adjacent Seniority District. Engineers used from the adjacent Seniority District will only be used on a tour of duty basis.

D. Except when held for mandatory rest pursuant to RSIA, when Engineers mark back up for any reason they will be placed to the bottom of the GEB and the following will apply:

1. Engineers who are first-out on the GEB and miss a call, or who lose a work opportunity due to utilizing the 'Drop Turn' provision or book off for any reason other than approved compensated leave will be considered first out and available for service upon mark up.

   Note: Engineers who book off for other than approved compensated leave will forfeit any guarantee due for that week.

2. The provisions of sub-paragraph D 1 herein, will not apply to Engineers referred to in paragraphs C 3 and C 4 of this Article who are not physically first-out on the GEB at that location.

3. Engineers who are held from the GEB to obtain mandatory rest pursuant to RSIA will retain their relative standing while obtaining the required period of rest after which they shall be subject to call in accordance with governing calling rules.

E. The number of Engineers assigned to GEB's will be regulated at the start of each week by the Company.

F. All compensation paid by the Company to Engineers while assigned to a GEB in a work week will be credited toward the guarantee excluding personal automobile mileage allowances, expenses, and payments that involve an alleged violation of this Agreement, such as runarounds, etc. Compensation received pursuant to Article 17, Held Away, Section 1. D. and Article 17, Section 3 - Deadheading and Section 4 - Aggregate Service will be credited toward the guarantee.

G. GEB Engineers who mark off on unpaid leave or who lose a work opportunity due to utilizing the 'Drop Turn' provision during any week shall forfeit any guarantee pay for that week. An engineer utilizing DT who is used while in DT status will not be

considered to have lost a work opportunity.

H. The rate established for extra boards under this Agreement as shown in the tables Article 5 Wages shall be subject to future general wage increases when negotiated between the parties.

I. GEB positions will not be advertised. Assignments shall be made on the basis of seniority.

J. Extra board Engineers shall be called for service not less than two (2) hours prior to the time required to report for duty.

K. The Company will provide the General Chairman ten (10) days' advance notice for any new Guaranteed Extra board it intends to establish. Such notice shall also identify the jobs/assignments which shall be protected by the newly established Extra Board.

L. All guarantee compensation paid to extra Engineers shall be considered as service rendered for purposes of qualification for vacation pay and qualification days for holidays.

M. Deadheading will be paid when it occurs as a result of force-assignment to the extra board of an Engineer holding an assignment at an outlying point.

N. Except as provided for in Article 17 Section 3 - Deadheading when called for service extra board Engineers will not make less than a basic day at the rate of the service in which operated.

O. Engineers assigned to the GEB may, at their option take payment in lieu of a personal leave day on holidays described in Article 9 B – Annulment of Assignments.

## ARTICLE 12 - APPROVAL OF APPLICATION FOR EMPLOYMENT

A. Applications for employment will be approved or disapproved within sixty (60) days following the day the Engineer first becomes qualified for and performs service under this agreement as an Engineer with the Company.

B. An application that is rejected anytime within such period will result in termination of the Engineer's relationship with the Company.

## ARTICLE 13 - RULES/RECERTIFICATION/INSTRUCTION CLASSES

A. Engineers who are required to attend rules, Engineer re-certification, re-certification physical, or instruction classes on their own time shall be paid actual time at the non-service rate, except that no pay shall be required for Engineers attending remedial classes in lieu of or as part of the discipline process or as described below. The Company will schedule the rules and instructions classes for the Engineers.

B. Where training takes place away from the Engineer's home terminal, lodging will be provided, and the Engineer shall be entitled to allowances for meals and for travel between the home terminal and the course accommodation.

23

C. Where an examination or test forms part of the training requirement, an Engineer is expected to meet the required standard on the first attempt. If an individual is unable to achieve the necessary standard, he will be offered additional training (without compensation) and will be afforded further opportunities to retake the examination, which must take place within ten (10) days of the first attempt and which will be on the Engineer's own time. An Engineer, who fails to attain the required standard at the completion of this period, will be deemed to have disqualified himself for employment and will forfeit all seniority.

D. Engineers who are required to attend rule, Engineer re-certification, or instruction classes during a normal tour of duty (i.e., combined with other service) will not be paid additional compensation.

E. Regular Engineers who lose earnings as a result of being required to attend rule, Engineer re-certification, re-certification physical, or instruction classes shall be paid for time lost (hours) at the non-service rate.

F. Extra Engineers required to attend rule, Engineer re-certification, re-certification physical, or instruction classes will be paid for time lost (hours) at the non-service rate and in no case will be paid less than actual time in attendance.

G. Engineers required at the request of the Company to attend the classes referred to herein on their assigned rest days shall be paid for such service at the rate of time and one half of the non-service rate.

## ARTICLE 14 - ON AND OFF DUTY POINT

A. Except as provided below, Engineers shall have a designated point for going on and off duty each day. The Company will notify the BLET Local Chairman with jurisdiction on the respective territory prior to bulletining positions where it is proposed to change any on or off duty points.

B. The starting time of an Engineer shall commence at the time he is required to report for duty, and his pay shall continue until the time he is tied up. (Q/A)

C. When Engineers are relieved at points other than the point of going on duty, the Company shall provide transportation to the appropriate off duty point which shall be at a recognized location as designated by the Company.

D. An Engineer operated to an away from home terminal that is not his normal away from home terminal location will be considered first-out upon completion of his legal rest or twelve (12) hours, whichever occurs later. Upon the expiration of twelve hours, or sooner if available, an Engineer used in this manner will only be called to deadhead or to work back to his home terminal. Upon the expiration of the later of twelve hours or expiration of legal rest, an Engineer referred to herein that is not called as described shall be considered on pay until called for duty; and such time shall not be counted towards his hours of service. (Q/A)

E. Except as otherwise agreed, changes will not be made in reporting and relief points until suitable wash and locker room facilities have been provided. Wash, locker, toilet

facilities and hot and cold running water will be provided for Engineers at relief points where they are tied up for rest. At away from home terminals and relief points, when lodging is provided at Company's expense any requirement for 'locker' will be construed to have been fulfilled.

F. Engineers performing service in connection with the Engineering Department (work train) may be tied up at any point away from their home terminal on any of the seven (7) GEB working days, but if held subject to a call for such service, a day's pay will be allowed.

    1. Engineers called to perform service as outlined herein shall remain on such assignment for the remainder of that week or until his assigned rest days at which time he will be relieved. If calling an engineer for such service would permit the engineer to only work the work train service for two or less days, such engineer may be runaround without penalty.

    2. Unless regular assignments are established for such service, the service as outlined in this paragraph F shall be filled from the GEB.

G. Except when in conjunction with work train service contemplated in (F) above, Engineers who are tied up at their away from home terminal may be called for a maximum of one (1) trip from that terminal that does not return to their home terminal. When so used, the Engineer's subsequent trip, whether working or deadhead, must return to the Engineer's home terminal.

# ARTICLE 15 - CALLING FOR DUTY

## Section 1   Calling

A. Unless otherwise agreed between the parties to accommodate special circumstances involving a recognized group of Engineers, an Engineer without a designated starting time shall be called not less than two (2) hours prior to the time required to report for duty, except in cases of emergency, such as floods, accidents, storms, etc., where Engineers shall be required to report as soon as possible.

B. Engineers must designate a telephone number at which they can be reached for the purpose of being called. Engineers may designate up to two additional numbers for this purpose.

## Section 2   Used out of Order

A. GEB Engineers who are available and not called in the correct order ("runaround") in accordance with the procedures in this Agreement, will be paid one half (1/2) of the basic day payment in addition to any other GEB earnings.

B. There shall be no "chain" type payments and not more than one runaround payment for any particular assignment.

C. Regular assigned Engineers not called for runs, through no fault of their own, will be paid for all time lost. If used on other assignments, money earned will be counted in computing pay for time lost (make whole). This paragraph does not constitute a

guarantee.

D. The incidence of runaround claims will be reviewed in the conferences established pursuant to Article 28, Section 4 of this Agreement to identify and correct any systematic problems.

E. Trains that are tied up on line due to being overtaken by the Hours of Service Law may be re-crewed with a qualified Engineer from the home or destination terminal of the run or the nearest source of supply point via highway miles without penalty to the Company.

**Section 3   Called and Released**

When an Engineer is called, reports for duty and performs no service, and is then released prior to the expiration of ten (10) hours, he shall be allowed a minimum of one-half a day at the non-service rate or actual time consumed, whichever is greater, and returned to the bottom of the board. If the call and release service is the only service performed on that calendar day then a basic day's pay will be allowed. For purposes of this rule only, an Engineer will be considered to have performed service upon having been delivered to or taken charge of the locomotive(s) to be used for any portion of the trip of tour of duty. (Q/A)

**Section 4   Familiarization of Territory**

A. When Engineers are required to run over any portion of the road with which they or any other member of the crew are unacquainted, a pilot will be furnished.

B. When foreign line trains are detoured over any portion of the road, and the Engineer of such detoured train is not qualified to operate on the territory, an Engineer qualified as Engineer on that territory will be furnished as a pilot, if available. If none are available, other qualified Engineers may be used as pilot.

C. Demoted Engineers may also be used to pilot trains when Locomotive Engineers are not available for this purpose.

D. Engineers acting as pilots will be paid for actual time on duty with a minimum of a basic day.

# ARTICLE 16 - MEAL PERIODS

A. An Engineer whose assignment is bulletined to work primarily within a terminal will have, between the fifth and the seventh hour, twenty (20) uninterrupted minutes in which to eat.   However, in granting Engineers time for their meal, it is with the understanding that such must not cause unnecessary interference or delay with the performance of their work or the work of other crews.

B. Disputes arising out of the interpretation or application of this Article will not be used as the basis for time claims, but will be referred to the Committee established pursuant to Article 28 for final and binding disposition.   In the event the issue remains unresolved after Labor Management handling, the Organization may advance the issue to arbitration for final and binding resolution.   Prior to proceeding to arbitration an

unresolved issue involving this Article will be escalated for resolution to the Senior Vice President of Operations by the General Chairman. In the event the matter is arbitrated, the arbitrator will have authority to fashion a remedy that conforms to the intent of the rule.

# ARTICLE 17 - EXPENSES

### Section 1   Held Away From Home Terminal

A. A meal allowance of $12.00 will be payable after an Engineer is held four (4) hours or more at the away from home terminal and thereafter upon the expiration of each additional eight (8) hours tied up at the away from home terminal.

B. The Company will provide suitable lodging and will be responsible for the payment of room and taxes. To be considered "suitable," at a minimum, the lodging accommodation shall be:

- Reputable and clean;

- Single occupancy rooms with comfortable beds with innerspring or comparable mattresses, pillows, private lavatory and bath facilities with hot and cold running water in the room;

- Blankets, clean linen (sheets and pillow cases), soap and towels will be supplied each occupant;

- Rooms will be cleaned and bed linen changed after each occupancy by personnel other than the occupant;

- Rooms will be cooled or heated when climatic conditions normally require such cooling or heating.

C. When selecting regular accommodation providers the Company will consider the proximity of restaurant facilities that are open on a 24 four hour basis. The Superintendent will consult with the respective Local Chairman of the Brotherhood of Locomotive Engineers and Trainmen regarding changes to regular accommodation providers. In the event the parties are unable to agree to any proposed accommodation changes, the matter will be forwarded to the General Manager and the General Chairman for resolution.

D. Except as provided for in Article 14, On and Off Duty Point, when an Engineer is tied up at other than the advertised home terminal of the run or assignment, the individual shall be considered on pay upon the expiration of sixteen (16) hours from the time tied up until called for duty, except that such time shall not be counted towards hours of service, or overtime. Should an Engineer be called for service or ordered to deadhead after such pay begins; the held away from home terminal pay ceases at the time pay for service or deadhead commences.

E. The current practice of allowing Engineers to reverse their lodging will remain in effect; however, such must be reviewed and approved by the Superintendent.

**Section 2   Transportation Expense**

When an Engineer is required to work away from his regular assigned location, the Company will either provide transportation or reimburse the Engineer for mileage traveled in use of the Engineer's automobile, which shall be at the standard driving allowance allowed by the IRS. No reimbursement will be made where the Company provides transportation. Upon approval of the Company, an Engineer will have the option of using his personal automobile in lieu of furnished transportation. An Engineer who uses his personal automobile in lieu of furnished transportation, and the distance traveled from his residence to the location required to report for work is in excess of 80 highway miles for the round trip, will be paid an allowance of one hour based upon the straight time hourly rate of pay in addition to the IRS standard driving allowance.

**Section 3   Deadheading**

Deadheading shall be paid either separate from or combined with service, as determined by the company. Where deadheading is paid separately from service, unless otherwise provided, the Engineer shall be paid a minimum of one-half day at the basic daily rate or actual time consumed, whichever is greater.  If separate service deadhead is the only service performed on that calendar day a basic day' will be allowed for the separate service deadhead.

**Section 4   Aggregate Service**

Engineers may be released four (4) hours or more. If so released the Engineer will be considered on pay until called to resume duty and such release time shall not be counted towards hours of service or overtime.

# ARTICLE 18 - PERSONAL LEAVE DAYS (PLD's)

A.  Any Engineer hired after the ratification of this Agreement shall receive three (3) PLD's. When any Engineer accumulates a total of 60 months of cumulative compensated service in any service which includes Engineer, Conductor, or Brakeman with SOO, the Engineer will then qualify for the seven (7) personal leave days and will qualify for eleven (11) after one hundred twenty (120) months of cumulative compensated service. Notwithstanding this clause, no Engineer shall lose PLD's/Holidays to which currently entitled.

B.  Upon forty-eight (48) hours' advance notice from the Engineer, PLDs will be scheduled by the Local Chairman subject to the quota established by the Company upon notification by the Local Chairman to the Crew Management Center. PLD's requested and approved as provided for herein must be taken and payment will be made on the following payroll period. Engineers in regularly assigned service taking a PLD on a day when he is assigned to tie up at an away from home terminal will be required to take two (2) single days of paid leave. PLD's shall be paid the basic day hours of the position to which assigned at the non-service rate of pay. (This will not apply to an Engineer who is on his last trip of the workweek prior to starting a weekly vacation. Such Engineer will only be required to take only one paid leave day on the outbound day.)

28

C. In situations where the number of applicants seeking PLD's exceeds the number of Engineers that can be released, the Company may, but is not required to, approve such PLD requests subject to manpower needs.

D. Engineers who leave the service of the company during the year will have their PLD allocation reduced on a pro-rata basis to allow one PLD per each full month worked, up to the number to which the Engineer is entitled.

E. Any PLD's provided for herein that are requested but denied by the Company and not subsequently rescheduled prior to November 15 for use during the remainder of the calendar year shall be paid at the rate specified herein on the first full pay period of the following year.

## ARTICLE 19 - BEREAVEMENT LEAVE

A. Bereavement leave of three (3) consecutive working days will be allowed in case of death of an Engineer's "natural" or "step" brother, sister, parent, child, spouse or spouse's parent. Engineers involved will make provision for taking leave with their supervising officials in the usual manner.

B The three (3) days may be taken at any time beginning with the date of death and ending seven (7) days after the funeral.

## ARTICLE 20 - HOLIDAYS

Employees who are available the immediate two (2) days preceding and the immediate two (2) days following a holiday identified in Article 9, paragraph B, and who work on a holiday will be paid a holiday rate as shown in Article 5 for the hours of the basic day to which assigned for service performed on the holiday. All time in excess of the hours of the basic day worked on the holiday will be time and one-half based on the rate outlined herein. This holiday rate is subject to application of future GWI's. (Q&A)

## ARTICLE 21 - VACATION

This article is not intended to restrict any of the existing rights of the Company except as specifically provided herein.

### Section 1 Entitlements

Each Engineer subject to the scope of this Agreement and having continuous service (including other crafts) and who has rendered service (including other crafts) as identified herein, will be eligible for the following annual vacation entitlement allotted in order of seniority to be taken between January 1 and December 31:

A. A qualifying Engineer shall be entitled to paid vacation, subject to the following:

| **Years of Service** | **Amount of Vacation** | **Explanation** |
|---|---|---|

| | | |
|---|---|---|
| New Engineers, if during the preceding calendar year has rendered service amounting to 160 basic days or equivalent hours paid | One (1) Week | (7) calendar days with 6 day's paid if on a 6 day assignment. If a 5 day assignment is established payment will be 5 day's pay. |
| After 2 or more years of cumulative compensated service | Two (2) weeks | (14) calendar days with 12 day's paid. If a 5 day assignment is established payment will be 10 day's pay. |
| After 8 or more years of cumulative compensated service | Three (3) weeks | (21) calendar days with 18 day's paid. If a 5 day assignment is established payment will be 15 day's pay. |
| After 17 or more years of cumulative compensated service | Four (4) weeks | (28) calendar days with 24 day's paid. If a 5 day assignment is established payment will be 20 day's pay. |
| After 25 or more years of cumulative compensated service | Five (5) weeks | (35) calendar days with 30 day's paid. If a 5 day assignment is established payment will be 25 day's pay. |

B. Vacation shall be taken between January 1 and December 31; however, it is recognized that the exigencies of the service create practical difficulties in providing vacations in all instances. Due regard, consistent with requirements of the service, shall be given to the preference of the senior Engineer when granting vacations. Representatives of the Company and of the BLET will cooperate in arranging vacation periods, administering vacations and releasing Engineers when requirements of the service will permit. It is understood and agreed that the Company will pay vacationing Engineers their vacation allowances as soon as possible after the vacation period. It is also understood that in any event such an Engineer will be paid his vacation allowance no later than the second succeeding payroll period following the date claim for vacation allowance is filed.

C. Pay for vacation shall be equal to the basic weekly rate of the position occupied at the time vacation is taken. Examples: 5 day assignment would be paid 5 basic days; 6 day assignments, 6 basic days, 4 day assignment 4-12 hour days (all straight time) and 3 day assignment will be paid 40 hours at the rate of the position to which assigned.

D. An Engineer shall perform one hundred sixty (160) days or equivalent hours of cumulative compensated service in any calendar year to qualify for vacation in the ensuing year as provided under paragraph A. above. Calendar days on which an Engineer is available for service (within the meaning of Articles 8, Section 3, 11, 18, 31, 32 and 33) and on which he performs no service, shall be included in the determination of qualification for vacation; also, calendar days not to exceed sixty (60) days on which an Engineer is absent and unable to perform service because of illness or injury shall be included.

E. Engineers taking single day vacation days pursuant to Article 21 Section 3 paragraph C. shall be paid the basic day hours of the position to which assigned at the non-service rate of pay. Engineers taking a single day vacation on a day when he is assigned to tie up at an away from home terminal will be required to take two (2) single days of paid leave.

30

F. When submitting vacation requests, Engineers should include at least three (3) choices in case of duplicate requests. When requesting single day vacation days, requests will be requested and granted in the same manner as prescribed by Article 18, Personal Leave Days, Paragraphs B and C. Engineers electing to take one (1) week in single day increments must so indicate at the time weekly vacations are bid.

G. If an Engineer's employment status is terminated for any reason, he shall at the time of termination be granted full vacation pay for vacation earned in the preceding year not yet granted, and vacation pay for the succeeding year if the Engineer has qualified therefore under paragraph A. If an Engineer thus entitled to vacation or vacation pay shall die, the vacation pay earned and not received shall be paid to such beneficiary as an Engineer may have designated, or in the absence of such designation, the surviving spouse, the Engineer's children, or his estate, in that order.

H. Vacations, or allowances therefore, under two (2) or more schedules held by different organizations on the same Company shall not be combined to create a vacation of more than the maximum number of days provided for in any one of such schedules. Employees transferring from other crafts, or other CP Railway Companies, will have length of service and other qualifications for vacation count toward vacation eligibility as an Engineer under this Agreement.

I. Time off on account of vacation will not affect nor offset guarantees.

J. The absence of an Engineer on vacation with pay, as provided in this Agreement, will not be considered as a vacancy, temporary, or otherwise, in applying the bulletin rules of this Agreement.

K. Vacations shall not be accumulated or carried over from one vacation year to another.

   (i) In the event an Engineer could potentially lose time at the end of his pending vacation period he may request approval of the Company that his vacation could be reduced in one year and adjusted in the next.

   (ii) After the vacation begins layover days during the vacation period shall be counted as a part of the vacation.

L. The following will also be used to determine eligibility for vacation:

   • Used out of order – ½ day credit;

   • Separate Service Deadheading – one (1) day credit;

   • An Engineer paid ten (10) hours under the held-away-from-home terminal rule will be credited with one 1 basic day.

**Section 2   Brotherhood of Locomotive Engineers-and Trainmen - Union Officials**

Vacation qualification criteria in effect on the date of this Agreement shall continue to apply to Engineers who hold positions as General Chairmen, Local Chairmen, and State Legislative Directors ("local officials for the Brotherhood of Locomotive Engineers and Trainmen"). It is further understood that by providing this exclusion it is not intended that

31

the total number of such officials covered be expanded.

## Section 3   General

A. Calendar days on which an Engineer is compensated while attending training and rules classes at the direction of the Company will be included in the determination of qualification for vacation.

B. During a calendar year in which an Engineer's vacation entitlement will increase on the anniversary date, such  Engineer shall be permitted to schedule the additional vacation time to which entitled on the anniversary date at any time during that calendar year.

C. An Engineer may take up to one (1) week (six (6) days) of his annual vacation in single day increments, provided, however, that such Engineer shall be automatically marked up for service upon the expiration of any single day vacation.

D. Each day worked on a position not covered by this Agreement shall count as a basic day for vacation qualification purposes.

E. Calendar days on which an Engineer assigned to a GEB or an Unassigned Pool is available for service and on which days he performs no service, will be included in the determination of qualification for vacation; also, calendar days, not in excess of sixty (60), on which an Engineer is absent from and unable to perform service because of sickness or injury received on duty will be included.

F. All guarantee compensation paid to extra Engineers shall be considered as service for vacation pay and qualification days.

G. Where an Engineer is discharged from service and subsequently reinstated without loss of seniority and/or benefits, service performed prior to discharge and subsequent to reinstatement shall be included in the determination of qualification for vacation during the following year. Engineer's restored to service will be credited for all time paid for entitlement purposes.

H. In instances where Engineers who have become members of the Armed Forces of the United States return to the service of the Company in accordance with the Veterans Re-Employment Rights Act (8 USC Title 38 §2021-2027), as amended from time to time, time spent by such Engineer's in the Armed Forces subsequent to their employment by the Company will be credited as qualifying service in determining the length of vacations for which they may qualify upon their return to the service of the Company.

# ARTICLE 22 - BENEFITS

## Section 1   Health & Welfare

A. Engineers coming under the scope of this Agreement, along with their dependents, and retirees, if applicable, will be subject to the Railroad Employees National Health and Welfare Plan (including Life/AD&D Insurance), the Railroad Employees National Dental Plan, the Railroad Employees National Early Retirement Major Medical Benefit

Plan, and the Railroad Employees National Vision Plan as those Plans are defined in the January 5, 2012 Mediation Agreement between the National Carrier's Conference Committee and Brotherhood of Locomotive Engineers and Trainmen, as may be amended, including Engineer contribution levels. Engineers coming under the scope of this Agreement also will be subject to the Short-Term Disability Plan as defined in Article IV, Part A, Section 5 of the December 16, 2003 Mediation Agreement between the National Railway Carriers Conference and Brotherhood of Locomotive Engineer & Trainmen, as may be amended.

B. Cost sharing for Engineers under either plan will be as negotiated nationally between the National Carrier's Conference Committee and the BLET, including subsequent amendments.

**Section 2   Off Track Vehicle Accident Benefits**

The National Off Track Vehicle Accident Benefits, as amended December 16, 2003, will be applicable to each Engineer. Any changes applicable to the National Off Track Vehicle Accident Benefits will also apply to Engineers covered herein.

**Section 3   Employee Assistance Program**

The Company will maintain for the benefit of Engineers covered by this Agreement an Employee Assistance Program, which may be changed from time to time provided such changes are applicable to Company Engineers generally.

**Section 4   401K Plan**

A. The current 401K Plan entitlement as effective on each component property will be maintained for the benefit of Engineers covered by this Agreement.

B. The company will be responsible for all costs of establishing the plan, including the making of payroll deductions and payments of withheld wages to the trustee. The Engineer will be responsible for all costs of services in connection with the operation of the 401 (k) plans.

**Section 5   Brotherhood of Locomotive Engineers-and Trainmen - Union Officials**

Qualification criteria in effect on the date of this Agreement shall continue to apply to Engineers who hold positions as General Chairmen, Local Chairmen, and State Legislative Directors ("local officials for the Brotherhood of Locomotive Engineers and Trainmen"). It is further understood that by providing this exclusion it is not intended that the total number of such officials covered be expanded.

# ARTICLE 23 - PHYSICAL EXAMINATIONS

Engineers covered by this Agreement may be required to take medical examinations by the Company's physician at the Company's expense. Examinations will take place on the individual's own time. If the medical examination must take place outside the Engineer's terminal, the individual will be allowed payment for meals and travel. An Engineer required to lose time to attend company required medical examinations will be paid one basic day at the "non-service" rate for each day on which the Engineer would have otherwise worked.

## ARTICLE 24 - MEDICAL DISQUALIFICATIONS

A.  If an Engineer is found to be medically disqualified by the Company's physician and the Engineer is of the opinion that his condition does not justify removal from the service or restriction of his rights to service, appeal will be made to the designated officer of the Company for a joint medical board to be established.

B.  The Engineer involved, or his representative will select a physician to represent him and the Company will select a physician to represent it (who may be the original examining physician) in conducting a further medical examination. If the two physicians thus selected agree, the conclusion reached by them as to the individual's medical condition will be final.

C.  If the two physicians selected do not agree as to the medical condition of such individual, they will select a third physician to be agreed upon by them, who shall be a practitioner of recognized standing in the medical profession and a specialist in the disease or ailment from which the individual is alleged to be suffering. The three physicians thus selected will examine the Engineer and render a report with reasonable promptness setting forth his physical condition and their opinion as to his fitness to continue service in his regular employment, which shall be accepted as final. Should the decision be adverse to the individual, and it later appears through medical findings that his condition has improved, a re-examination by the Company's physician will be arranged after a reasonable interval upon the request of the Engineer or the Union.

D.  The Company and the Engineer will each pay for the costs of their chosen physician and share equally in paying the costs of the third physician.

E.  If an Engineer has been out of active service for more than ninety (90) days, before resuming service he will be required to pass a physical examination (including drug and alcohol testing) before being permitted to return to duty.

F.  If for any other reason related to Company service, an Engineer is required to take a medical examination the expense of that examination shall be borne by the Company.

## ARTICLE 25 - PAYDAY

Except where State or Federal Law requires pay on a weekly basis, Engineers shall be paid by direct deposit on a semi-monthly or bi-weekly basis as determined by the Company. Adjustments to an Engineer's pay will be processed not later than the pay period following the reported time. Payroll shortages of a basic day or greater shall be made within twenty four hours of requesting such. The Company shall provide notice to the General Chairman and Engineers not less than 30 days prior to changing between a bi-monthly or bi-weekly pay system.

## ARTICLE 26 - PAYROLL AND DEDUCTIONS

A.  Payroll payments will be made only to a direct checking and/or savings deposit

34

account as specified by the Engineer. Such Engineers will have sixty (60) days to establish a direct deposit account at a financial institution recognized by the Company as able to accept direct deposits.

B. Payroll deductions are available to all permanent full-time Engineers who execute a suitable written deduction authorization for the following purposes:

- Periodic Union dues, agency fees and assessments included in, monthly dues (not including fines and penalties) payable to the Union.

- Other purposes as from time to time designated by the Company.

C. Extra Board Guarantee shall be paid on a bi-monthly or bi-weekly basis, whichever is applicable.

## ARTICLE 27 - UNION SHOP AGREEMENT

A. Subject to the terms and conditions below, Engineers of the Company subject to this Agreement shall, as a condition of their continued employment under this Agreement, become members of the BLET within sixty (60) calendar days of the date they first perform compensated service under this Agreement, and shall maintain membership in the BLET while subject to this Agreement; provided, however, that this requirement for membership in the BLET shall not be applicable to:

1. Those to whom membership is not available upon the same terms and conditions as are generally applicable to any other member;

2. Those to whom membership has been denied or terminated for any reason other than the failure of the Engineer to tender the periodic dues, initiation fees and assessments (not including fines and penalties) uniformly required as a condition of acquiring or retaining membership in the Union;

3. Those who are members of another labor organization as permitted by Section 2, Eleventh (c) of the Railway Labor Act, as amended; or,

4. Those who elect not to join the Union, in which case they shall be required to remit to the Union a monthly agency fee which shall not be in excess of the standard monthly dues required of members.

B. Engineers, who are assigned or transferred for a period of one (1) calendar month or move to employment not covered by such Agreement, or who are on leave of absence for a period of one (1) calendar month or more, may not be required to maintain membership as provided in this Rule so long as they remain in such other employment, or on such leave of absence, but they may do so at their option. If and when such Engineers return to service covered by this Agreement, they shall comply with the provisions of this Rule within one (1) calendar month of such return to service.

C. Every Engineer required by the provisions of this Rule to become and remain a member of the BLET shall be considered by the Company to be a member of the BLET unless the Company is advised to the contrary in writing by the General Chairman. The General Chairman shall be responsible for initiating action to enforce the terms of

this Rule.

D. The General Chairman shall furnish to the Company, in writing, the name and roster number of each Engineer whose seniority and employment the BLET requests be terminated by reason of failure to comply with the membership requirements of this Rule.

E. In the event the Company wishes to dispute the correctness of the BLET's position, it shall so notify the General Chairman within ten (10) calendar days of receipt of the notice from the latter, stating the reasons therefore. If, (1) no such exception is taken by the Company, or (2) the BLET does not withdraw its request within ten (10) calendar days from the date of the notice of exception, the Company shall transmit to the Engineer at his last known address, through certified United States Mail, return receipt requested, a notice of termination and a copy of the BLET's request, a copy of which shall be furnished to the General Chairman.

F. Dispute Resolution Process.

1. Any Engineer so notified who elects to dispute the charge that he has failed to comply with union membership requirements must, issue request to the company for a formal hearing, in writing, within ten (10) calendar days from the date of such notice. Such a request will be honored by the Company and a date set for the formal hearing as soon as possible, but within ten (10) calendar days of the date of the receipt of the request. A copy of the notice of such formal hearing will be given to the General Chairman. The receipt by the Company of a request for a hearing will stay action on the request by the General Chairman for termination of the Engineer's employment until the formal hearing is held and the final decision is rendered. If the Engineer concerned fails to request a formal hearing as provided for herein, the Company will proceed to terminate his employment at the end of thirty (30) calendar days from receipt of the request from the General Chairman, unless the Company and the BLET agree otherwise in writing.

2. The Company will determine on the basis of evidence produced at the formal hearing whether or not the Engineer has complied with the union membership requirements, and will render a decision accordingly. Such a decision will be rendered within ten (10) calendar days of the hearing date, and the Engineer and the General Chairman will be promptly notified. A transcript of the hearing will be furnished to the General Chairman. If the decision is that the Engineer has not complied with union membership requirements, his employment as an Engineer will be terminated within ten (10) calendar days of the date of the decision, unless the Company and the BLET agree otherwise in writing.

3. If the decision of the Company is not satisfactory to the Engineer or to the BLET, it may be appealed in writing directly to the highest officer of the Company designated to handle appeals. Such appeal must be received within ten (10) calendar days of the date of decision from which appealed, and the decision on such an appeal will be rendered within twenty (20) calendar days of the date the appeal is received. The decision by the highest appeals officer of the Company designated to handle appeals will be final and binding unless, within thirty (30) calendar days thereafter, the Company is notified in writing that the decision is unsatisfactory, and in such event, the dispute may be submitted to a tribunal having jurisdiction within six months of the date of such decision. A representative of the General Chairman will have the right to be present at and participate in any hearing which involves the BLET.

G. The BLET shall indemnify and hold harmless the Company against any and all claims, demands, suits or other forms of liability that arise out of or by reason of any action taken or not taken by the Company pursuant to this Article.

# ARTICLE 28 - HANDLING OF CLAIMS AND GRIEVANCES

## Section 1   Representation

A. The Brotherhood of Locomotive Engineers and Trainmen shall have the exclusive right

to represent all Engineers in company level grievance, claim and disciplinary proceedings.

B. The General Committee of Adjustment, Brotherhood of Locomotive Engineers and Trainmen, will represent all Engineers referred to herein in the making of contracts, rates, rules, working agreements and interpretations thereof.

C. It is agreed that, absent the concurrence of the General Chairman of the BLET, the Company will not deal with a representative of any other organization concerning an interpretation or change of any rule, benefit or working condition subject of this Agreement.

D. All disputes involving Engineers covered by this Agreement will be handled in accordance with the provisions of this Agreement as interpreted by the BLET General Committee and the Company.

E. In matters pertaining to discipline, or other questions not affecting changes in Engineers' contract, the officials of the Company reserve the right to meet any of their Engineers either individually or collectively. Reinstatements of discharged employees on a leniency basis with seniority rights unimpaired shall not be permitted except by agreement with the General Chairman of the BLET.

**Section 2  Handling of Claims and/or Grievance Process**

A. All claims or grievances must be presented electronically via the electronic system(s) as designated by the Company, by the Engineer involved, or on behalf of the Engineer, by his representative, or designee, (claims must be presented under the Engineer's PIN) to the officer of the Company authorized to receive same within thirty (30) days from the date of the occurrence on which the claim or grievance is based. Should any such claim or grievance be disallowed, the Company shall, within thirty (30) days from the date it is received, notify the Engineer or his Local Chairman in writing of the reason(s) for such disallowance. Should the Company fail to issue timely declination of the claim or grievance, it will be allowed as entered, however such allowance will not constitute a precedent for other similar claims or grievances.

All resolution of claims resulting from handling during the steps referenced in the paragraph above shall be concluded on a 'without prejudice' basis, and are non-referable unless otherwise noted by the General Chairman and the Highest Designated Officer (HDO) of the Company, or their designee(s). Claims not filed within the required thirty (30) days shall be deemed abandoned and barred from further handling.

B. Appeals of all claims and grievances, including those involving discipline, shall be presented and handled via the electronic claim handling system provided by the Company.

In the event the claim or grievance, not involving discipline, is disallowed, the BLET Local Chairman may appeal the matter to the Superintendent within sixty (60) days from the date of declination. If the claim or grievance is not appealed, the disallowance shall stand, however the disallowance shall not constitute a precedent for other similar claims and grievances.

In the event the appeal is disallowed, the Superintendent shall, within sixty (60) days from the date it is received, notify the Local Chairman in writing of the reason(s) for such disallowance.

Should the Superintendent fail to issue timely notification of the declination of the appeal, the claim or grievance will be allowed as entered; however, such allowance will not constitute a precedent for other similar claims or grievances.

C. Claims declined under Section 2 (B) of this Article may be appealed by the BLET General Chairman to the Company's Highest Designated Officer ("HDO"), or designate, within sixty (60) days of the disallowance. The Director, or his designate, shall, within sixty (60) days from the receipt of the appeal, notify the General Chairman of the allowance or declination of the claim. Should the HDO or designate fail to timely notify the General Chairman of such declination, the claim will be allowed as entered; however such allowance shall not constitute a precedent for other similar claims.

D. Claims and grievances disallowed by the Company pursuant to Section 2 (C) will be barred from further handling unless, not less than sixty (60) days prior to the next scheduled meeting date of the Labor/Management Resolution Committee, the General Chairman lists the unresolved claim or grievance to the Committee for handling.

E. The Labor/Management Resolution Committee will meet quarterly, or as otherwise mutually agreed, to review and resolve outstanding Engineer time claims and grievances.

F. The Committee will consider the entire record of each dispute submitted to it. Decisions made pursuant to this process will be written by the Company within forty five (45) days of the meeting date and will represent the final and binding decision on such grievances. The handling of claims and grievances by the Committee will constitute any "conference" prerequisite to submission of disputes to a tribunal established pursuant to law or by agreement.

G. In the event that a majority of the Committee does not agree on the resolution of a particular grievance, either party may initiate proceedings before a tribunal established pursuant to law or by agreement within one hundred twenty (120) days of the Committee's written decision having been rendered.

H. Nothing in this Section shall preclude an agreement by the parties to conference claims or grievances independent of the procedures set forth in Section 2 (D) and (E) of the Article. Such conference as may be agreed upon will constitute any "conference" prerequisite to the submission of disputes involving claims and/or grievances to a tribunal established pursuant to law or by agreement for the final adjudication of such disputes

**Section 3   Handling of Discipline Appeals**

A. Discipline decisions reached by the Company pursuant to Article 29 (E) and (F) of this Agreement may be adjusted between the BLET Local Chairman and the Superintendent, or designate, at any time prior to appeal by the General Chairman as provided in paragraph B hereof.

B. If the discipline is to be appealed, the BLET General Chairman must appeal, in writing, to the HDO, or designate, within ninety (90) days of the date the discipline was assessed, or the appeal will be barred. The HDO, or designate, shall notify the General Chairman of the allowance or declination of the appeal within sixty (60) days of the receipt of the appeal. Should the HDO, or designate, fail to timely notify the General Chairman of the declination of the appeal, the claim will be allowed as entered; however such allowance shall not constitute a precedent for other similar claims.

C. The BLET General Chairman will list unresolved discipline appeals with the HDO, or designate, not less than thirty (30) days prior to the next scheduled meeting of the Labor/Management Committee for handling pursuant to Section 2 (D) and (E) of this Article. Discipline/claims may be handled in conference as agreed upon between scheduled meetings.

D. Nothing in this Section shall preclude an agreement by the parties to conference discipline appeals independent of the procedures set forth in this Article. Such conference as may be agreed upon will constitute any "conference" prerequisite to submission of unresolved disputes involving discipline appeals to a tribunal established by law or by agreement for the final adjudication of such disputes.

**Section 4   General**

A. The Labor / Management Resolution Committee will meet quarterly during the months of January, April, July, October, or as otherwise mutually agreed, to review and resolve outstanding time claims and grievances.

B. The Committee will consider the entire record of each dispute submitted to it. Decisions made pursuant to this process will be provided to the Union by the Company within forty-five (45) days of the meeting date and will represent the final and binding decision on such grievances.

C. The handling of claims and grievances by the Committee will constitute any "conference" prerequisite to submission of disputes to a public law board tribunal established pursuant to law or by agreement. In the event that a majority of the Committee does not agree on the resolution of a particular grievance, either party may initiate proceedings before a tribunal established pursuant to law or by agreement within six months of the Committee's written decision having been rendered.

# ARTICLE 29 - INVESTIGATIONS AND DISCIPLINE

A. An Engineer shall not be withheld from service pending hearing except in cases that are serious, such as but not limited to, theft, altercation, Rule "G", insubordination, major accidents and/or other major offenses whereby the Engineer's retention in service could be hazardous.

B. No Engineer shall be disciplined without a fair hearing (investigation) by an officer of the Company. An Engineer shall be apprised of the charge(s) against him not later than twenty (20) days from the date the carrier has knowledge of the incident to be investigated. If the decision is made to withhold an Engineer from service pending an investigation, the hearing must be held within ten (10) days of the date the Engineer was initially withheld from service He shall have reasonable opportunity to secure the

presence of necessary witnesses, and he shall have the right to be represented by an accredited representative or member of the Brotherhood of Locomotive Engineers and Trainmen. If the discipline assessment is a suspension, time held from service pending the hearing shall be deducted from the suspension.

C. When not inconvenient to the Company and to other Engineers, investigations will be held at such times, if possible, as to avoid holding Engineers out of service to be present at the investigation. Postponements will be granted to either party upon a reasonable showing of a need.

D. Investigations ordinarily will be held within twenty (20) days of the date of the notice of charge referenced in B above. Engineers will be advised of the decision in writing within twenty (20) days after the conclusion of the investigation.

E. An Engineer and/or the Engineer's representative shall have the option, with the Company's concurrence and prior to the hearing, to discuss the charge with the appropriate Company Officer.

1. If the disposition of the charges is made on the basis of the Engineer's acknowledgement of responsibility, the disposition shall be reduced to writing and signed by the Engineer and the official involved and shall incorporate a waiver of hearing and shall specify the maximum discipline, which may be imposed for the Engineer's acceptance of responsibility.

2. No minutes or other record shall be made of the discussion, and, if the parties are unable to reach an agreed upon disposition on this basis, no reference shall be made to these discussions by either of the parties in any subsequent handling of the charges under the discipline procedure.

F. A true and correct transcript will be taken of all hearings or investigations held at the direction of the Company under this Article and in the event the Engineer involved is assessed discipline, the Engineer, his representative and the General Chairman will be furnished a copy of the transcript along with the discipline decision letter. At an investigation, an Engineer or his representative shall have the right to record, at his expense, the investigation proceedings on a recording device. This provision will not be used to delay or postpone the investigation proceedings. Distribution of notices and transcripts by electronic means shall fulfill the Company's obligation under this rule.

G. Should any Engineer investigated under this Article consider that the discipline is unjust, he shall have the right to appeal as provided in Article 28 of this agreement. In case of dismissal or suspension which is later found to be unjust, the Engineer will be reinstated with seniority rights unimpaired and paid for all time lost.

H. Letters of caution or warning are not discipline. Should the Engineer dispute the validity of the warning, he has the right to request a fair hearing provided the request is made within fifteen (15) days of the date of the warning letter. If the hearing reveals that the letter is unjust, it shall be removed from his record. If the Company decides the letter was warranted, it will apprise the Engineer of the decision within fifteen (15) days of the hearing. If the Engineer is dissatisfied with the decision, he shall have the right to appeal as provided in Article 28 herein.

41

## ARTICLE 30 - TIME OFF FOR UNION BUSINESS

An Engineer who is elected or appointed to a full time position with the Brotherhood of Locomotive Engineers and Trainmen shall be granted an unpaid leave of absence for the duration of time he holds such position.

## ARTICLE 31 - ATTENDING COURT AND INQUESTS

Engineers who are required to attend court or inquests on behalf of the Company shall be made whole for lost wages, or be paid for actual time in attendance.

## ARTICLE 32 - LEAVE OF ABSENCE

### Section 1   General

A. Engineers shall not be expected to work when sick, but in case of being compelled to lay off on account of sickness of themselves, or family, must notify the proper authority of their inability to protect the service requirements of the Company as soon as practicable. Such absences for which the Engineer does not utilize paid leave may be used to calculate an Engineer's work regularity.

B. When an Engineer on a regularly assigned run lays off for any cause, upon his return he must be available for duty at least three hours before the bulletined spread time or starting time of the assignment.

C. Engineers may return to work prior to the expiration of a leave of absence when there is no other prohibition.

D. Engineers who do not return to service at the expiration, of their leave of absence, and who have not submitted application for an extension thereof, will be notified that they are absent without permission and such notice will instruct them to return to service or to satisfactorily account for their absence within 15 days or forfeit all applicable seniority as Engineer. Engineers who forfeit their seniority as a result of the provisions outlined herein will have  their employment relationship with the Company terminated. A copy of the notice to the absent Engineer will be furnished to the Local Chairman and General Chairman of the Brotherhood of Locomotive Engineers and Trainmen on the territory concerned. It is understood that this Agreement does not prejudice the provisions of schedule agreements relating to protests against changes in seniority rosters.

### Section 2   Less Than 1 Year

Engineers may, upon written application to their employing officer, be granted leave of absence for a period or periods not to exceed one year.  Extensions to the one year period may be granted when agreed to by the Company and the General Chairman of the Brotherhood of Locomotive Engineers and Trainmen.

**Section 3   Illness / Injury**

A.  In the event of absence occasioned by illness or injury, Engineers will be granted leave of absence automatically upon presentation of written application accompanied by appropriate substantiating medical evidence. Such automatic leaves will not be for a period of more than one year, and extensions thereof will require a new application and further substantiating medical evidence. In the event the employing officer and/or the General Chairman are not satisfied that the illness or injury is bona fide, additional evidence may be required to establish same to their satisfaction.

B.  Provided return to service is approved by Chief Medical Officer, Engineers who have been injured on duty shall be permitted to return to work without signing a release.

**Section 4   Official / Military**

Subject to the requirements set forth in Article 7, Section 10 of the Agreement, Engineers accepting official positions with the Company or the Brotherhood of Locomotive Engineers and Trainmen will retain their seniority while holding such position, the same as if continuously in engine service. Engineers elected or appointed to public office on a full time basis will be granted a leave of absence for the duration of their term of office or appointment.  Engineers in military service will be granted leave of absence in compliance with applicable law.

# ARTICLE 33 - JURY DUTY

When an Engineer is summoned for jury duty and loses time from his assignment as a result thereof, he shall be paid for actual time lost with a maximum of eight (8) hours pay at the Non-Service rate for each calendar day lost, less the amount allowed him for jury service for each such day, excepting allowances paid by the court for meals, lodging or transportation, subject to the following qualification requirements and limitations:

(i)   An Engineer must furnish the Company with a statement from the court of jury allowances paid and the days on which jury duty was performed.

(ii)  The number of days for which jury duty shall be paid is limited to a maximum of 60 days in any calendar year.

(iii) No jury duty pay will be allowed for any day as to which the Engineer receives vacation pay.

# ARTICLE 34 - BULLETIN BOARDS

The Company shall provide space on bulletin boards at all home terminals to post notice of union business, provided that such notice(s) shall not include any defamatory or anti-Company material.

# ARTICLE 35 - CREW CALLING RECORDS

The Company shall provide each Local Chairman and the General Chairman with

access in the Crew Calling Computer system that enables them to research calling records and history.

# ARTICLE 36 - TERMINAL EFFICIENCY

A. At locations on the Southern Region where the SOO, the DM&E/ICE and/or DME (North) intersect, such as but not limited to the greater terminal area of St. Paul and Chicago, Engineers of either DM&E/IC&E, DM&E (North) or SOO may be used to handle trains, including trains tied up under the hours of service in the most expedient manner as determined by the Company when Engineers of the company who would normally handle the train are not available and/or after normal calling procedures have been exhausted.

B. This rule is not intended to provide that the work formerly performed by Engineers of one former railroad company will be permanently transferred to Engineers of another railroad.

C. Engineers performing hours of service relief provided for in this Article may perform duties incident to completing the trip and finally yarding the train to the same extent such duties could have been performed by the crew of the train whose time expired under hours of service.

D. The parties recognize that the provisions of Article 36 is intended address all operational efficiencies that would otherwise be achieved by the Company serving a Section 4 Notice to coordinate operations between the DME-ICE and the SOO. The Company agrees that should it, in the future; serve a Section 4 Notice to amend the coordinated operations, the BLET will have the right to select which Collective Agreement between SOO or DME and BLET that will govern the coordinated territory.

# ARTICLE 37 - GENERAL PROVISIONS

A. The purpose of this Agreement is to fix the general level of compensation and rules covering working conditions through December 31, 2019 and thereafter until changed or modified in accordance with the provisions of the Railway Labor Act, as amended.

B. Subject to the terms and conditions outlined in Side Letter number 1, neither party to this Agreement shall serve prior to forty-eight (48) months from the effective date of this agreement, any notice or proposal for the purpose of modifying, adding to, or deleting from the provisions of this Agreement to become effective fifty-two (52) months from the effective date of this agreement. The above provisions do not prohibit the parties from reaching agreements on any subject that may be mutually beneficial and agreeable.

C. The parties exchanged various proposals and drafts antecedent to adoption of the various Articles that appear in this Agreement. It is our mutual understanding that none of such antecedent proposals and drafts will be used by any party for any purpose and that the provisions of this Agreement will be interpreted and applied as though such proposals and drafts had not been used or exchanged in the negotiation. Any typographical errors in conflict with the intent of the parties will be resolved in good faith through the Disputes Resolution Committee.

44

D. In the event any Article of this Agreement is determined to be illegal, invalid, or unenforceable under any present or future law by a court of competent jurisdiction, the remainder of this Agreement will not be affected thereby. It is the intention of the parties that, if any such provision is held to be illegal or unenforceable, there will be added in lieu thereof a provision that is similar in terms to such provision as is possible to be legal, valid and enforceable.

E. This Agreement is effective on, *November 7th* 2015. At such time all other Agreements in effect between the parties are considered null and void and this Agreement is the only Agreement in effect between the parties.


FOR THE COMPANY:                                    FOR THE UNION:


Myron W. Becker                                     Pete Semenek
Assistant Vice President,                           General Chairman
Labor Relations


Dale McPherson                                      Cole Davis
Director, Labor Relations                           Vice-President


Robert Johnson
Sr. Vice President, Operations
Southern Region

## ATTACHMENT "A" Questions and Answers

1. **Article 4    Scope of Agreement Paragraph C.**

   Question:    Can an Engineer working a position under this agreement be required to accept a call to work in the capacity of a Conductor or Brakeman?

   Answer:    No. However, an Engineer may voluntarily accept such call.

   Question:    Will an Engineer be expected to perform duties under this contract that they don't perform today?

   Answer:    No.

2. **Article 5    Wages**

   **Paragraph B.**

   Question:    When will the overtime rate of time and one half apply?

   Answer:    Overtime only applies in connection with "service performed", or when accepting a call to perform service on your day off.

   **Paragraph C.**

   Question:    When does overtime apply in the application of working on an assigned rest day?

   Answer:    In the application of this provision, overtime applies when you are called and listed to work or deadhead at your home terminal. Overtime also applies to a return trip or deadhead, on your day off, out of your away from home terminal, if you are first called at your home terminal on your day off.

   Question:    Are employees obligated to accept a call on their assigned day off?

   Answer:    No

3. **Article 6    Employment Security**

   Question:    Can an Engineer who is protected from demotion be force assigned off his seniority district?

   Answer:    No.

   Question:    May an Engineer voluntarily transfer off of his seniority district?

   Answer:    Yes, in accordance with the provisions of Article 8, Section 4.

4.   **Article 7   Seniority - Section 7**

Question:        How will assignments be allocated for those Engineers who possess prior rights?

Answer:          Any necessary allocation will be handled between the General Chairman and the Superintendent(s).

5.   **Article 8   Job Vacancies and Bidding**

**Section 1 B.**

Question:        Is it the intent for employees to have the 2 assigned days off consecutive?

Answer:          Yes, unless otherwise mutually agreed.

**Section 1 C.**

Question:        Engineer Winter's regular starting time is at 09:00 a.m.  The Company wishes to change his starting time to 10:00 a.m. but is unable to contact Engineer Winter. Engineer Winter reports for duty at 09:00 a.m. as advertised.  What time does Engineer Winter go on duty?

Answer:          09:00

**Section 1 E.**

Question:        What is the definition of "Job Title"?

Answer:          The normally assigned train symbol.  However it is also under stood that there is no penalty if an Engineer is required to operate other than the train symbol normally assigned.  In such situations, all other conditions of the bulletin apply.

6.   **Article 11   GEB**

**Paragraph A. 1.**

Question:        Is an Engineer who is at his home terminal required to accept a call for duty that commences on or after
21:59 on the day preceding their assigned rest day?

Answer:          Yes, unless the Engineer has properly utilized the Drop Turn provision.

**Paragraph P.**

Question:          Will Engineer assigned to the GEB be allowed to receive payment of a PLD in lieu of on a holiday as described in Article 9 B.?

Answer:           Yes.

7.      **Article 14   On and Off Duty Point - Paragraph D.**

Question:          Will an Engineer assigned to the GEB be aware of his away from home terminal for this tour of duty?

Answer:           Yes, however, if a change of away from home terminal is not made prior to departing the terminal then Article 14D will apply.

Question:          When an Engineer is called to protect a regular assignment will he assume all conditions of that assignment?

Answer:           Yes.

8.      **Article 15   Called and Released - Section 3   Paragraph D.**

Question:          Can an Engineer called at his away from home terminal operate a train back through his home terminal and then be tied up at other than his home terminal?

Answer:           No.

Question:          Will GEB Engineers who are called and released are not used
in that calendar day be paid the 1/6 of the GEB rate or the basic daily rate of pay provided for by Article 5?

Answer:           A basic day as provided for by Article 5.

9.      **Section 4 – Territorial Familiarization**

Question:          When SOO Engineers are operating on DM&E territory is it permissible to use Managers at pilots?

Answer:           Yes

Question:          When DM&E Engineers are operating on SOO territory is it permissible to use managers as Pilots?

Answer:           No

**10.**   **Article 20   Holiday Pay**

Question:       Is an engineer working on a holiday to be paid only for hours worked on the holiday?

Answer:         An engineer is to be paid at the 1.2 times rate for the hours of the basic day to which the engineer is assigned on the holiday, e.g. 10 hours times 1.2 for a ten hour basic day assignment; 8 hours times the 1.2 rate if assigned to an eight hour basic day assignment.

## APPENDIX 1 SEVEN DAY MARK

**Engineer Placement Procedures**

An Engineer will, if qualified, be entitled to exercise seniority rights in the choice of preference runs, subject to the provisions of the rules.

1.  Engineers will bid to position or jobs for a seven (7) day period.

2.  Engineers may place a bid to a position or job, including the Extra Board by filing a bid in the prescribed manner, by 1000 hours on Wednesday (or such other time as the parties agree) for the 7-day period that will begin 0001 hours on the following Saturday.

    (a)  Except as provided for in part 9 below, all changes will be executed by 2201 hours Friday for 0001 Saturday.

    (b)  Increases or reductions to assigned service or unassigned service will be done at 2201 Friday for 0001 Saturday.

    (c)  Determination to establish a new job or abolish an existing job will be announced by 1000 on Monday (or other time as agreed between the parties) for the following bid period. This will include increases or reductions in the pool made in connection with regulation.

3.  Positions will be awarded by seniority preference in accordance standing bid preference, and once awarded a position an Engineer will hold that position for that 7-day period.

4.  Engineers who do not submit a different bid for a new bid period will be governed by their last standing bid.

    (a)  Once submitted, a bid will remain in effect until replaced by a new bid.

    (b)  In the event there is no standing bid or there are insufficient choices to place an Engineer, such Engineer will be place on a default list agreed upon by the Company and the Local Chairman for that crew board.

5.  Engineers will be assigned to a job/assignment according to their standing bid on file. If the job/assignment is not "in", the Engineer will assume the job/assignment upon its return.

6.  Engineers marking up for service after any period of absence will assume the standing position of the job/assignment according to bid card on file.

7.  Engineers marking off sick, personal or taking personal leave, etc. will be considered off for a minimum of a 24-hour period.

8.  Any vacancy that becomes available after the start of the bid period will be filed from the extra board until the remainder of that 7-day period.

9.   Weekly Vacations will begin on Saturday to coincide with the effective date of the Seven Day Mark.  In the event the effective day for Seven day mark changes, vacations will start on the same day.

10.  Employees who work their last two work day before a Holiday and who work the next two assigned work days after a Holiday will retain their eligibility for Holiday Pay.

11.  In the event of an emergency condition, the Local Chairman and the CMC will consult to agree upon an equitable arrangement to protect the service. Once the emergency is over, the 7-day bid system will be reinstated.

12.  Calling order of assignment vacancies:

1.   Applicable Guaranteed Extra board; if exhausted,

2.   Unassigned pool, if established, at the location of vacancy

3.   Other GEB, if established, in same terminal

4.   The senior demoted Engineer at the location of the vacancy, who is not on assigned rest days.

5.   The first-out qualified rested Engineer on the nearest Extra Board(s) within the Seniority District via highway miles; if none,

6.   The first-out qualified and rested Engineer on the nearest Extra Board via highway miles on the adjacent Seniority District. Engineers used from the adjacent Seniority District will only be used on a tour of duty basis.

**Side Letter 1 - Reversionary Provisions**

Mr. Peter Semenek
General Chairman
Brotherhood of Locomotive Engineers and Trainmen
123 E Lake St., Suite 105
Bloomingdale, IL 60108

Dear Sir:

The following confirms our discussion during the just concluded negotiations that resulted in the Agreement dated June 18, 2015.

The Union recognized that the Hourly Rated. Agreement is founded on the principle of paying for an employee's time on an all-inclusive basis and contemplates that in order for the operation to be successful, individuals will perform all duties requested of them, subject to the restrictions otherwise contained herein.  As a result of the new concepts and operational flexibilities contained within this Agreement, the Union wanted assurances that in the event the Agreement did not meet its desired expectations either party would have the opportunity to consider reverting back to the existing working conditions and Agreement provisions in effect prior to its implementation.

The Company assured the Union that it is confident that this new Agreement will meet the expectations of the parties and that with the implementation of the Labor Management Committee any issues raised will be resolved to mutual satisfaction. However, in order to alleviate any concerns raised by the Union, the Company is agreeable to including a reversion clause to this Agreement.  As a result, the parties agree that not less than twelve (12) months prior to the third anniversary dating from the effective date of this Agreement, either party may provide written notice of its intent to reinstate the Collective Agreement provisions, benefit provisions and working conditions that were in effect prior to the effective date of this Agreement.  Additionally, Article 22, Section 1, Health and Welfare Benefits will be applied as negotiated nationally between the BLET and the NCCC.

In the event either party provides written notice to revert, the parties shall meet within thirty (30) days to discuss the reason for the notice. In the event the matter(s) cannot be resolved and/or the parties are unable to agree on renewal, the terms and conditions of the agreement and the rates in effect preceding the effective date of the agreement will be reinstated and adjusted to reflect a 2% GWI on September 1, 2016 and on July 1, 2017. Though the increases specified shall be applied to the former rates, there will be no retroactive payments to employees resulting from application of the increases.

If neither party provides notice of intent to revert the rates of pay in effect will be adjusted as follows:

- September 1, 2018 - $49.00/ basic hourly rate; non-service rate $ 37.00

- September 1, 2019 - $50.00 basic hourly rate; non-service rate $ 38.00

- Effective on the dates shown above the GEB rate will be increased by 2% for each remaining year of the agreement

I trust the foregoing reflects our discussions on this matter.

Yours truly,

I Concur:

Myron W. Becker
Assistant Vice President
Labor Relations

General Chairman

## Side Letter 2 - Regulatory Changes, Hours of Service

Mr. Peter Semenek
General Chairman
Brotherhood of Locomotive Engineers and Trainmen
123 E Lake St., Suite 105
Bloomingdale, IL 60108

Dear Sir:

The following confirms our discussion during the just concluded negotiations that resulted in the Tentative Agreement dated June 18, 2015. The parties have agreed to a mandatory requirement to renegotiate the compensation terms of the agreement if the hours of service regulations change as a result of any Governmental entity enacting or changing rest/fatigue rules and/or statutes governing the hours of service in the railroad industry during the time this agreement is in effect.

As outlined in Article 1 of the Agreement, the parties have agreed that the Hourly agreement is founded on the principle of paying for employees' time on an all-inclusive basis. With this basis in mind, the parties have agreed that in the event the Company is mandated to reduce an employee's hours of service to less than the ten (10) hour basic day, or reduce the hours during a month that an employee may be available, or any combination thereof that results in a reduction in availability to less than that permissible by the terms of this Agreement, the parties will meet within five (5) days of notification of such change or at another mutually agreed upon time. Negotiations shall not exceed three (3) days, unless otherwise mutually agreed and the parties will negotiate with a view toward a reduction in the hourly rate of pay in effect. It is understood that in no case shall the hourly rate reduction be more than the proportional decrease in hours worked. If an agreement on a reduced hourly rate cannot be reached within the time frame stipulated above, or if the parties disagree on the appropriate amount of the revised hourly rate, the parties agree to submit the proposed rate for expedited, final and binding arbitration.

Immediately following the failure to reach an agreement within the stipulated time frame, either party may initiate proceedings by serving written notice of intent on the other party to progress the issue to arbitration. Within (3) three days of the notification to proceed to Arbitration, if unable to agree to a Neutral, the parties will select a Neutral by alternate strike from a fifteen (15) name strike list requested/provided from the National Mediation Board (NMB). Pending the availability of the Neutral, a hearing on the dispute will take place within thirty (30) days of the Neutral's selection. The parties shall bear their respective costs of the proceedings. The parties shall compensate the Neutral in equal part. The Neutral will render a decision in the matter within fifteen (15) days of the conclusion of the hearing unless otherwise agreed, and the decision will be binding on the parties and subject to enforcement as an Award of the National Railroad Adjustment Board.

I trust the foregoing reflects our discussions on this matter.

Yours truly,                                              I Concur:


Myron W. Becker                                           General Chairman
Assistant Vice President
Labor Relations

## Side Letter 3 - Notification of Ratification and Employee Share Purchase Plan

Mr. Peter Semenek
General Chairman
Brotherhood of Locomotive Engineers and Trainmen
123 E Lake St., Suite 105
Bloomingdale, IL 60108

Dear Sir:

The following confirms our discussion during the just concluded negotiations that resulted in the June 18, 2015 Agreement.

The Union agrees to advise the Company no later than sixty (60) days after the date of this tentative agreement of the outcome of the ratification process.

The Company has indicated to the Union that, subject to a successful ratification of the June 18, 2015 Agreement, as outlined herein, it intends to restore the Company contribution element of the employee share purchase plan for engineers governed by this Agreement effective January 1st, 2016 for the term this Agreement is in effect.

As an example of the foregoing, the Company will contribute 33 cents for each dollar of stock purchased up to a maximum of six percent (6%) of the employee's eligible earnings (i.e., the Company contribution is to a maximum of 2% of salary on 6% of eligible earnings). Amounts contributed to the Plan by the employee in excess of six percent (6%) of eligible earnings will not be eligible for the Company match. The Company contributions will vest after 8 consecutive quarters.

This is not a negotiated item and does not form part of the Collective Agreement. I trust the foregoing reflects our discussions on this matter.

Yours truly,                                                          I Concur:

Myron W. Becker                                          General Chairman
Assistant Vice President
Labor Relations

56

**Side Letter 4 - Payment for Vacation and Personal Leave**

Mr. Peter Semenek
General Chairman
Brotherhood of Locomotive Engineers and Trainmen
123 E Lake St., Suite 105
Bloomingdale, IL 60108

Dear Sir:

The following confirms our discussion during the just concluded negotiations that resulted in the June 18, 2015 Agreement.

The Parties understood and agreed that Vacation and Personal Leave Days taken in the remainder of calendar year 2015 and calendar year 2016 will be paid at the rates at which such paid leave was earned in calendar year 2014 and 2015, respectively. Vacation and Personal Leave days taken in calendar year 2017 will be paid at the rates in effect at the time such paid leave is taken.

I trust the foregoing reflects our discussions on this matter.

Yours truly,                                               I Concur:

Myron W. Becker
Assistant Vice President                                   General Chairman
Labor Relations

**Side Letter 5 - Personal Leave Days 'FIRE' Account**

Mr. Peter Semenek
General Chairman
Brotherhood of Locomotive Engineers and Trainmen
123 E Lake St., Suite 105
Bloomingdale, IL 60108

Dear Sir:

The following confirms our discussion during the just concluded negotiations that resulted in the June 18, 2015 Agreement.

The Parties understood and agreed that Personal Leave Days not taken in previous years by Engineers, which remained in the employee's FIRE Account upon the effective date of this Agreement, would be eligible for use and paid as set forth herein.

Accumulated days in the FIRE Account may only be used by the employee for short term emergency or catastrophic personal or family situations i.e., the type of situations for which FMLA or a Short Term Disability leave would usually and customarily apply or an unexpected personal or family emergency. FIRE Account days shall be paid at the rate in effect on the day prior to the effective date of this agreement.

Upon the death or retirement of an employee, whichever first occurs, the Company will, within 90 days of a proper request with accompanying documentation of retirement or death to the Director Labor Relations by the employee or beneficiary, pay the employee or his/her beneficiary at the rate shown above for the number of days held in the employee's FIRE Account.

We further agreed that subsequent to the effective date of this agreement, personal leave days not used prior to the end of the calendar year would be paid for during January of the following year and no personal leave days would be carried over or accumulated.

I trust the foregoing reflects our discussions on this matter.

Yours truly,                                              I Concur:

Myron W. Becker
Assistant Vice President                                 General Chairman
Labor Relations

**Side Letter 6**

Mr. Peter Semenek
General Chairman
Brotherhood of Locomotive Engineers and Trainmen
123 E Lake St., Suite 105
Bloomingdale, IL 60108

Dear Sir:

The following confirms our discussion during the just concluded negotiations that resulted in the June 18, 2015 Agreement.

Both parties recognize that this agreement provides opportunities and challenges. The Union maintains that the Company will benefit with the modification of work rules providing flexibility in addition to enhanced operating efficiencies. In return the Company has agreed to share these gains by providing Engineers significant immediate earnings opportunities and quality of life improvements such as scheduled days off for every engineer and job security.

The Union was concerned that in future negotiations concerning the issue of wage increases, the company may be reluctant to recognize benefits originally achieved within the hourly agreement. The parties agree to review the differential between the Soo hourly rate of pay and the locomotive engineer conventional SOO yard rate in the Collective Agreement that pre-existed the hourly rate agreement and shall serve as a guide for those negotiations.

Yours truly,                                                    I Concur:


Myron W. Becker
Assistant Vice President                                      General Chairman
Labor Relations

59

**Side Letter 7 – Consolidation Moratorium**

Mr. Peter Semenek
General Chairman
Brotherhood of Locomotive Engineers and Trainmen
123 E Lake St., Suite 105
Bloomingdale, IL 60108

Dear Sir:

The following confirms our discussion during the just concluded negotiations that resulted in the June 18, 2015 Agreement.

The Parties recognize that the provisions of Article 36 are intended to address all operational efficiencies that the Company would otherwise be able to achieve by serving a Section 4 Notice to coordinate operations between the DME (South) and the SOO in the "Chicago Terminal Complex Operating District".

Therefore it is understood and agreed that should the tentative June 18, 2015, Memorandum of Agreement between the CP Rail (SOO) and BLET be ratified by the membership, the Carrier agrees to withdraw all pending Section 4 Notices served to consolidate any territories between the DME (South) and the SOO, and further that it will observe a 3 year moratorium on any Section 4 Notices to consolidate any territories involving the DME (South), DM&E (North), and the SOO, unless such action is necessitated by a future transaction approved by the STB.

This moratorium will be subsequently extended in the year 2018, for an additional two years, so long as the reversionary provision cited in Side Letter 1 is not executed by either party.

In any event, the parties recognize that the provisions of Article 36 contemplate and are intended to permit the sharing of work between Soo Engineers and DM&E Engineers, but not until and only at such time as agreement provisions are in effect between DM&E and BLET to permit it.

I trust the foregoing reflects our discussions on this matter.

Yours truly,                                                      I Concur:

Myron W. Becker
Assistant Vice President                                    General Chairman
Labor Relations

**Side Letter 8 – Health & Welfare**

Mr. Peter Semenek
General Chairman
Brotherhood of Locomotive Engineers and Trainmen
123 E Lake St., Suite 105
Bloomingdale, IL 60108

Dear Sir:

The following confirms our discussion during the just concluded negotiations that resulted in the June 18, 2015 Agreement.

The parties agree that they shall grant and maintain their powers of attorney to their respective representatives at the national level to progress and resolve any Section 6 notices related to health and welfare (H&W) in any national bargaining round(s) that progress between November 1, 2014 and December 31, 2019. When any national settlement on H&W covering engineers represented by the BLET is consummated, such settlement, including moratorium/duration provisions, will be fully applicable to the parties signatory to this Agreement.

I trust the foregoing reflects our discussions on this matter.

Yours truly,                                                    I Concur:


Myron W. Becker
Assistant Vice President                              General Chairman
Labor Relations



Labor Relations
Suite 800
120 South 6th Street
Minneapolis, MN 55402

October 21, 2015

Mr. Peter Semenek
General Chairman
Brotherhood of Locomotive Engineers and Trainmen
123 E Lake St., Suite 105
Bloomingdale, IL 60108

**RE: Letter of Understanding regarding Local Chairman marking off for Union business.**

Dear Sir:

The following confirms our discussion relative to Local Chairmen who are assigned to the guaranteed extra list who mark off for Union Business.

We mutually understood that a Local Chairman who is assigned to the guaranteed extra list who marks off to perform bona fide Union business will not forfeit their guarantee for the week, but instead, will have their weekly guarantee pro-rated according to the number of days during the week they were marked up available for service.

I trust the foregoing reflects our discussions on this matter.

Yours truly,                                                          I Concur:

Myron W. Becker
Assistant Vice President                                    General Chairman
Labor Relations



Labor Relations
Suite 800
120 South 6th Street
Minneapolis, MN 55402

October 21, 2015

Mr. Peter Semenek
General Chairman
Brotherhood of Locomotive Engineers and Trainmen
123 E Lake St., Suite 105
Bloomingdale, IL 60108

**RE: Letter of Understanding regarding PL Days/Holidays for calendar year 2015.**

Dear Sir:

The following confirms our discussion relative to Personal Leave days and Holidays for the remainder of the calendar year 2015.

We mutually understand that, subject to the exception noted below, with respect to the application of taking Personal Leave days and Holidays by engineers assigned in yard service during the remainder of the calendar year 2015 whose assignment is annulled on a recognized holiday, would be paid one basic day at the former rate of pay.

EXCEPTION:  Personal Leave days not taken in calendar year 2015 would be paid out by not later than the second regular pay period in 2016 and such days will not be placed in the FIRE ACCOUNT.

I trust the foregoing reflects our discussions on this matter.

Yours truly,                                                                    I Concur:

Myron W. Becker
Assistant Vice President                                         General Chairman
Labor Relations



Labor Relations
Suite 800
120 South 6th Street
Minneapolis, MN 55402

September 11, 2015

Mr. Peter Semenek
General Chairman
Brotherhood of Locomotive Engineers and Trainmen
123 E Lake St., Suite 105
Bloomingdale, IL 60108

**RE: Letter of Understanding regarding unassigned pool regulation.**

Dear Sir:

The following confirms our discussion relative to regulation of unassigned pools.

We mutually understood that the Local Chairman having jurisdiction for a pool would have responsibility for regulation of unassigned pools so long as the pool continues to be regulated in conformity with the requirements of Article 8, Section 2, paragraph D. In the event the pool regulation is not in conformity with the aforementioned provision the General Chairman shall be notified and if correction of regulation is not effected immediately, the Company will regulate the pool.

I trust the foregoing reflects our discussions on this matter.

Yours truly,                                                          I Concur:


Myron W. Becker
Assistant Vice President                                  General Chairman
Labor Relations

Mr. Peter Semenek
General Chairman
Brotherhood of Locomotive Engineers and Trainmen
123 E Lake St., Suite 105
Bloomingdale, IL 60108

**RE: Letter of Understanding regarding seniority exercise pools/extra lists.**

Dear Sir:

The following confirms our discussion relative to exercising seniority into an unassigned pool or the extra list.

We mutually understood that, except for the initial establishment of a pool, when engineers exercise seniority into an unassigned pool or onto an extra list they will be required to displace an open position if one exists, and if not, they must displace the junior engineer in that pool or extra list.

I trust the foregoing reflects our discussions on this matter.

Yours truly,                                                                 I Concur:




Myron W. Becker
Assistant Vice President                                        General Chairman
Labor Relations

## BLET - SOO Hourly Wage Rates

| 2016 & 2017 | | | | |
|---|---|---|---|---|
| | Basic 10 hour day: | Overtime Rate: | Guaranteed Extra Board Weekly Rate: | Non Service Hourly Rate: |
| Hourly rate | $48.00 | $72.00 | $1,865.00 | $36.00 |

If neither party provides notice of intent to revert the rates of pay in effect will be adjusted as follows:

September 1, 2018 - $49.00/ basic hourly rate; non-service rate $ 37.00

September 1, 2019 - $50.00 basic hourly rate; non-service rate $ 38.00

Effective on the dates shown above the GEB rate will be increased by 2% for each remaining year of the agreement

| September 1st, 2018 | | | | |
|---|---|---|---|---|
| | Basic 10 hour day: | Overtime Rate: | Guaranteed Extra Board Weekly Rate: | Non Service Hourly Rate: |
| Hourly rate | $49.00 | $73.50 | $1,902.30 | $37.00 |

| September 1st, 2019 | | | | |
|---|---|---|---|---|
| | Basic 10 hour day: | Overtime Rate: | Guaranteed Extra Board Weekly Rate: | Non Service Hourly Rate: |
| Hourly rate | $50.00 | $75.00 | $1,940.35 | $38.00 |