# EXHIBIT B



| | | |
|---|---|---|
| Shelley R. Daberitz<br>Manager Support Services<br>US East | 11306 Franklin Ave<br>Franklin Park, IL<br>60131 | Tel (630) 860-4447<br>Cell (847) 804-2321<br>Shelley_Daberitz@cpr.ca |

October 9, 2019

**Certified #7018 2290 0001 7070 1885**

Mr. Keith Coleman
18818 S Oakwood Ave
Country Club Hills, IL 60478

Employee #763892

Dear Mr. Coleman:

This letter serves as your notice that a formal investigation/hearing will be conducted in the conference room at Bensenville Yard Office, 11306 Franklin Ave, Franklin Park, IL, at 09:00 hours on Wednesday, October 16, 2019.

The purpose of this investigation/hearing will be to determine the facts and circumstances and to place responsibility, if any, in connection with your alleged:

- Improper train handling

This incident allegedly occurred on October 8, 2019 at approximately 09:45 hours when working as the Locomotive Engineer on Train 281-8 on the Elgin Subdivision.

You will remain out of service pending the outcome of your formal investigation/hearing.

The following Carrier witnesses known at this time to likely have knowledge of the incidence and/or evidence relative to this investigation/hearing is hereby requested to attend:

- Doug Carl

You are entitled to a union representative of your choice present at this investigation/hearing as is provided for in your labor agreement. Any reasonable request for postponement must be made in a sufficient time prior to the date of the investigation/hearing.

You are instructed to be present on the above date, time, and place specified.

A copy is enclosed should you desire to coordinate this matter with your union representative.

Sincerely,

*Shelley R. Daberitz*

Shelley R. Daberitz
Manager Support Services
U.S. East Region

CC: Michael Ugorek
    Doug Carl
    Employee Services
    Crew Management
    Timekeeping

-Please arrange to conduct.
-Please arrange to appear as Carrier witness.

**Employee Signature:** _____  **Date Notified/Received:** _____

**Manager Signature:** _____