# **EXHIBIT C**

Shelley R. Daberitz  
Manager Support Services  
US East

11306 Franklin Ave  
Franklin Park, IL  
60131

Tel (630) 860-4447  
Cell (847) 804-2321  
Shelley_Daberitz@cpr.ca

**CP**

October 15, 2019

Mr. Keith Coleman  
18818 S Oakwood Ave  
Country Club Hills, IL 60478

Employee #763892

Dear Mr. Coleman:

Please refer to my letter dated October 9, 2019 concerning formal investigation/hearing to be held in the conference room at Bensenville Yard Office, 11306 Franklin Ave, Franklin Park, IL, at 09:00 hours on Wednesday, October 16, 2019.

The purpose of this investigation/hearing will now be to determine the facts and circumstances and to place responsibility, if any, in connection with your alleged:

- Improper train handling
- Failure to perform a Class III Brake Pipe Continuity Test

This incident allegedly occurred on October 8, 2019 at approximately 09:45 hours when working as the Locomotive Engineer on Train 281-8 on the Elgin Subdivision.

You will remain out of service pending the outcome of your formal investigation/hearing.

Balance of my original notice remains the same.

Sincerely,

*[signature]*

Shelley R. Daberitz  
Manager Support Services  
U.S. East Region

CC: Michael Ugorek  
    Doug Carl  
    Employee Services  
    Crew Management  
    Timekeeping

-Please arrange to conduct.  
-Please arrange to appear as Carrier witness.