# EXHIBIT D

IN RE THE MATTER OF:                    )

                                        )

Investigation/Hearing of Keith         )

Coleman                                 )


October 16, 2019

9:00 AM


PROCEEDINGS HAD at Canadian Pacific Bensenville
Yard Office, 11306 Franklin Avenue, Franklin Park, Illinois.

Keith Coleman
October 16, 2019

2

PRESENT FOR THE COMPANY:

        MR. MICHAEL UGOREK, Conducting Officer


PRESENT FOR THE CHARGED EMPLOYEE:

        MR. MATHEW PETERSON, SMART TD 1433, Local

          Chairman

Keith Coleman
October 16, 2019

3

I N D E X

WITNESS:  DOUG CARL

     Examination by Mr. Ugorek                    21, 57

     Examination by Mr. Peterson                  44, 59


WITNESS:  KEITH COLEMAN

     Examination by Mr. Ugorek                    62, 71

     Examination by Mr. Peterson                  67, 72


EXHIBITS:

     Exhibit 1                                       20

     Exhibits 2 - 4                                  21

     Exhibits 5 - 6                                  25

     Exhibit 7                                       26

     Exhibit 8                                       32

     Exhibit 9                                       33

     Exhibits 10 - 11                                40

     Exhibit 12                                      42

Keith Coleman
October 16, 2019

4

1      MR. UGOREK:  My name is Michael Ugorek. I'm an Assistant

2 Superintendent for Bensenville Terminal for Canadian Pacific

3 Railway.

4      I will be the Conducting Officer at this

5 hearing/investigation, which is being held in the conference

6 room of Canadian Pacific Bensenville Yard Office, 11306

7 Franklin Avenue, Franklin Park, Illinois.

8      The time is now 9:19 on Wednesday, October 16, 2019.

9      I'm charged with conducting a fair and impartial

10 hearing/investigation. In order to do that, I ask everyone

11 present today to adhere to a few simple rules:

12      Turn off all cell phones or silent them.

13      Everyone present will conduct themselves in a civil

14 manner and show respect for one another.

15      The hearing/investigation is being recorded on-site

16 and will be transcribed after this hearing/investigation, and

17 shall be the official record of this proceeding.

18      In order that everyone's testimony or remarks are

19 accurately recorded, I ask that only one person at a time

20 speak, and that they do so in a clear, distinct voice.

21      Digital recording devices may be allowed but must

22 remain visible on the table at all times and must be turned off

23 during recesses or off-the-record moments.

24      Respondents who allow questioners to finish their

Keith Coleman
October 16, 2019

5

1  question before providing an answer to prevent in having more

2  than one speaker at a time.

3       Any objections raised will be -- any objections

4  raised during the hearing/investigation will be addressed and,

5  where warranted, rule on. All objections will be made a matter

6  of record.

7       Reasonable recesses will be granted.

8       The Principals and their representatives will be

9  given an opportunity to make a closing statement following the

10 testimony of all the witnesses present, and these statements

11 should be confined to the matter being investigated and based

12 on the evidence and testimony during the -- the proceedings.

13      At this time, I'll go around the table to identify

14 everyone and where they're sitting. Beginning on my right we

15 have:

16      MR. CARL:  Doug Carl. Road Foreman of Engines. Witness.

17      MR. UGOREK:  And to my left we have:

18      MR. COLEMAN:  Keith Coleman. Attending this

19 investigation under protest.

20      MR. PETERSON:  Mat --

21      MR. UGOREK:  Mis -- next to Mr. Coleman, on his left we

22 have:

23      MR. PETERSON:  Mathew Peterson. SMART TD, Local

24 Chairman. Representative.

Keith Coleman
October 16, 2019

6

1          MR. UGOREK:  The purpose of this hearing/investigation

2    is to hear testimony and develop the relevant facts in

3    connection with the following Notice:

4               "CP letterhead

5               Dated: October 9, 2019

6               Certified #7018 2290 0001 7070 1885

7               Mr. Keith Coleman

8               18818 S Oakwood Avenue

9               Country Club Hills, Illinois 60478

10              Employee #763892

11              Dear Mr. Coleman:

12              This letter serves as your notice

13          that a formal investigation/hearing

14          will be conducted in the conference

15          room at Bensenville Yard Office, 11306

16          Franklin Avenue, Franklin Park,

17          Illinois, at 09:00 hours on Wednesday,

18          October 16, 2019.

19              The purpose of this

20          investigation/hearing will be to

21          determine the facts and circumstances

22          and to place responsibility, if any, in

23          connection with your alleged:

24              Improper train handling

Keith Coleman
October 16, 2019

7

1        This incident allegedly occurred on

2     October 8, 2019 at approximately 09:45

3     hours when working as the Locomotive

4     Engineer on Train 281 -- 8 on the Elgin

5     Subdivision.

6        You will remain out of service

7     pending the outcome of your formal

8     investigation/hearing.

9        The following Carrier witnesses

10    known at this time to likely have

11    knowledge of the incidence and/or

12    evidence relative to this

13    investigation/hearing is hereby

14    requested to attend:

15       Doug Carl

16       You are entitled to a union

17    representative of your choice present

18    at the investigation/hearing as is

19    provided in your labor agreement. Any

20    reasonable request for postponement

21    must be made in a sufficient time prior

22    to the date of the

23    investigation/hearing.

24       You are instructed to be present on

Keith Coleman
October 16, 2019

8

1    the above date, time, and place

2    specified.

3        A copy is enclosed should you desire

4    to coordinate this matter with your

5    union representative.

6        Sincerely,

7        Shelley R. Daberitz

8        Manager Support Services

9        U.S. East Region

10       CC: Michael Ugorek - Please arrange

11   to conduct.

12       Doug Carl - Please arrange to appear

13   as Carrier witness.

14       Employee Services

15       Crew Management

16       and

17       Timekeeping"

18   MR. UGOREK:  Have a follow-on letter:

19       "CP letterhead

20       Dated: October 15, 2019

21       Mr. Keith Coleman

22       18818 S Oakwood Avenue

23       Country Club Hills, Illinois 60478

24       Employee #763892

Keith Coleman
October 16, 2019

9

```
1        Dear Mr. Coleman:

2        Please refer to my deter -- letter

3    dated October 9, 2019 concerning formal

4    investigation/hearing to be held in the

5    conference room at Bensenville Yard

6    Office, 11306 Franklin Avenue, Franklin

7    Park, Illinois at 09:00 hours on

8    Wednesday, October 16, 2019.

9        The purpose of this

10    investigation/hearing will now be to

11    determine the facts and circumstances

12    and to place responsibility, if any, in

13    connection with your alleged:

14        Improper train handling

15        and

16        Failure to perform a Class III Brake

17    Pipe Continuity Test

18        This incident allegedly occurred on

19    October 8, 2019 at approximately 09:45

20    hours when working as the Locomotive

21    Engineer on Train 281 -- 8 on the Elgin

22    Subdivision.

23        You will remain out of service

24    pending the out -- the outcome of your
```

Keith Coleman
October 16, 2019

10

1      formal investigation/hearing.

2          Balance of my original notice

3      remains the same.

4          Sincerely,

5          Shelley R. Daberitz

6          Manager Support Services

7          U.S. East Region

8          CC: Michael Ugorek - Please arrange

9      to conduct.

10         Doug Carl - Please arrange to appear

11     as Carrier witness.

12         Matthew Peterson -- Local Chairman

13         Employee Services

14         Crew Management

15         and

16         Timekeeping"

17     MR. UGOREK:  Mr. Coleman, can you please state your full

18 name?

19     MR. COLEMAN:  Keith R. Coleman.

20     MR. UGOREK:  And, Mr. Coleman, what is your length of

21 service with the Canadian Pacific?

22     MR. COLEMAN:  Twenty-two years, I think.

23     MR. UGOREK:  And, Mr. Coleman, are you qualified on the

24 General Code of Operating Rules?

Keith Coleman
October 16, 2019

11

1          MR. COLEMAN:  Yes, I am.

2          MR. UGOREK:  Mr. Coleman, did you receive the original

3    Notice dated October 9, 2019, to attend this

4    hearing/investigation?

5          MR. COLEMAN:  Yes, I did.

6          MR. UGOREK:  And, Mr. Coleman, have you selected someone

7    to represent you?

8          MR. COLEMAN:  Yes, I did.

9          MR. UGOREK:  Who would that be?

10         MR. COLEMAN:  Matt Peterson.

11         MR. UGOREK:  Mr. Peterson, do you represent Mr. Coleman?

12         MR. PETERSON:  Yes, I do.

13         MR. UGOREK:  Mr. Coleman, are you ready to proceed?

14         MR. PETERSON:  I will answer on behalf of Mr. Coleman.

15    First off, based on your rules that you stated --

16              [beeping noise]

17         MR. COLEMAN:  [Silent there].

18         MR. PETERSON:  Based on your rules, if I have an

19    objection who der -- determines whether a ruling is warranted

20    or not, is that you?

21         MR. UGOREK:  Yes, sir.

22         MR. PETERSON:  So you can proceed without ruling on my

23    objection?

24         MR. UGOREK:  No, I will -- I will -- I will rule on

Keith Coleman
October 16, 2019

12

1    objections.

2        MR. PETERSON:  Okay. Also, as Mr. Coleman's

3    representative, I reviewed the Notice of Investi --

4    Investigation and the charges placed against him and object to

5    the continuance of this investigation pursuant to Article 29,

6    which it -- where  it clearly states that:

7            "An Engineer shall not be held from

8            service pending hearing except in cases

9            that are serious, such as theft,

10           altercation, Rule "G", insubordination,

11           major accidents and/or other major

12           offenses whereby the Engineer's

13           retention in service could be

14           hazardous."

15       MR. PETERSON:  Mr. Coleman's removal from service 26

16   hours after an alleged incident occurred is nothing more than

17   the Carrier pre -- being pre-judgmental. And if this alleged

18   incident was serious enough to warrant Mr. Coleman's removal

19   from service, it should've transpired at the time the alleged

20   incident occurred and not after he was allowed to operate an

21   additional 160-plus miles into another state, stay overnight in

22   a hotel, and then return home by cab for convenience to the

23   Carrier.

24           We also feel that at no time will Mr. Coleman receive

Keith Coleman
October 16, 2019

13

1  a fair and impartial hearing today pursuant to the same article

2  where it clearly states that:

3           "No Engineer shall be disciplined

4        without a fair hearing by an officer of

5        the Company."

6     MR. PETERSON:  Especially when Canadian Pacific Code of

7  Business Ethics clearly states in bold lettering, within the

8  Introduction on page 4, Section 3, titled Corporate

9  Opportunities:

10          "Employees owe a duty to CP to

11       advance its legitimate interests when

12       the Company -- or when the opportunity

13       to do so arises."

14     MR. PETERSON:  Both sentences are in direct conflict

15  with one another and at no time will Mr. Coleman, who has

16  already been prejudged and held from service and facing

17  additional discipline, will receive a fair and i --

18  investigation free from bias when a Company Officer is

19  conducting the hearing to -- here today, with the intent of

20  advancing the Company's interest as s -- as in this case before

21  us.

22          Also, in addition, the Notice of the 9th was changed

23  yesterday, less than 24 hours ago, to include another alleged

24  infraction, where I've had no time to refer with Mr. Coleman to

Keith Coleman
October 16, 2019

14

1    prepare a defense for here today.

2          MR. UGOREK:  Okay. Was that one single objection, sir?

3          MR. PETERSON:  There's three.

4          MR. UGOREK:  Three in there? Okay.

5          MR. PETERSON:  Yes. Would you like to maybe go back and

6    clarify which ones are which?

7          MR. UGOREK:  Can we do one at a time?

8          MR. PETERSON:  All right.

9          MR. UGOREK:  Please?

10         MR. PETERSON:  First off, under Article 29, Mr.

11   Coleman's -- was held out of service as of the 9th. This

12   incident happened on the 8th. And it clearly states that: "An

13   Engineer shall not be held from service pending hearing except

14   in cases that are serious, such as theft, altercation, Rule

15   "G", insubordination, major accidents and/or other major

16   offenses whereby the Engineer's retention in service could be

17   hazardous," yet the Carrier allowed him to take this train

18   160-plus miles into another state, stay overnight in a hotel,

19   and then return home by cab before being removed from service.

20         MR. UGOREK:  'Kay. Well, we'll determine the -- the

21   seriousness of these charges here today, in that we're here. So

22   I'll overrule your objection and we'll proceed.

23         MR. PETERSON:  All right. The second, we do not feel Mr.

24   Coleman will receive a fair and impartial hearing today,

Keith Coleman
October 16, 2019

15

1  pursuant to that same article where it clearly states: "No

2  Engineer shall be disciplined without a fair hearing by an

3  officer of the Company."

4          Especially when Canadian Pacific's Code of Business

5  -- Business Ethics clearly states in bold lettering, within the

6  Introduction page on Section -- on page 4, Section 3, titled

7  Corporate Opportunities: "Employees owe a duty to CP to advance

8  its legitimate interests when the opportunity to do so arises."

9          Both of these sentences are in direct conflict with

10 one another. At no time will Mr. Coleman, who has already been

11 judged, held from service, and facing additional discipline,

12 will receive a fair investigation free from bias, when you, Mr.

13 Ugorek, are a Company Officer and conducting the

14 hearing/investigation with the intent of advancing the

15 Company's interest, as in the case before us.

16     MR. UGOREK:  Well, I have not prejudged Mr. Coleman. I

17 am here to conduct a fair and impartial hearing. That is my

18 mission today. I'll overrule and we'll proceed.

19     MR. PETERSON:  Also, the Notice that you handed us here

20 today, dated October 15th, apparently was made available to me

21 within less than 24 hours, where I have not been able to refer

22 with Mr. Coleman and prepare a defense for the additional

23 charge that's been placed upon this Charge Letter.

24     MR. UGOREK:  'Kay. Well, we're here today. If you need

AccuTran Global Enterprises, Inc.
855-552-0505

Keith Coleman
October 16, 2019

16

1   any additional time to review any evidence presented here

2   today, I will gladly grant that and give as much time as we --

3   as needed. And I'll overrule your objection and we'll proceed.

4          MR. PETERSON:  All right. And based on your -- or my

5   objections and your overruling them, Mr. Coleman and myself, I

6   guess, are ready to proceed, but under profest. Protest.

7          MR. UGOREK:  Yes, sir.

8          MR. PETERSON:  In addition, I sent out an e-mail to Mr.

9   Bahruth where I believe you were also carbon copied that you

10  have yet to bring up, requesting information and/or witnesses.

11  Did you get that?

12         MR. UGOREK:  Yes, I believe I did.

13         MR. PETERSON:  Okay. And where is the status on that

14  information?

15         MR. UGOREK:  Well, which -- can you refresh my memory,

16  sir?

17         MR. PETERSON:  I have a letter that was written to Mr.

18  Bahruth that you were copied on. It says:

19             "Mr. Bahruth,

20             Please accept this formal request on

21         behalf of Engineer Keith Coleman to

22         have witnesses and/or evidence made

23         available at the investigation/hearing

24         to be held on October 16, 2019 at 0900

Keith Coleman
October 16, 2019

17

1      hours.

2          First, Mr. Coleman would like to

3      have Conductor R. Olinski -- Roger

4      Olinski -- made available for

5      questioning for he was present and has

6      firsthand knowledge of the events that

7      occurred surrounding the alleged

8      incident.

9          And secondly, Mr. Coleman also

10     requests to have the tapes of channel

11     94 between the hours of 0900 and 1100

12     on October 8, 2019 and the tapes of

13     channel AR 44 between the hours of 1100

14     and 1200, and then between the hours of

15     1230 and 1400.

16         Mr. Copen -- Mr. Coleman hopes this

17     -- that this request will be approved

18     in order to provide him his right to a

19     fair and impartial hearing.

20         Respectfully,

21         Mathew L. Peterson

22         SMART-TD E Local Chairman 1433"

23     MR. UGOREK:  'Kay. I believe the -- the radio tapes have

24  been made available --

AccuTran Global Enterprises, Inc.
855-552-0505

Keith Coleman
October 16, 2019

18

1           MR. PETERSON:  Okay.

2           MR. UGOREK: -- through the flash drive. We can listen to

3    them at any point during the hearing/investigation if we need

4    to today --

5           MR. PETERSON:  Okay.

6           MR. UGOREK: -- if we think it's warranted. And, Mr.

7    Olinski I did not feel was needed, and -- and if you -- if you

8    were requesting him, you can feel free to try and get Mr.

9    Olinski here, but I do not need him as a witness.

10          MR. PETERSON:  Okay. But your boss said differently,

11   because Mr. Bahruth responded that:

12               "Mr. Olinski will be -- can be made

13          available for this event, but please

14          understand he will not be compensated

15          by the carrier."

16          MR. PETERSON:  So you overruled your superior?

17          MR. UGOREK:  No, sir, I did not say that.

18          MR. PETERSON:  That's what you just said.

19          MR. UGOREK:  No s --

20          MR. PETERSON:  You said that you felt that he didn't

21   need to be here, but Mr. Bahruth said that he would be here.

22          MR. UGOREK:  No, he said he could be made available.

23          MR. PETERSON:  But is he here?

24          MR. UGOREK:  I -- I don't s -- have him here. He's not

Keith Coleman
October 16, 2019

19

1 in the room.

2       MR. PETERSON:  Okay. So your boss said he'd be made

3 available, but you overruled --

4       MR. UGOREK:  At -- at --

5       MR. PETERSON: -- the boss?

6       MR. UGOREK: -- at your request, and that the Company

7 would not compensate him or require him to be here.

8       MR. PETERSON:  Okay. So where is Mr. Olinski, then?

9       MR. UGOREK:  That's -- if you need Mr. Olinski here, you

10 can feel free to reach out to him.

11       MR. PETERSON:  Does he work for UTU? Or SMART TD? No. He

12 works for CP, correct?

13       MR. UGOREK:  [Sure].

14       MR. PETERSON:  Does he? Does Mr. Olinski work for CP?

15       MR. UGOREK:  As far as I know, yes.

16       MR. PETERSON:  Okay. Did I request for him to be made

17 available?

18       MR. UGOREK:  Yes.

19       MR. PETERSON:  Did your boss say that he can be made

20 available for this?

21       MR. UGOREK:  Yes, he can be.

22       MR. PETERSON:  Okay. But you overruled him? Is that what

23 you're saying?

24       MR. UGOREK:  No, I didn't say that.

Keith Coleman
October 16, 2019

20

1        MR. PETERSON:  That's exactly what you said.

2        MR. UGOREK:  I did not say that. I just said, he can be.

3        MR. PETERSON:  You stated that you didn't deem him

4    necessary to be [indiscernible].

5        MR. UGOREK:  To be here at this time.

6        MR. PETERSON:  But yet your boss said he could be made

7    available per my request.

8        MR. UGOREK:  Okay. Sir. Time out. He can be, if it's

9    determined that he needs to be.

10       MR. PETERSON:  I've already requested him, and Mr.

11   Bahruth said --

12       MR. UGOREK:  All right.

13       MR. PETERSON: -- he'd be made available.

14       MR. UGOREK:  All right. I'm overruling. We're gonna move

15   forward.

16       MR. PETERSON:  Well, again, we object, based on my

17   previous testimo -- or my previous objections that you are not

18   in a position to provide a fair and impartial hearing, based on

19   this information.

20       MR. UGOREK:  'Kay. So before we move forward, I'm gonna

21   -- I'll labels these Charge Letters, one dated October 9th be

22   Exhibit 1.

23                        (Whereupon, the document was marked as

24                         Exhibit 1 for identification.)

Keith Coleman
October 16, 2019

21

1          MR. UGOREK:  One dated October 15th will be Exhibit 2.

2                         (Whereupon, the document was marked as

3                         Exhibit 2 for identification.)

4          MR. PETERSON:  And then I also want my letter entered as

5     exhibit, requesting information, and the e-mail from Mr.

6     Bahruth.

7          MR. UGOREK:  One-page document from the SMART ETU [sic]

8     from Mr. Peterson will be Exhibit 3.

9                         (Whereupon, the document was marked as

10                        Exhibit 3 for identification.)

11         MR. UGOREK:  And a one-page document, e-mail response,

12    be Exhibit 4.

13                        (Whereupon, the document was marked as

14                        Exhibit 4 for identification.)

15         MR. UGOREK:  Just say -- oh. Okay.

16         MR. PETERSON:  What? I trust you; just don't believe ya.

17                        DOUG CARL

18    called as a witness by the Company herein, was examined and

19    testified as follows:

20                    E X A M I N A T I O N

21                    By: Mr. Ugorek

22         Q.     Mr. Carl, will you please state your name,

23    title, and area of responsibility for the record here today?

24         **A.        My name is Doug Carl. I'm the Road Foreman of**

Keith Coleman
October 16, 2019

22

1  Engines for Bensenville. I'm in charge of Engineer and

2  Conductors in Chicago. And also, I go throughout the other

3  terminals; assist in helping them out as well.

4          Q.      Mr. Carl, how long have you been a Road Fore --

5  Road Foreman?

6          A.      Approximately 12 years or so.

7          Q.      Mister -- Mr. Carl, can you please tell us what

8  information and knowledge you have of the alleged improper

9  train handling and failure to perform a Class III Brake Pipe

10  Continuity Test, here today?

11          A.      Yes. I was asked to review a download that

12  happened on the 8th. I got the e-mail later in the evening. So

13  I was told to give a review of the download, so I did so and

14  noticed, as -- I have some exhibits here of the download and I

15  will pass these out to everyone so while I'm explaining this,

16  you can also understand what I'm looking at.

17                  So in this first download slide, it shows down

18  at the bottom, I've highlighted that each segment where the

19  line is, is 2 seconds.

20                  The blue line down where it shows the 2 seconds,

21  it also shows the throttle advanced. The throttle was advanced

22  from the first notch to the third notch in less than 2 seconds.

23  Therefore, it being advanced down that quickly, it was not

24  allowing the locomotive to respond to the request from the

Keith Coleman
October 16, 2019

23

1  **Engineer. And as you can see, after it gets past the 2 seconds,**

2  **the -- and the throttle's been in the third notch for a few**

3  **tenths of a second, the tractive effort starts to rise. And**

4  **that's what we see here. And we also talk about throttle**

5  **modulation, when we teach our Engineers, a minimum of 3 seconds**

6  **between, and we also have a Rule --**

7       MR. PETERSON:  Objection.

8       MR. UGOREK:  Your objection, Mr. Peterson?

9       MR. PETERSON:  Oh, you said something about 3 seconds.

10  Where's that at?

11       MR. CARL:  I'm explaining myself, if you'll let me

12  continue, please.

13       MR. PETERSON:  Okay.

14  BY: MR. UGOREK

15       **A.     The 3 seconds is to give the locomotive time to**

16  **react to the -- the throttle modulation that the Engineer is**

17  **requesting from the locomotive. That is just taught. That's a**

18  **rule of thumb. That is not actually a Rule, but I do have --**

19       MR. PETERSON:  Objection, then. We don't -- we don't

20  want to talk about it if it's not a Rule. If it's not written,

21  I don't wanna hear about it.

22       MR. UGOREK:  Okay.

23       MR. CARL:  That's fine.

24       MR. UGOREK:  I -- I'll -- let's just -- I agree. We'll

Keith Coleman
October 16, 2019

24

1   just stick to facts here today, Mr. Carl.

2          MR. CARL:  Okay.

3   BY: MR. UGOREK

4          **A.     So in our GOI Section 1, as I'm handing out now**

5   **-- hand you a copy -- Section  1 in 35.0, it says Use of**

6   **Throttle. It says:**

7              "When it is desired to increase the

8              speed -- "

9   BY: MR. UGOREK

10         **A.      And 35.1 -- I'll -- I'll start from the**

11  **beginning again:**

12             "When it is desired to increase the

13             speed, the throttle must be -- be

14             advanced one notch at a time. Tractive

15             effort and Amperage must be consistent

16             or dropping before moving to the

17             throttle to the next higher position.

18             When it is desired to discrease --

19             decrease speed, the throttle must be

20             reduced gradually, except in an

21             emergency situation.

22             The throttle should always be

23             handled using good judgment and a

24             manner that results in smooth

Keith Coleman
October 16, 2019

25

1    operation."

2   BY: MR. UGOREK

3        A.    And as you can see in the download, this was not

4   taken into consideration when the throttle was advanced as fast

5   as it was.

6              Then, I also have Section --

7        Q.    Just -- give me one second here --

8        A.    Yes, sir.

9        Q.    -- Mr. Carl.

10       MR. UGOREK:  All right. So we'll enter these two

11  documents into the exhibits. The download, the screenshot of

12  October 8, 2019, 09:45:54, we'll make Exhibit #5.

13                        (Whereupon, the document was marked as

14                         Exhibit 5 for identification.)

15       MR. UGOREK:  And the one-page of Section 1 of the

16  Locomotive/Train Operation & Train Handling will be Exhibit 6.

17                        (Whereupon, the document was marked as

18                         Exhibit 6 for identification.)

19  BY: MR. UGOREK

20       Q.    Okay. Mr. Carl, please proceed for us.

21       A.    Then I have, also a one-page document that's

22  from the GOI. It also states in Section 1, 42.0 Train Handling

23  Guidelines, and 42.1 is what I'm going to read. And it says:

24              "Knowledge of the road and train

Keith Coleman
October 16, 2019

26

1       make-up are most important factors. The

2       locomotive emu -- engineer must take in

3       account when developing a train ha --

4       handling plan to operate safely,

5       efficiently, and with competence.

6           The particular care and attention

7       required when starting or stopping a

8       train must be ec -- exercised when the

9       train is undergoing a transition from

10      bunched to stretched or vice versa.

11      Changes in slack due to grade changes

12      and/or train make-up, as well as those

13      indicated by the locomotive engineer --

14      initiated, excuse me -- by the

15      locomotive engineer must be handled in

16      such a way to maintain in-train forces

17      within acceptable levels."

18      MR. UGOREK:  'Kay. We'll enter this into the exhibits as

19  Exhibit 7.

20                  (Whereupon, the document was marked as

21                   Exhibit 7 for identification.)

22  BY: MR. UGOREK

23      Q.      Please continue, Mr. Carl.

24      **A.      Okay. And I have another screenshot.**

Keith Coleman
October 16, 2019

27

1      MR. COLEMAN:  I don't know how to read that other

2  [form].

3  BY: MR. UGOREK

4      **A.      In this screenshot, it's talking about the**

5  **locomotive dump test, which is irrelevant to the case. But --**

6      Q.      Then we won't -- we won't talk about it, then.

7  We'll just stick to the Class III and the improper train

8  handling as the Charge Letter states.

9      **A.      Well, it does -- as i -- it does pertain here a**

10  **little bit because the EOT was tested, as you can see from the**

11  **black line.**

12      MR. CARL:  Mr. Peterson, do you want me to point that

13  out? Or no?

14  BY: MR. UGOREK

15      **A.      It is pointed out on -- with the arrow, the**

16  **black line down at the bottom. So it shows that the EOT drops**

17  **and then comes back up, and that's the rear end pressure of the**

18  **train. And then it gradually climbs up when it's -- when the**

19  **automatic brake -- or the EOT has been placed back and**

20  **recovered.**

21      MR. PETERSON:  I don't see anything that refers to an

22  EOT other than your markings.

23      MR. CARL:  Okay. If you look over to the left-hand side

24  --

Keith Coleman
October 16, 2019

28

1        MR. PETERSON:  'Kay.

2        MR. CARL: -- it says brakes --

3        MR. PETERSON:  'Kay.

4        MR. CARL: -- and it says EOT brake pipe pressure.

5        MR. PETERSON:  No, I see EAB.

6        MR. UGOREK:  If you go two down.

7        MR. PETERSON:  Oh, okay. I'm sorry. The black. Okay.

8   EOT. Okay.

9        MR. CARL:  Yes, sir.

10        MR. PETERSON:  Right.

11   BY: MR. UGOREK

12        **A.        That indicates the rear pressure of the train.**

13   **And as you can see, it comes back up gradually. And at no time**

14   **was a 20-pound brake pipe reduction taken, as in -- per the**

15   **Rule. So if you want me to enter this, I can do it right now.**

16        Q.        So, Mr. Carl, just for clarification, as I'm

17   looking at this to read this document, is where the arrow is

18   pointing to is basically at a state of zero?

19        **A.        That is correct.**

20        Q.        Okay. And then as we move a little further to

21   the right, the -- the air pressure on the rear slowly climbs.

22   Is that -- is that a correct statement on it?

23        **A.        That is correct.**

24        Q.        Okay.

Keith Coleman
October 16, 2019

29

1    **A.       It's showing that the brake pipe pressure has**

2    **been recovered and that it is actually pumping the train up.**

3         Q.     Okay.

4    **A.       Okay?**

5         Q.     And what's -- can you just sorta describe some

6    of the -- the intervals of the timeline of this screenshot for

7    us?

8    **A.       Okay. Down at the bottom, if you look, it**

9    **actually has October 8, 2019, 08:48:51. And over to the right**

10   **of the screenshot, it actually shows the timeline there of**

11   **09:48:51. This is a compressed version of the download, to give**

12   **you a broad understanding of what actually took place during**

13   **this -- this time.**

14        Q.     [indiscernible].

15        MR. UGOREK:  So we're gonna enter this into the

16   exhibits. This screenshot of October 8, 2019, 09:38:50 seconds

17   --

18        MR. PETERSON:  Well, we object, because this is prior

19   to, and the Investigation Letter says 9:45 for improper train

20   handling.

21        MR. UGOREK:  So it's approximately, sir, on the Charge

22   Letter.

23        MR. PETERSON:  And that was for the first offense.

24   There's nothing -- there's no timeline for the second one.

Keith Coleman
October 16, 2019

30

1        MR. UGOREK:  So it's an approximation of the time in the

2    Charge Letter. I'll overrule and we'll proceed.

3        MR. PETERSON:  And how --

4        MR. UGOREK:  [indiscernible] --

5        MR. PETERSON: -- will you enter the -- you don't even

6    have information to substantiate the document.

7        MR. UGOREK:  What do you mean, sir?

8        MR. PETERSON:  Do you know what train he was on?

9        MR. UGOREK:  281 -- 08.

10       MR. PETERSON:  What was his leading locomotive?

11       MR. UGOREK:  Well, I think if we al -- allow Mr. Carl to

12   proceed --

13       MR. PETERSON:  Oh, so you think if we allow him to

14   proceed --

15       MR. UGOREK:  I can ask that --

16       MR. PETERSON: -- we'll get that information.

17       MR. UGOREK:  I -- I can ask questions on that, sir.

18       MR. PETERSON:  Well, before we enter a document, don't

19   we want facts pertaining to it to see --

20       MR. UGOREK:  Sure.

21       MR. PETERSON: -- if it's even pertains?

22       MR. UGOREK:  Yes, sir. I'll -- I'll find that out right

23   now.

24       MR. COLEMAN:  Can I ask him two questions? No disrespect

Keith Coleman
October 16, 2019

31

1   to you.

2           MR. UGOREK:  You can -- we'll follow the process of the

3   -- the investigation.

4           MR. COLEMAN:  Okay. Fine. I'm not --

5           MR. UGOREK:  All right. So we're gonna allow one speaker

6   at a time, like I talked about in the initial --

7           MR. COLEMAN:  I haven't s -- I haven't spoken.

8           MR. UGOREK:  So just --

9           MR. COLEMAN:  I just asked him a question.

10          MR. UGOREK:  Okay.

11          MR. COLEMAN:  Can I do that?

12          MR. UGOREK:  Yeah. If you need to take a short recess,

13  we can, if you need to confer with your -- your Local Chairman.

14          MR. COLEMAN:  I just asked him a question.

15          MR. PETERSON:  You wanted to ask him two questions?

16          MR. COLEMAN:  Yeah.

17          MR. PETERSON:  Mr. Hearing Officer, will you allow Mr.

18  Coleman to ask two questions?

19          MR. UGOREK:  Yes, a -- after I'm finished questioning --

20

21          MR. PETERSON:  Okay.

22          MR. UGOREK: -- Mr. Carl.

23          MR. PETERSON:  Okay.

24          MR. COLEMAN:  Okay. Go ahead.

Keith Coleman
October 16, 2019

32

1  BY: MR. UGOREK

2       Q.      All right. Mr. Carl, these -- these snapshots

3  that you're entering, okay, that we've already made one an

4  exhibit of, Exhibit #5, do you -- how do y -- do you know that

5  this was from the train that Mr. Coleman was on?

6       **A.      I have a two-page document here that is the**

7  **train list, with the locomotives actually on the top of the**

8  **list, and it shows it as the lead locomotive. If you would**

9  **like, I can -- we can stop, and I can make copies of the train**

10 **list.**

11      Q.      What is -- what does that document show as the

12 lead locomotive?

13      **A.      It shows the UP 7447 as it is indicated on the**

14 **top of the snapshots. In the middle of the sta -- snapshot, it**

15 **shows Locomotive 7447.**

16      MR. UGOREK:  Okay. So let's enter this document in. This

17 snapshot will be Exhibit 8.

18                        (Whereupon, the document was marked as

19                         Exhibit 8 for identification.)

20      MR. PETERSON:  Which one? The 9:38:50?

21      MR. UGOREK:  Yes. Yes, sir. So we've heard some

22 testimony from Mr. Carl.

23          Mr. Peterson, does your objection of knowing what

24 locomotive these came from, still stand?

AccuTran Global Enterprises, Inc.
855-552-0505

Keith Coleman
October 16, 2019

33

1       MR. PETERSON:  No. I -- I'll withdraw my objection on

2    that.

3       MR. UGOREK:  Okay.

4    BY: MR. UGOREK

5       Q.      Mr. Carl, can you please proceed?

6       **A.      Yes. Would you like a copy of this? Or does this**

7    **need to be --**

8       Q.      No. The -- Mr. Peterson's removed his objection,

9    [and] your testimony here today.

10      MR. PETERSON:  Based on the objection for the document,

11   not the fact that we know what the lead locomotive in the train

12   is. I'm not removing that objection.

13      MR. UGOREK:  Refresh my memory on what -- what do you --

14

15      MR. PETERSON:  Well, I objected to you in making this

16   exhibit without having that factual information. If that

17   substantiate what he talking about, then yes, we need that in

18   there.

19      MR. UGOREK:  Okay. Then I will enter the train list,

20   two-page document, into the exhibits; be Exhibit #9.

21                  (Whereupon, the document was marked as

22                   Exhibit 9 for identification.)

23      MR. PETERSON:  It's the same document [though] --

24   BY: MR. UGOREK

Keith Coleman
October 16, 2019

34

1        Q.      All right. Mr. Carl, can you please proceed?

2        **A.      Yes. I -- I have the Rule, so that there's no**

3    **confusion about when a Class III Brake Test has to be done.**

4            **So there is an MOP Notice out that actually was**

5    **placed out that sorta supersedes --**

6        Q.      Can you tell us what an MOP Notice is, sir?

7        **A.      Manager of Operating Practices. He's the one who**

8    **interprets and writes the Rules for Locomotive Engineer train**

9    **handling.**

10        Q.      Okay. So this --

11        **A.      And their guidelines.**

12        Q.      So this pertains to train handling? Train

13    brakes?

14        **A.      This pertains to any kind of operation, like**

15    **changes -- Rule changes -- in the GOI.**

16        Q.      Okay. Thank you. Proceed.

17        **A.      And as you're s -- see right here in section --**

18    **or it's in the middle of the page, where it says:**

19            "GOI Section 3, Item 11.1, Class III

20            -- Brake Pipe Continuity Test

21            Reads to change: [sic]"

22    BY: MR. UGOREK

23        **A.      So I will give you that one as well. It's a**

24    **one-page document from the GOI. This is a change to the**

Keith Coleman
October 16, 2019

35

1    one-page document from the GOI.

2         MR. CARL:  Mr. Peterson?

3    BY: MR. UGOREK

4         A.      So I wanted to enter the correct information on

5    what is to be changed. So it's -- it changed some of the reason

6    -- or when it's supposed to be -- the Class III is supposed to

7    be performed. So the new one states the -- the Rule change:

8              "Perform a Class III air brake test

9         when:

10             Adding/removing locomotive(s) or

11        caboose.

12             Removing a car or block of cars from

13        the train and the consist otherwise

14        remains intact.

15             Adding a car or block of pre-tested

16        cars.

17             Adding locomotives after a train has

18        received a brake test from yard air

19        source.

20             and

21             Adding and removing distributed

22        power/helper locomotives anywhere in

23        the train."

24   BY: MR. UGOREK

Keith Coleman
October 16, 2019

36

1      A.      So that was the change to that part of it.

2      Q.      So in this case, which -- which one of these

3  lettered numbers would've pertained?

4      A.      In this case, it was: "Removing a car or block

5  of cars from the train and consist otherwise remains intact."

6  And I will get to that one here momentarily. And it also goes

7  from: "Adding locomotives after a train has received an air

8  brake test from yard source."

9      Q.      'Kay.

10     A.      And also: "Adding a car or block of pre-tested

11 cars."

12             And the second-page document is actually the

13 GCOR -- or GOI Rule that was originally put in and --

14     Q.      So is this -- so this Section 3 from the GOI

15 that you're citing, this isn't -- this is not a -- this is out

16 of date? The Manager of Operating Practice Notice for  Section

17 11-dot -- or Section 3, Item 11.1, that's the current --

18     A.      Yes. That is correct. He has changed it to read

19 as is in the MOP -- MOP Notice, as I call it -- in Manager of

20 Octer -- Operating Practices Notice.

21     Q.      All right. So we'll just -- we'll -- we'll s --

22 stay with what's current.

23     A.      Okay. Well, I'm not finished yet.

24     Q.      'Kay.

Keith Coleman
October 16, 2019

37

1          A.     So if you go to 11.2 Brake Pipe Continuity Test

2    Procedure, it goes through the procedure of when -- or what you

3    do as a Locomotive Engineer to do a Class III Brake Test.

4          Q.     'Kay.

5          A.     And that's why both documents are being entered.

6    Or --

7          Q.     Okay.

8          A.     -- or not being entered, but being presented. So it

9    says:

10             "Step 1: Verify that the brake pres

11             -- brake system is charged and the

12             pressure at the rear of the train is

13             not less than 60 psi as indicated by an

14             accurate gauge."

15   BY: MR. UGOREK

16         A.     And if you look in 11.2 on the GOI, that is now

17   changed as well. And that's why these two mirror each other in

18   some form or fashion. It says, on the MOP Notice, the change to

19   that one is:

20             "Verify the brake part -- pipe -- or

21             brake system is charged and the

22             pressure at the rear of the train is

23             not less than 75 psi as indicated by an

24             accurate gauge or TIBS (SBU)."

AccuTran Global Enterprises, Inc.
855-552-0505

Keith Coleman
October 16, 2019

38

1    BY: MR. UGOREK

2         **A.       So the first bullet to that was changed and**

3    **that's why I -- I've also left this in. So with that being**

4    **said, the change is 75 pound -- psi instead of 60 psi.**

5              **Then:**

6         "Make a 20 psi brake pipe reduction

7         with the automatic brake valve Wait for

8         the exhaust to cease."

9    BY: MR. UGOREK

10        **A.       Then:**

11        "Note: Distributed Power of trains

12        -- "

13   BY: MR. UGOREK

14        **A.       Which this one was not, so it doesn't pertain.**

15        "Verify that the brakes on the rear

16        of the car apply."

17   BY: MR. UGOREK

18        **A.       You can use an SBU -- or I'll just read the**

19   **words:**

20        "(SBU may be used in -- for

21        verification)."

22   BY: MR. UGOREK

23        **A.       And then:**

24        "Step number 4: When ready to

Keith Coleman
October 16, 2019

39

```
 1          proceed, release the automatic brake
 2          val -- brake."
 3   BY: MR. UGOREK
 4          A.      And then:
 5              "Step number 5: Verify that the
 6          brakes on the rear of the car release
 7          (SBU may be used for verification).
 8              Train may be -- is Step number 6 is:
 9          Train may be started after the brakes
10          release."
11   BY: MR. UGOREK
12          A.      And then there's a Note:
13              "When performing a crew change
14          continuity test -- "
15   BY: MR. UGOREK
16          A.      This was not a crew change, so it really doesn't
17   matter in this case.
18          Q.      'Kay.
19          A.      So that's a little bit of an explanation of when
20   and -- excuse me -- the steps of a locomotive Class III Brake
21   Test. Or, not a locomotive, but a pipe -- Brake Pipe Continuity
22   Test procedure is performed and the steps to do so.
23          MR. UGOREK:  'Kay. We'll enter both documents. The
24   Manager of Operating Practice Notice, single-page document,
```

Keith Coleman
October 16, 2019

40

1  will be Exhibit 10.

2                    (Whereupon, the document was marked as

3                    Exhibit 10 for identification.)

4        MR. UGOREK:  The one-page document, Section 3, showing

5  11.1, and 11.2 -- 11.0, will be Exhibit 11.

6                    (Whereupon, the document was marked as

7                    Exhibit 11 for identification.)

8  BY: MR. UGOREK

9        Q.    Mr. Carl, do you have any further knowledge that

10 you'd like to share with us here today --

11       **A.    Yes, I have --**

12       Q.    -- about this alleged infraction?

13       MR. PETERSON:  What'd you -- what did you make Exhibit

14 9?

15       MR. UGOREK:  The -- the train list. I'll -- I'll have to

16 make -- I'll have to take a brief recess and make a copy.

17       MR. PETERSON:  Thank you.

18       MR. UGOREK:  So. Would you like to do that now?

19       MR. PETERSON:  Well, I'd like a copy if you're gonna

20 talk about it.

21       MR. UGOREK:  'Kay. Well, I can -- we'll take a brief

22 recess. Time's 10:02.

23                    (Whereupon, a brief recess was taken.)

24       MR. UGOREK:  All right. Time's 10:12. Back on the

Keith Coleman
October 16, 2019

41

1  record.

2          We left off with Mr. Carl entering Exhibits 10 and

3  11.

4  BY: MR. UGOREK

5      Q.     Mr. Carl, is there any further information you'd

6  like to present here today?

7      **A.     Yes. I have one last slide.**

8      MR. CARL:  Mr. Peterson?

9  BY: MR. UGOREK

10     **A.     So at the request of Mr. Coleman, I looked at**

11  **the -- the download a little more extensive and that's why**

12  **we're getting into the Class III Brake Test. At his request, he**

13  **mentioned that when we had a conversation with Mr. Pennington**

14  **when Mr. Coleman came back, that there was question about cars**

15  **sticking, so this is why the -- the Class III was brought into**

16  **play.**

17          **So, and with that being a fact, before departing**

18  **after a emergency brake application was had, the last six cars**

19  **were reduced and at that time there was no Class III Brake Test**

20  **performed before departing after that consist had been changed.**

21  **And that shows where the arrows are at, that that's when the**

22  **train took off at the top with -- after leaving the six cars**

23  **behind.**

24          **And at the top -- or the bottom, it shows that**

Keith Coleman
October 16, 2019

42

1    **there is a 15 psi reduction and it's not -- or the EOT goes to**

2    **15 psi; that's when everything was cut back in and the air**

3    **turbo started taking off, and it bro -- took the EOT brake pipe**

4    **pressure all the way back up and then a dump test was**

5    **performed. And then no Class III was performed after that at**

6    **all. There's no 20-pound brake pipe reduction with the**

7    **automatic brake valve at that point in time, before departing**

8    **after the consist had been changed.**

9         Q.    In this document, Mr. Carl, looking at you're re

10   -- you're referring to the black line here in the Brakes

11   section?

12        **A.    Yes, that is correct. That is the EOT brake pipe**

13   **pressure at the rear of the train.**

14        MR. UGOREK:  I will enter the single-page document,

15   Exhibit 12.

16                    (Whereupon, the document was marked as

17                    Exhibit 12 for identification.)

18   BY: MR. UGOREK

19        Q.    Mr. Carl, are Engineers required to follow the

20   guidelines in Exhibit se -- 6, 7,  10, and 11?

21        **A.    Yes, sir.**

22        MR. UGOREK:  And fa -- I have nothing further for Mr.

23   Carl at this time. Subject to recall.

24            Mr. Peterson, would you care to ask any questions of

Keith Coleman
October 16, 2019

43

1  Mr. Carl?

2       MR. PETERSON:  I believe Mr. Coleman wanted to ask two

3  questions. Do you still wanna ask those two questions, Mr.

4  Coleman?

5       MR. COLEMAN:  I'll save 'em for my closing statement.

6       MR. UGOREK:  All right.

7       MR. COLEMAN:  Well -- no, I'm n -- probably not allowed

8  to ask questions.

9       MR. PETERSON:  He's giving you the opportunity.

10      MR. COLEMAN:  I just wanted to ask Mr. Carl.

11      MR. UGOREK:  Within the confines of the investigation

12  here today of the Charge Letters.

13      MR. COLEMAN:  Okay. Well, it's -- do -- do we get to

14  bring up circumstances or examples? 'Cause I'm charged with

15  train handling. I was charged with train handling 4/22 and he

16  was --

17      MR. UGOREK:  We're not here to talk about previous

18  instances [indiscernible], Mr. Coleman.

19      MR. COLEMAN:  Well, I'm just saying that it was the same

20  -- he used the same 3-point system to get me [time]. So now you

21  wanna --

22      MR. UGOREK:  No, Mr. Coleman, we're not here to discuss

23  prior instances.

24      MR. COLEMAN:  So what -- okay. Okay. All right. All

Keith Coleman
October 16, 2019

44

1   right. All right. Okay. That's fine.

2          MR. PETERSON:  I do however --

3          MR. COLEMAN:  I can discuss what I want in my closing

4   statement though, right?

5          MR. UGOREK:  Within the confines of the investigation.

6          MR. COLEMAN:  What's the confines?

7          MR. UGOREK:  If I go back to my guidelines for the

8   investigation today and say you'll be given an opportunity to

9   make a closing statement following the testimony of all the

10  witnesses present, and these statements should be confined to

11  the matter being investigated and based on the evidence and

12  testimony given during this proceeding.

13          So you can make a closing statement regarding

14  anything here today.

15          MR. PETERSON:  That's not what that says, Mr. Hearing

16  Officer.

17          MR. COLEMAN:  Sure is not.

18          MR. PETERSON:  Our questions are confined to this, but

19  if he feels a certain way about past, he can bring it up in his

20  closing statement.

21          MR. UGOREK:  Okay. We'll -- we'll proceed here.

22          MR. PETERSON:  Thank you. However, I do have questions

23  for Mr. Carl.

24  BY: MR. PETERSON

Keith Coleman
October 16, 2019

45

1      Q.      When -- you said that you were asked by somebody

2  to get this download. Is that correct?

3      **A.      I didn't get the download at all. No, I wasn't**

4  **asked; I was asked to review it.**

5      Q.      Okay. Who asked you to review it?

6      **A.      It came from, I believe, Mr. Bahruth --**

7      Q.      Okay.

8      **A.      -- for the simple fact there was a service**

9  **interruption on the territory.**

10     Q.      Okay. And you didn't get the download. Correct?

11     **A.      That is correct, sir.**

12     Q.      Do you know who performed the download?

13     **A.      I know who sent me the download. I don't know**

14  **where the download came from. I can't answer that.**

15     Q.      So you don't know who got the download, you just

16  know who sent it to you?

17     **A.      Yes, that is correct.**

18     Q.      And who sent it to you?

19     **A.      Mr. Scott Stephens. Or -- I think that's his**

20  **name. I believe it is Scott Stephens. Yes, sir.**

21     Q.      Okay. And when did he send that to you?

22     **A.      It was the night of the 8th and I think I**

23  **received it about 2000, if I'm not mistaken.**

24     Q.      Okay. So well after the event?

Keith Coleman
October 16, 2019

46

1      A.      Yes, sir. I was not in the a -- I was in the

2  area, but I was actually on a different train and was unable to

3  respond to the incident, sir.

4      Q.      Is this Scott Stephens, or anybody else here to

5  testify today regarding the download?

6      A.      I don't see anyone else but us in the room, sir.

7      Q.      Okay. Do you know if there were any defects

8  noted concerning the engine, CP -- I'm assuming it was CP,

9  correct? CP 74 --

10     A.      No, sir, U -- no, sir. It was a --

11     Q.      Or a UP?

12     A.      -- UP.

13     Q.      I'm sorry. UP 7447 at the time of download?

14     A.      I can't answer that 'cause I was not there at

15  the time it was downloaded.

16     Q.      Do you know when the last inspection of engine

17  UP 7447 was done by mechanical forces ensuring that all

18  instruments and controls were working properly?

19     A.      I cannot answer that, but I can say there was a

20  daily inspection by the Engineer, which we perform on a daily

21  basis, sir.

22     Q.      You said Engineer?

23     A.      Engineers, yes. Engineers do a -- a s -- an

24  inspection of their equipment that they're going to use.

Keith Coleman
October 16, 2019

47

1     Q.     Okay. But if they get aboard the engine and it's

2  already been dailied by Mechanical Services, are they required

3  to do it then?

4     **A.     They are required to make sure it's safe and**

5  **suitable for service, sir.**

6     Q.     But per the Rule, they're just ready to do what?

7  If -- if it's been -- if the locomotive has been inspected by

8  another party and the Engineer has been informed of that, are

9  they required to do anything?

10    **A.     If it's a handoff, no.**

11    Q.     If they get on a service track and Mechanical

12 has done the daily and told them that everything's been done

13 including locomotive brake test, is the Engineer still required

14 to do something?

15    **A.     They should make sure it's safe and suitable for**

16 **service --**

17    Q.     Okay.

18    **A.     -- and just do a quick walk around to make sure**

19 **there's nothing hanging, dragging, before they operate that**

20 **locomotive.**

21    Q.     Is that in the Rules?

22    **A.     No, sir. But it is -- [if by] you -- if you**

23 **want, I'll get my GOI.**

24    Q.     Well, I mean --

Keith Coleman
October 16, 2019

48

1     **A.      -- and make sure that there's something in there for**

2     **the Engineer responsibilities to make sure it is safe and**

3     **suitable.**

4          Q.      Right. But he's not required to do an inspection

5     if it's already been done.

6          **A.      An inspection, that is correct. He's not**

7     **required to do that.**

8          Q.      Okay. This downloads on Exhibit 5, 8, and 12,

9     are these results of that download? These exhibits, are these

10    results of that download you received?

11         **A.      Yeah, these are snapshots of that download, yes.**

12         Q.      Okay. And could this download be altered or

13    printed out in a way that contradicts actual events?

14         **A.      As far as the download itself? No, it cannot. I**

15    **cannot alter that in any way. All I can do is take a snapshot,**

16    **which I did here, and I put it on a Word document to be able to**

17    **put -- insert the arrows and things to that nature.**

18         Q.      So you're able to a -- alter this?

19         **A.      As far as the snapshot? I cannot alter the**

20    **lines, 'cause it's a snapshot. I can just -- I insert things,**

21    **and that's what's inserted on there.**

22         Q.      But now on Exhibit 5 --

23         **A.      Yes, sir.**

24         Q.      -- you've altered the line. 'Cause your insert covers

Keith Coleman
October 16, 2019

49

1    it, correct?

2         **A.      Oh, if you wanna look at it that way. It -- the**

3    **caption goes over it when you insert the -- the wording on**

4    **there. You're just allowed to put a box on and type things into**

5    **it and that's what I did here.**

6         Q.     So this is not an actual depiction of what was

7    downloaded. This is a download plus.

8         **A.      If you would like me to get my computer, I could**

9    **--**

10        Q.     I'm ask -- I'm just asking you.

11        **A.      Yes. I a --**

12        Q.     Okay.

13        **A.      -- I put this on there for your benefit and whoever's**

14   **looking at this.**

15        Q.     Now, per the Rule that you entered under Exhibit

16   6, under 35 Use of Throttle, 35.1, and according to the

17   download that you provided under Exhibit 5, did Mr. Coleman

18   advance the throttle one notch at a time?

19        **A.      Yes, he did.**

20        Q.     Okay. Now, if you look at the tractive effort,

21   it -- it don't even start until after he's already well in

22   Notch 3. Is that correct?

23        **A.      That is correct.**

24        Q.     And it was approximate -- so this is -- so if I

AccuTran Global Enterprises, Inc.
855-552-0505

Keith Coleman
October 16, 2019

50

1    read this document correct, it's a total of 15 seconds at the

2    bottom, that we've got a snapshot here of. Correct?

3            **A.        Twelve seconds, sir.**

4            Q.        Well, it says 15 at the bottom.

5            **A.        Well, if -- if you look at the intervals there,**

6    **it's two seconds and that's what I'm reading off of.**

7            Q.        No. The entire document.

8            **A.        The entire document says 15 seconds. Yeah,**

9    **you're correct.**

10           Q.        Okay. And from arrow to arrow is two seconds, so

11   that's four seconds from this arrow to that arrow total.

12   Correct?

13           **A.        Yes.**

14           Q.        So if he goes to Notch 1 and there's no traffic

15   [sic] effort within one second, and he goes to 2 and there's no

16   traffic [sic] effort, and he goes to 3, there's still no

17   traffic [sic] effort. Correct?

18           **A.        That's what it says. Yes.**

19           Q.        Okay. Could there have been a problem with the

20   locomotive itself?

21           **A.        On AC Locomotive, sir, it takes time before the**

22   **signal gets to the traction motors to get the tractive effort.**

23           Q.        Okay.

24           **A.        And that's why -- can I finish, sir?**

Keith Coleman
October 16, 2019

51

1        Q.      I -- I just said okay. I understand.

2        A.      Okay. So that's why in -- in #7, which we're

3    going off of 6 you said, but when #7, it says: "engineer must

4    make -- take into account when developing train handling plan

5    an op -- to operate safely, efficiently, and -- and with

6    competence. Particular care and attention required when

7    starting and stopping a train must also be exercised when the

8    train is undergoing transition from bunched to stretch vice

9    versa. Changes due to the slack."

10               Well, Mr. Peterson, if you look at the red line

11   there where the arrow points to the two-second intervals is

12   what I was pointing out there, that is the dynamic brakes.

13   Dynamics brakes puts the train in a buck or a bunched state,

14   which Mr. Coleman came out of a bunched state and transitioned

15   into a motor state, which did not give the -- the time to

16   stretch the train back out. And as you can see in Exhibit #9,

17   it sa -- states on the bottom what a 3 percent tolerance is

18   versus the footage of the train.

19               Well, if you do the math on that, from 6105 to

20   5927, a stretched state would be at 6105 with the 3 percent

21   tolerance. If you take the 3 percent tolerance and subtract it

22   from the 5927 with including the locomotives, that will give

23   you the cushioned drawbar distance in between. With that being

24   said, that's 178 foot if I do believe my math is correct.

Keith Coleman
October 16, 2019

52

1          **Going from a bunched state to a stretched state**

2    **would be 178 foot. And if you do the math going back to the**

3    **63rd car where the break in two occurred, that is 158 foot of**

4    **distance that was traveled before the drawbar was actually**

5    **broken.**

6          Q.     And according to this, though, his tractive

7    effort not -- never got over 50.

8          **A.      If you look -- if you look on Document #8, is a**

9    **convinced -- condensed version of it. It will show that your**

10   **tractive effort actually is actually more than that at the time**

11   **of the occurrence where the break in two occurred. So it is**

12   **condensed. So if you look at the blue line down there how it**

13   **jumps up rapidly and then goes over to the fourth notch, that's**

14   **where the break in two occurred. And the tractive effort was**

15   **high and spiked at that point when the break in two occurred**

16   **and the train went into emergency. As you can see, all the**

17   **lines drop on the brakes. So good care and good judgment was**

18   **not used during this operation.**

19         Q.     No. So wait a minute. Wait a minute. Wait a

20   minute. Back up. So we've determined that he was in the -- he

21   was in accordance with the Rule in the Use of the Throttle,

22   35.1, where he advanced one notch at a time. Correct?

23         **A.      Correct.**

24         Q.     Now, you also ex -- entered Exhibit 7.

Keith Coleman
October 16, 2019

53

1     A.     That is correct.

2     Q.     What was this break in two that you keep

3  referring to?

4     A.     It was the service interruption on why I was

5  reviewing this download.

6     Q.     And what happened in that break in two?

7     A.     There was a drawbar on the 63rd car, if I'm not

8  mistaken. And I can -- I can also, if you like, enter the

9  drawbar where it was broken. And also --

10    Q.     It's not what I'd like, it's what we're

11  testifying to. I'm asking you questions. So --

12    A.     Okay. Mr. Peterson, what's your question, sir?

13    Q.     So there was a break in two and that's why the

14  download was done. Correct?

15    A.     Correct. It was a service interruption.

16    Q.     Okay. Now, under the same Exhibit 7, 42.2 Highs

17  -- High Horsepower AC Locomotives, I'm assuming that's what

18  you're -- that they had. Correct?

19    A.     That is correct.

20    Q.     All right. So:

21       "Knuckles for standard freight cars

22       are designed to withstand approximately

23       three hun -- 300,000 pounds of

24       continuous traffic -- tractive effort."

AccuTran Global Enterprises, Inc.
855-552-0505

Keith Coleman
October 16, 2019

54

1    BY: MR. PETERSON

2         Q.      So if there was a break in two and you said

3    there was a drawbar, was there a knuckle broken?

4         **A.      Not to my knowledge. I did not respond, like I**

5    **said.**

6         Q.      Well, aren't cars designed, mechanically

7    designed, to have the knuckle break before a drawbar?

8         **A.      Usually, yeah. But I can't say --**

9         Q.      No, yes, usually? Or yes or no?

10        **A.      Usually.**

11        Q.      In what instances would they not be?

12        **A.      If there was a previous break. But there's none,**

13   **according to the picture that I received. And if you would like**

14   **a picture of that entered, we can do that as well.**

15        Q.      The knuckle?

16        **A.      No, the drawbar.**

17        Q.      I'm referring to the knuckle.

18        **A.      I'm referring to the drawbar.**

19        Q.      Isn't the knuckle -- isn't the knuckle designed

20   to break before a drawbar?

21        **A.      In most cases, yes.**

22        Q.      I believe they're designed for all cases,

23   correct?

24        **A.      It just depends on if the wrong knuckle was**

Keith Coleman
October 16, 2019

55

1    **stuck in the car and 40,000 pounds versus --**

2         MR. UGOREK:  Mr. Carl --

3    BY: MR. PETERSON

4         Q.     So do we know what knuckle was in the car?

5         **A.     I don't know.**

6         Q.     Okay. Now, you also testified that a Class III

7    was not performed prior to departure.

8         **A.     That is correct.**

9         Q.     And you provided Exhibit 8 as a document showing

10   that. Right?

11        **A.     Correct.**

12        Q.     So when the EOT goes to zero, why is the brake

13   cylinder constantly going to zero, back up, zero, back up?

14   Tractive effort's going up, down. Throttle's going up, down.

15   Are -- are we -- w -- what are -- what are we assuming here? I

16   mean --

17        **A.     I can't assume anything, but there is movement**

18   **from the locomotive at the head end.**

19        Q.     Okay. So how do you know that this is when the

20   dump test was done?

21        **A.     Okay. Maybe a dump test wasn't done at all.**

22        Q.     I'm just asking you. You provided this as an

23   exhibit, not me.

24        **A.     That is correct.**

AccuTran Global Enterprises, Inc.
855-552-0505

Keith Coleman
October 16, 2019

56

1       Q.     Okay. So could the --

2       **A.     And you can see that the --**

3       Q.     So could the EOT test and the -- the Class III

4 test been done prior to this?

5       **A.     There's a possibility.**

6       Q.     Right. No further questions on that. You also

7 referred to Exhibit 12 as after the break in two, that a Class

8 III wasn't performed. Correct?

9       **A.     That's correct.**

10      Q.     So if I'm reading this correctly, and I'm only

11 assuming because I wasn't there, that the time that this was

12 all zero was during the break in two; the EOT was then rehung;

13 air was put to it, but now I have two different spikes.

14      **A.     That is correct.**

15      Q.     Why would we have two different spikes?

16      **A.     You want my professional opinion?**

17      Q.     Well, I'm asking.

18      **A.     Okay. There's two reasons that I've ever seen**

19 **this happen on any of the downloads that I've read in 12 years.**

20 **It's either that the ai -- air was cut on the rear car when the**

21 **dump test was gonna be performed and the air bleeds off because**

22 **we have air markers, and the individual cut it back in and then**

23 **the dump test was performed. Because once you get below a**

24 **certain psi on the rear of the train, you will not be able to**

AccuTran Global Enterprises, Inc.
855-552-0505

Keith Coleman
October 16, 2019

57

1   **initiate an emergency on the EOT.**

2        Q.      Okay. Now, due to this apparent mechanical

3   failure, did anyone interview the crew immediately after the

4   event occurred to ensure they were mentally and physically

5   okay?

6        **A.      I can't answer that. I did not respond, sir.**

7        Q.      Do you know if the ma -- crew was even mentally

8   or physically okay to proceed to operate a train another 160

9   miles into another state before being recrewed after the event

10  occurred?

11       **A.      As I said -- stated, sir, I don't know because I**

12  **don't know who interviewed 'em or talked to 'em, sir.**

13       MR. PETERSON:  All right. I have no further questions.

14  Subject to recall.

15       MR. UGOREK:  I have a f -- follow-on question for Mr.

16  Carl.

17  BY: MR. UGOREK

18       Q.      Mr. Carl, in -- as you've presented here today,

19  within your review of the download of this incidence, was there

20  -- was there improper train handling?

21       **A.      Yes, there was.**

22       Q.      And through your view of this download in this

23  incidence, was there a failure to perform a Class III Brake

24  Pipe Continuity Test?

Keith Coleman
October 16, 2019

58

1          **A.          Yes, there was.**

2          MR. UGOREK:  I have nothing further at this time.

3    Subject to recall, for Mr. Carl.

4              Does anyone need a break? 'Kay. Time's 10:40. Take a

5    recess.

6                        (Whereupon, a recess was taken.)

7          MR. UGOREK:  All right. Back on record. Time's 11:04.

8    BY: MR. UGOREK

9          Q.     Mr. Carl, you testified that the throttle was

10   advanced one notch at a time. Correct?

11         **A.          That is correct.**

12         Q.     And according to Exhibit 5, the notch went from

13   Notch 1 to Notch 3 in two seconds?

14         **A.          Actually, less than 2 seconds. That's correct.**

15         Q.     And is that handling throttle in a manner using

16   good judgment, that results in smooth operation, according to

17   Exhibit 6?

18         **A.          No, it is not. It does not give the locomotive**

19   **the time to react to what the request is from the throttle.**

20         Q.     And -- and, Mr. Carl, this action that we just

21   discussed, is that still improper train handling, whether or

22   not there was a break in two?

23         **A.          That is correct.**

24         MR. UGOREK:  I have nothing further for Mr. Carl at this

Keith Coleman
October 16, 2019

59

1  time. Subject to recall.

2          Mr. Peterson, do you have anything?

3      MR. PETERSON:  Yeah.

4  BY: MR. PETERSON

5      Q.      You weren't present or know any -- if there were

6  any defects with that locomotive that would've caused tractive

7  effort to not be [drawbar] responsive, were you?

8      **A.      I was not there at the time. That is correct.**

9      Q.      And you don't know of any defects because you

10 didn't see any, because you weren't there. Correct?

11     **A.      That is correct. I did not --**

12     Q.      And none was reported to you?

13     **A.      No. I had none reported.**

14     Q.      And these other exhibits that you provided, did

15 it look like the throttle was spot-on with traffic [sic]

16 effort?

17     **A.      Are you referring to #5 here, Mr. Peterson?**

18     Q.      Going to -- well, 5 shows a delay, but going to

19 8, when the throttle increases, it also looks like traffic

20 [sic] effort increases at the same time. Correct?

21     **A.      With this condensed version, it looks like it**

22 **spikes, according to the way it is. But I would have to break**

23 **it down even further than that, Mr. Peterson.**

24     Q.      But based on what you provided, correct?

Keith Coleman
October 16, 2019

60

1        **A.        Yes, it spikes, based on what I've -- I**

2  **provided. That is correct.**

3        Q.        And then, there's also, on Exhibit 8, some

4  traffic -- some tractive effort before the throttle's even

5  advanced. Would you also agree with that?

6        **A.        What -- and where are you at, Mr. Peterson, so I**

7  **can understand what you're talking about?**

8        Q.        So at the very -- at the bottom of the page,

9  where the line ends to the right for 10 seconds. If you were to

10  draw a straight line up and down from where it shows going to

11  Notch 2, up to the tractive effort, but the tractive effort

12  begins before he's even advanced the throttle, according to

13  this document.

14        **A.        If you don't mind, I'll come over there and look**

15  **at what you're looking at it, if --**

16        Q.        Okay.

17        **A.        -- you're okay with that?**

18        Q.        That's fine. So if you were to draw a straight

19  line up from when the track -- or the throttle goes to Notch 3,

20  up to here, the tractive effort starts --

21        **A.        That's --**

22        Q.        -- before the throttle advancement. Correct?

23        **A.        That's Notch 2, sir, for 1.**

24        Q.        All right. So Notch 2, I'm sorry.

Keith Coleman
October 16, 2019

61

1      **A.      Okay. But it does start growing gradually up.**

2      Q.      But it starts to go up before the throttle moves

3   to 2. Correct? On the document?

4      **A.      Yeah.**

5      Q.      Okay. That's all I --

6      **A.      I mean, it -- it -- it's hard to tell from this**

7   **because it's a condensed version, and if it was broke down**

8   **more, you could see it refined.**

9      Q.      Can you de --

10     **A.      But --**

11     Q.      Can you determine if there's a mechanical

12  failure through a document of a download?

13     **A.      I'm not a mechanic.**

14     Q.      Okay. But just so you could -- you wouldn't be

15  able to know, or you wouldn't know?

16     **A.      I'm not -- like I said, I'm not a mechanic.**

17     MR. PETERSON:  Okay. No further questions. Subject to

18  recall.

19     MR. UGOREK:  Okay. I have nothing further for Mr. Carl

20  at this time.

21     MR. PETERSON:  I have nothing further. Subject to

22  recall.

23     MR. UGOREK:  If -- Mr. Carl, if you wanna step out,

24  we'll -- we'll come get you if we need to.

Keith Coleman
October 16, 2019

62

1        MR. CARL:  Okay.

2        MR. UGOREK:  Will you be in the building?

3        MR. CARL:  Pardon?

4        MR. PETERSON:  He better be.

5        MR. UGOREK:  Y -- stay in the building, though, please.

6        MR. CARL:  Yes, sir. I was --

7        MR. UGOREK:  In this -- in this immediate area.

8        MR. PETERSON:  And don't -- please don't talk to anybody

9   regarding this case.

10       MR. CARL:  Oh, correct. I won't.

11       MR. PETERSON:  Thank you.

12                      (Whereupon Mr. Carl exits the

13                       investigation/hearing)

14                      KEITH COLEMAN

15   called as a witness by the Company herein, was examined and

16   testified as follows:

17                    E X A M I N A T I O N

18                      By: Mr. Ugorek

19       Q.     Mr. Coleman, can you please state your name and

20   your position with the -- with Canadian Pacific?

21       **A.     Keith Coleman. Locomotive Engineer.**

22       Q.     Mr. Coleman, how long have you been a Locomotive

23   Engineer?

24       **A.     Twenty-one years.**

Keith Coleman
October 16, 2019

63

1     Q.     Mr. Coleman, were you the Engineer on 281 on the

2  8th of October?

3     **A.     Yes, I was.**

4     Q.     Mr. Coleman, were you aware that -- are you --

5  are you familiar and -- and know and understand the

6  requirements of Exhibit 6, 7, 10, and 11? So the se -- the

7  sections of the GOI and the Manager of Operating Practice

8  notices?

9     **A.     Yes, I am.**

10    Q.     So we've -- we've looked at a download from --

11  from the lead unit of your train that day. Did you advance the

12  throttle one notch at a time?

13    **A.     Yes, I did.**

14    Q.     And did you handle the throttle using good

15  judgment, in a manner that results in smooth operation?

16    **A.     Yes, I did.**

17    Q.     Did you experience a -- the break in two?

18    **A.     Did I experience it?**

19    Q.     Did your train have a break in two that day?

20    **A.     Yes, it did.**

21    Q.     Okay. Did you perform a Class III Brake Pipe

22  Continuity Test before departure?

23    **A.     Yes, I did.**

24    Q.     Did you perform the Class III Brake Pipe

Keith Coleman
October 16, 2019

64

1  Continuity Test after air was restored, after the break in two

2  --

3      A.      After the break? I'm pretty sure I did. I was a

4  little discombobulated for a minute, but I'm pretty sure I did.

5  And we did -- I put that in my statement.

6      Q.      Okay.

7      A.       I was a little discombobulated, you know, as I

8  was busy thinking it was a -- a knuckle. And I knew what I had

9  went through with that 281 train and a knuckle before, so. Yes,

10  I was discombobulated a little bit, but -- but when a ATM

11  brought my Conductor back on the head -- to the head end of the

12  train, you know, it was like, let's go. You know? Like we was

13  blocking something but we really wasn't. You know? It wasn't

14  blocking anything, you know? So he -- all he asked me was

15  whether they bunched up and I told him that you're not a

16  Engineer, I don't know what you're saying. You know? So --

17          But when we redid -- and we did the -- the --

18  the -- redid the dump test and he was on his way up, pretty

19  sure I did -- I did a -- another Class III.

20          I hate my job being judged by these graphs

21  that's inconsistent, you know? One graph's saying one thing,

22  and the other graph is saying another thing, but they -- they

23  pertaining to the same thing. He's saying it was 50, and then

24  on the other one, on the brakes going up, was the same graph

Keith Coleman
October 16, 2019

65

1    **for the same question. And you know, I been --**

2         Q.      What -- what graphs are you referring to, Mr.

3    Coleman?

4         MR. PETERSON:  I'm gonna have to object 'cause it's --

5    we're getting off --

6         MR. COLEMAN:  Right.

7         MR. UGOREK:  Okay.

8         MR. PETERSON: -- the line of questioning.

9         MR. UGOREK:  Okay.

10        MR. PETERSON:  All right. You asked a question, and I

11   believe he's answered it. Can we move on, please?

12        MR. UGOREK:  Yeah. Yes, sir. No problem.

13   BY: MR. UGOREK

14        Q.      But, Mr. Coleman, you -- I think you mentioned a

15   -- whether the train was bunched or stretched. Was the train

16   bunched at that time?

17        MR. PETERSON:  Objection. What time are we referring to?

18   'Cause we've -- you've -- we've been talking about departing

19   and break in two. So what -- what time are you referring to?

20   BY: MR. UGOREK

21        Q.      We'll -- we'll refer to you -- we'll refer to

22   just before, at 9:45, when the throttle is increased, so but

23   right before that, was the train bunched?

24        **A.      I don't know how to answer the question, but**

Keith Coleman
October 16, 2019

66

1   with my 21 years' experience, let me say this, and I hope you

2   get your answer out of it. The professional course that I took

3   with that train, when it was time to resume my speed, I

4   throttled out, one, two, three. Mr. Carl said it was not given

5   enough -- the train was not given enough time to react. Well,

6   if it wasn't given enough time to react then, from my side of

7   the professionalism, not his, then how could I break a drawbar?

8           Q.      Okay. The --

9           A.      That -- does that answer your question?

10          Q.      No, sir.

11          A.      Well, what -- what answer are you looking for?

12          Q.      I'm asking you if -- whether the train was

13   bunched or stretched at the time, right before it -- you

14   throttled up.

15          A.      Was it bunched or stretched?

16          Q.      You've testified that you are familiar with the

17   exhibits here today that I mentioned, that refer to -- with the

18   GOI?

19          A.      Okay. So if I was in dynamics, slowing down, and

20   when I got the okay to proceed through the Foreman's limits, to

21   pick up speed, I got to throttle out. So I throttled out. Of

22   course the train was bunched up.

23          Q.      Okay. That -- that's all -- is --

24          A.      I used the preferred method --

Keith Coleman
October 16, 2019

67

1      Q.      That -- that's all --

2      **A.      -- of braking --**

3      Q.      That -- Mister -- Mr. Coleman --

4      **A.      -- [dynamic] --**

5      Q.      -- that's all I was asking, whether the train was

6  bunched or stretched. Okay.

7              Was your lead locomotive that day the UP 7447,

8  according to Exhibit 9?

9      **A.      Yes, it was.**

10     Q.      Mr. Coleman, are you familiar with reading

11  downloads at all?

12     **A.      No, I'm not.**

13     Q.      Okay.

14     MR. UGOREK:  I have nothing further for Mr. Coleman at

15  this time. Subject to recall.

16         Mr. Peterson, do you have questions that you would

17  care to ask?

18     MR. PETERSON:  Yeah, I've got a few.

19  BY: MR. PETERSON

20     Q.      Based on testimony that's been provided, I think

21  we've cleared up the Class III testing prior to departing. And

22  then we had some throttle issues, but yet, according to the

23  Rule, and according to the exhibit, you did throttle up one

24  notch at a time. Is that correct, Mr. Coleman?

Keith Coleman
October 16, 2019

68

1    **A.        Yes, sir.**

2    Q.        And under Exhibit 8, I think Mr. Carl said well,

3    at the time of the break in two, your throttling is what caused

4    it. But yet, if you look at Exhibit 8, is there two other times

5    that the tractive effort spiked over, at the time the break in

6    two allegedly occurred, but nothing occurred here?

7    **A.        Yes.**

8    Q.        And in your 21 years of service, have you ever

9    known a drawbar to give out before a knuckle?

10   **A.        Never.**

11   Q.        When you broke in two, 'cause according to this

12   download that he has on Exhibit 12 that he's provided, which I

13   wanna say is appar -- approximately 10:45 in the a.m., he's

14   claiming that this is when the EOT was hung and tested and

15   then, prior to that, no Class III was performed, and then you

16   just departed. Is that true?

17   **A.        No.**

18   Q.        Do you know that for sure?

19   **A.        Hmm. No, not really, 'cause I -- I was a little**

20   **discombobulated [in the moment] --**

21   Q.        Okay. So -- so let me ask you this then. At the

22   time of break in two, what happened next? Did the -- your

23   Conductor get off to walk back? Or did somebody show up to

24   assist?

AccuTran Global Enterprises, Inc.
855-552-0505

Keith Coleman
October 16, 2019

69

1        A.        Well, he got off at the time of the break. We

2    didn't know till I tried to -- you know, I -- you go on

3    emergency and you try to bring your air back up, thinking it's

4    something minor and not a break. So I tried to recover the air,

5    and 17B was going past us, and they sh -- shouted on the radio,

6    y'all just ran over a big-ass deer, y'all train is broken ha --

7    apart. That was the reason I asked for the tapes. So by this

8    time, Roger starts walking to the back.

9        Q.        And who's Roger?

10       A.        Olinski, my Conductor.

11       Q.        Okay.

12       A.        So when he gets back there, by this time,

13   Trainmaster [Dillon] and the Carman had showed up, and Roger

14   says, wasn't -- the drawbar is just hanging, and we separated,

15   but the drawbar -- I said we hit a knuckle? He said no. He said

16   the drawbar hanging, though. I think, what the hell the drawbar

17   doing hanging? So by this time, the Trainmaster shows up. You

18   know, Roger showed them how to get around, because they

19   couldn't get they truck, you know, right there. You know, on

20   the roads you can't pull no truck --

21       Q.        Right.

22       A.        -- [indiscernible] on the rail. So then Roger showed

23   'em -- told 'em how to get around so they could walk on --

24   across the track. I guess the decision was made to rehang the

Keith Coleman
October 16, 2019

70

1    **marker and proceed.**

2        Q.      Okay. So when you broke in two, did you have any

3    slack action? Did you get jarred at all?

4        **A.      Yeah, a little bit.**

5        Q.      Did anybody -- so you said a manager come out,

6    did they -- did they come up to find out if you were okay? Or

7    mentally okay? Physically okay to proceed?

8        **A.      No. Came up there and he drove Roger back to the**

9    **head end and he came up on the head end with Roger and said --**

10   **he starts asking me about, was the train bunched up? I don't**

11   **know like -- and I was sitting there like this and I say -- and**

12   **I say, why do you keep asking me about bunching, if the train**

13   **bunched up, Mr. [Dillon]? What's you -- what are you s --**

14   **trying to say? He said, [are you hanging in]? No, no, I said,**

15   **but I gotta tell 'em something upstairs. But he never asked me**

16   **how I was doing or nothing like that. He was saying we gotta**

17   **get this train outta here.**

18       Q.      Okay. So there was no concern for your safety?

19   It was just all about moving the train?

20       **A.      Exactly.**

21       Q.      Is it possible in all that commotion that you

22   could've overlooked doing the Class III because you're not

23   thinking clearly and --

24       **A.      I was a nervous wreck 'cause the same thing**

Keith Coleman
October 16, 2019

71

1  **happened to me before but it was a knuckle, you know, and**

2  **anything's possible. Yes, I was very nervous.**

3         Q.      And did you operate the train all the way to

4  Portage?

5         **A.      All the way to Portage. Yes.**

6         MR. PETERSON:  Okay. I have no further questions.

7  Subject to recall.

8         MR. UGOREK:  I have a follow-up question.

9  BY: MR. UGOREK

10        Q.      Mr. Coleman, did you think that the only one

11 that you weren't -- didn't -- weren't fit to continue the trip?

12        **A.      I never said I wasn't fit. Where you hear that**

13 **at?**

14        Q.      Okay. I'll -- I'll rephrase. That y -- did you

15 think to tell anyone that you were discombobulated, to use your

16 word?

17        **A.      I didn't get a chance. I mean, [indiscernible]**

18 **come on the radio and say -- I mean, you know -- you know, how**

19 **many times in my career I have been on the engine and been dis**

20 **--**

21        Q.      Okay.

22        **A.      -- combobulated and continued working?**

23        Q.      Okay. Mr. Coleman, that's fine. We're just

24 talking about this instance here today, but.

Keith Coleman
October 16, 2019

72

1      **A.      Well, I'm just -- I'm just saying it was -- it**

2  **wasn't to s point where I couldn't operate. That was --**

3      Q.      All right. That's --

4      **A.      -- apparent.**

5      Q.      That's -- that's all I n -- that's fine, Mr.

6  Coleman. Thank you.

7      MR. UGOREK:  I have nothing further for Mr. Coleman at

8  this time.

9      MR. PETERSON:  I have a follow-up.

10     MR. UGOREK:  For Mr. Coleman? Or do I need --

11     MR. PETERSON:  Mr. Coleman.

12     UGOREK:  Okay.

13  BY: MR. PETERSON

14     Q.      Apparently, the Hearing Officer is trying to

15  make it your fault that you didn't turn yourself in for being

16  unfit, which is not what I heard either. But is it possible

17  that you were not aware of your state of mind, or your physical

18  presence, at that time because you had a manager trying to get

19  a train out and you just had a break in two and your mind was

20  on something else? And you got jarred on the engine because of

21  a mechanical failure, but you didn't know at that point in

22  time, versus now, that there could've been mitigating factors

23  that made you forget to do a Class III?

24     **A.      Well, that's exactly what happened. I mean I --**

AccuTran Global Enterprises, Inc.
855-552-0505

Keith Coleman
October 16, 2019

73

1    **I -- I didn't really know how -- how much I was discombobulated**

2    **'til I got to Portage.**

3        Q.      So your testimony about being discombobulated is

4    after the fact and looking back on the events that occurred.

5        **A.      Exactly.**

6        Q.      Is that correct?

7        **A.      Yes.**

8        MR. PETERSON:  Thank you. No further questions. Subject

9    to recall.

10       MR. UGOREK:  Okay. I have nothing further at this time.

11       Mr. Coleman, do you or your representative have any

12   further evidence you wish to present?

13       MR. COLEMAN:  I don't know.

14       MR.  PETERSON:  I don't have anything.

15       MR. UGOREK:  At this time, I'd like to bring the

16   proceeding to an end. Do you need a recess? Any time to prepare

17   closing statements?

18       MR. PETERSON:  Yeah. Give me a -- give me a short one,

19   here.

20       MR. UGOREK:  Okay. No problem. Time's 11:31. We'll

21   recess.

22                    (Whereupon, a recess was taken.)

23       MR.  UGOREK:  All right. Back on record at 11:44.

24       Mr. Coleman, would you like to make a statement on

Keith Coleman
October 16, 2019

74

1   your own behalf?

2      MR. COLEMAN: Yes, sir. I just would like to say I came

3   to Canadian Pacific almost 23 years ago. I raised my kids. I

4   put 'em through college. I did my job and completed every

5   assignment since I've been here.

6       Years back, I ran into a -- a little element. I could

7   call it racism, but I choose to call it harassment, because

8   everybody in the Company is not a racist. I tried to fight it

9   off without losing my job and, as I said, because I knew the

10  whole Company didn't practice it, but certain aspects of it --

11  it's still here and it's still haunting me, you know, and Doug

12  Carl just happens to be the only part left, you know. I don't

13  have no problem with no other managers, superintendents around

14  here. I don't even know 'em, that's how I come to work, but.

15     My Conductor of this incident -- I would like to say

16  this -- my Conductor of th -- this incident, I have a witness

17  that heard him and Doug Carl talking about how to get me off

18  this job in his office. His name's on my charges. His name has

19  been on all my charges this year. You know, I'm -- I'm

20  questioning his ability, you know, with downloads. I don't

21  trust him because I just s -- s --

22     MR. UGOREK: Mr. Coleman, I just wanna remind you to my

23  beginning instructions. I apologize for interrupting you, but

24  keeping your closing statement to the matter being investigated

Keith Coleman
October 16, 2019

75

1    and the testimony given here today.

2          MR. COLEMAN:  Okay.

3          MR. UGOREK:  But please con -- please continue. My

4    apologies for the interruption.

5          MR. COLEMAN:  Okay. All right. This in -- this charge

6    and last four this year has all been surrounded by Mr. Carl. So

7    that's -- that's today. Okay.

8               All I wanted to do in this investigation was bring up

9    the extenuating circumstances, the one that is my name, they

10   are never considered. I've watched employees come on this

11   property, pull guns on each other, still work here. I've

12   watched employees run people over with engines, still work

13   here. I've watched employees tap vehicles, come back on

14   suspension, run a train into another train, still work here.

15   I'm getting to the point of the day with this, you know. And

16   you know, I watched a guy do a Homeland Security violation and

17   be allowed to resign and work for another Class I railroad, you

18   know. I've watched employees run into a train at the home

19   signal. They still work here, you know.

20              I can go on, but all I'm trying to say is every

21   situation, there are extenuating circumstances, and from what I

22   saw today, you know, mines was not considered. I asked for my

23   Conductor to be here; he was not allowed to be here. You know,

24   I mean he was a very important part of my defense, you know,

AccuTran Global Enterprises, Inc.
855-552-0505

Keith Coleman
October 16, 2019

76

1  because if -- I appreciate everybody. I -- I think you was fair

2  and impartial, mostly, so. I'm done.

3          MR. UGOREK:  Okay.

4          MR. COLEMAN:  I can't say what I really want [though].

5          MR. UGOREK:  Mister -- Mr. Peterson, would you like to

6  make a closing statement on Mr. Coleman's behalf?

7          MR. PETERSON:  Yes. I disagree with Mr. Coleman on the

8  fair and impartial, and I'll let my objections stand as duly

9  noted and let the record speak for itself.

10         MR. UGOREK:  Was that it, Mr. Peterson?

11         MR. PETERSON:  That was it.

12         MR. UGOREK:  Okay.

13         MR. PETERSON:  And add that we would like any transcript

14 created be sent not only to Mr. Coleman, but myself, and Mr.

15 Wallace as well, SMART General Chairman.

16         MR. UGOREK:  'Kay. Mr. Coleman, have you and your

17 representative been present during the entire

18 hearing/investigation?

19         MR. COLEMAN:  Yes.

20         MR. UGOREK:  Okay. Mr. Coleman, have you and your

21 representative been treated with respect here today by myself?

22         MR. PETERSON:  I would like to answer that --

23         MR. COLEMAN:  I'm not answering that.

24         MR. PETERSON:  -- for Mr. Coleman, and the answer to that

Keith Coleman
October 16, 2019

77

1  is no, due to the fact we weren't afforded our requests.

2      MR. UGOREK:  'Kay. Have you and your representative been

3  allowed to present evidence and question witnesses on your own

4  behalf?

5      MR. PETERSON:  And again, I'll answer for Mr. Coleman,

6  and no, we were not.

7      MR. UGOREK:  This investigation/hearing was held for the

8  purpose of gathering all the relevant facts. The official

9  transcript will be carefully reviewed and all facts considered

10  before any decision is rendered.

11      If there is nothing further, this proceeding is

12  concluded.

13      The time now is 11:50 on Wednesday, October 16, 2019.

Keith Coleman
October 16, 2019

78

C E R T I F I C A T I O N


      ACCUTRAN GLOBAL ENTERPRISES, INC. does hereby certify

that the foregoing transcript is a true, accurate, and complete

representation of the audio provided.

Keith Coleman
October 16, 2019

79

**A**

**a.m.** 68:13
**ability** 74:20
**aboard** 47:1
**above** 8:1
**AC** 50:21 53:17
**accept** 16:20
**acceptable** 26:17
**accidents** 12:11 14:15
**accordance** 52:21
**according** 49:16 52:6
54:13 58:12 58:16
59:22 60:12 67:8
67:22 67:23 68:11
**account** 26:3 51:4
**accurate** 37:14 37:24
**accurately** 4:19
**action** 58:20 70:3
**actual** 48:13 49:6
**actually** 23:18 29:2
29:9 29:10 29:12 32:7
34:4 36:12 46:2 52:4
52:10 52:10
**Actually** 58:14
**add** 76:13
**Adding** 35:15 35:17
35:21 36:7 36:10
**Adding/removing**
35:10
**addition** 16:8
**additional** 12:21
13:17 15:11 15:22
16:1
**addressed** 5:4
**adhere** 4:11
**advance** 13:11 15:7
49:18 63:11
**advanced** 22:21
22:21 22:23 24:14
25:4 52:22 58:10 60:5
60:12
**advancement** 60:22
**advancing** 13:20
15:14
**afforded** 77:1
**again** 20:16 24:11

77:5
**against** 12:4
**ago** 13:23 74:3
**agree** 23:24 60:5
**agreement** 7:19
**ahead** 31:24
**ai** 56:20
**air** 28:21 35:8 35:18
36:7 42:2 56:13 56:20
56:21 56:22 64:1 69:3
69:4
**al** 30:11
**alleged** 6:23 9:13
12:16 12:17 12:19
13:23 17:7 22:8 40:12
**allegedly** 7:1 9:18
68:6
**allow** 4:24 30:11
30:13 31:5 31:17
**allowed** 4:21 12:20
14:17 43:7 49:4 75:17
75:23 77:3
**allowing** 22:24
**already** 13:16 15:10
20:10 32:3 47:2 48:5
49:21
**alter** 48:15 48:18
48:19
**altercation** 12:10
14:14
**altered** 48:12 48:24
**always** 24:22
**Amperage** 24:15
**and/or** 7:11 12:11
14:15 16:10 16:22
26:12
**another** 4:14 12:21
13:15 13:23 14:18
15:10 26:24 47:8 57:8
57:9 64:19 64:22
75:14 75:17
**answer** 5:1 11:14
45:14 46:14 46:19
57:6 65:24 66:2 66:9
66:11 76:22 76:24
77:5
**answered** 65:11
**answering** 76:23

**anybody** 46:4 62:8
70:5
**anyone** 46:6 57:3
58:4 71:15
**anything** 27:21 44:14
47:9 55:17 59:2 64:14
73:14
**anything's** 71:2
**anywhere** 35:22
**apart** 69:7
**apologies** 75:4
**apologize** 74:23
**appar** 68:13
**apparent** 57:2 72:4
**Apparently** 72:14
**apparently** 15:20
**appear** 8:12 10:10
**application** 41:18
**apply** 38:16
**appreciate** 76:1
**approved** 17:17
**approximate** 49:24
**approximately** 7:2
9:19 29:21 53:22
68:13
**Approximately** 22:6
**approximation** 30:1
**AR** 17:13
**area** 21:23 46:2 62:7
**aren't** 54:6
**arises** 13:13 15:8
**around** 5:13 47:18
69:18 69:23 74:13
**arrange** 8:10 8:12
10:8 10:10
**arrow** 27:15 28:17
50:10 50:10 50:11
50:11 51:11
**arrows** 41:21 48:17
**Article** 12:5 14:10
**article** 13:1 15:1
**ask** 4:10 4:19 30:15
30:17 30:24 31:15
31:18 42:24 43:2 43:3
43:8 43:10 49:10
67:17 68:21
**asked** 22:11 31:9
31:14 45:1 45:4 45:4

45:5 64:14 65:10 69:7
70:15 75:22
**asking** 49:10 53:11
55:22 56:17 66:12
67:5 70:10 70:12
**aspects** 74:10
**assignment** 74:5
**assist** 22:3 68:24
**Assistant** 4:1
**assume** 55:17
**assuming** 46:8 53:17
55:15 56:11
**ATM** 64:10
**attend** 7:14 11:3
**Attending** 5:18
**attention** 26:6 51:6
**automatic** 27:19 38:7
39:1 42:7
**available** 15:20 16:23
17:4 17:24 18:13
18:22 19:3 19:17
19:20 20:7 20:13
**Avenue** 4:7 6:8 6:16
8:22 9:6
**aware** 63:4 72:17

**B**

**back** 14:5 27:17 27:19
28:13 41:14 42:2 42:4
44:7 51:16 52:2 55:13
55:13 56:22 64:11
68:23 69:3 69:8 69:12
70:8 73:4 74:6 75:13
**Back** 40:24 52:20
58:7 73:23
**Bahruth** 16:9 16:18
16:19 18:11 18:21
20:11 21:6 45:6
**Balance** 10:2
**Based** 11:18 33:10
67:20
**based** 5:11 11:15
16:4 20:16 20:18
44:11 59:24 60:1
**basically** 28:18
**basis** 46:21
**beeping** 11:16

Keith Coleman
October 16, 2019

80

**before** 5:1 13:20 14:19 15:15 20:20 24:16 30:18 41:17 41:20 42:7 47:19 50:21 52:4 54:7 54:20 57:9 60:4 60:12 60:22 61:2 63:22 64:9 65:22 65:23 66:13 68:9 71:1 77:10
**beginning** 24:11 74:23
**Beginning** 5:14
**begins** 60:12
**behalf** 11:14 16:21 74:1 76:6 77:4
**behind** 41:23
**being** 4:5 4:15 5:11 12:17 14:19 22:23 37:5 37:8 37:8 38:3 41:17 44:11 51:23 57:9 64:20 72:15 73:3 74:24
**believe** 16:9 16:12 17:23 21:16 43:2 45:6 45:20 51:24 54:22 65:11
**below** 56:23
**benefit** 49:13
**Bensenville** 4:2 4:6 6:15 9:5 22:1
**better** 62:4
**between** 17:11 17:13 17:14 23:6 51:23
**bias** 13:18 15:12
**big-ass** 69:6
**bit** 27:10 39:19 64:10 70:4
**black** 27:11 27:16 28:7 42:10
**bleeds** 56:21
**block** 35:12 35:15 36:4 36:10
**blocking** 64:13 64:14
**blue** 22:20 52:12
**bold** 13:7 15:5
**boss** 18:10 19:2 19:5 19:19 20:6
**Both** 13:14 15:9

**both** 37:5 39:23
**bottom** 22:18 27:16 29:8 41:24 50:2 50:4 51:17 60:8
**box** 49:4
**brake** 27:19 28:4 28:14 29:1 35:8 35:18 36:8 37:10 37:11 37:20 37:21 38:6 38:7 39:1 39:2 41:18 42:3 42:6 42:7 42:12 47:13 55:12
**Brake** 9:16 22:9 34:3 34:20 37:1 37:3 39:20 39:21 41:12 41:19 57:23 63:21 63:24
**brakes** 28:2 34:13 38:15 39:6 39:9 51:12 51:13 52:17 64:24
**Brakes** 42:10
**braking** 67:2
**break** 52:3 52:11 52:14 52:15 53:2 53:6 53:13 54:2 54:7 54:12 54:20 56:7 56:12 58:4 58:22 59:22 63:17 63:19 64:1 64:3 65:19 66:7 68:3 68:5 68:22 69:1 69:4 72:19
**brief** 40:16 40:21 40:23
**bring** 16:10 43:14 44:19 69:3 73:15 75:8
**bro** 42:3
**broad** 29:12
**broke** 61:7 68:11 70:2
**broken** 52:5 53:9 54:3 69:6
**brought** 41:15 64:11
**buck** 51:13
**building** 62:2 62:5
**bullet** 38:2
**bunched** 26:10 51:8 51:13 51:14 52:1 64:15 65:15 65:16 65:23 66:13 66:15 66:22 67:6 70:10 70:13

**bunching** 70:12
**Business** 13:7 15:4 15:5
**busy** 64:8

### C

**cab** 12:22 14:19
**caboose** 35:11
**call** 36:19 74:7 74:7
**called** 21:18 62:15
**came** 32:24 41:14 45:6 45:14 51:14 70:9 74:2
**Came** 70:8
**Canadian** 4:2 4:6 10:21 13:6 15:4 62:20 74:3
**can't** 45:14 46:14 54:8 55:17 57:6 69:20 76:4
**caption** 49:3
**car** 35:12 35:15 36:4 36:10 38:16 39:6 52:3 53:7 55:1 55:4 56:20
**carbon** 16:9
**care** 26:6 42:24 51:6 52:17 67:17
**career** 71:19
**carefully** 77:9
**CARL** 5:16 21:17 23:11 23:23 24:2 27:12 27:23 28:2 28:4 28:9 35:2 41:8 62:1 62:3 62:6 62:10
**Carl** 5:16 7:15 8:12 10:10 11:22 21:24 22:4 22:7 24:1 25:9 25:20 26:23 28:16 30:11 31:22 32:2 32:22 33:5 34:1 40:9 41:2 41:5 42:9 42:19 42:23 43:1 43:10 44:23 55:2 57:16 57:18 58:3 58:9 58:20 58:24 61:19 61:23 62:12 66:4 68:2 74:12 74:17 75:6

**Carman** 69:13
**carrier** 18:15
**Carrier** 7:9 8:13 10:11 12:17 12:23 14:17 **cars** 35:12 35:16 36:5 36:11 41:14 41:18 41:22 53:21 54:6
**case** 13:20 15:15 27:5 36:2 36:4 39:17 62:9
**cases** 12:8 14:14 54:21 54:22
**Cause** 43:14 48:24 65:18
**cause** 46:14 48:20 65:4 68:11 68:19 70:24
**caused** 59:6 68:3
**CC** 8:10 10:8
**cease** 38:8
**cell** 4:12
**certain** 44:19 56:24 74:10
**Certified** 6:6
**Chairman** 5:24 10:12 17:22 31:13 76:15
**chance** 71:17
**change** 34:21 34:24 35:7 36:1 37:18 38:4 39:13 39:16
**changed** 13:22 35:5 35:5 36:18 37:17 38:2 41:20 42:8
**Changes** 26:11 51:9
**changes** 26:11 34:15 34:15
**channel** 17:10 17:13
**charge** 15:23 22:1 75:5
**Charge** 15:23 20:21 27:8 29:21 30:2 43:12
**charged** 4:9 37:11 37:21 43:14 43:15
**charges** 12:4 14:21 74:18 74:19
**Chicago** 22:2
**choice** 7:17
**choose** 74:7
**circumstances** 6:21

Keith Coleman
October 16, 2019

9:11 43:14 75:9 75:21
**citing** 36:15
**civil** 4:13
**claiming** 68:14
**clarification** 28:16
**clarify** 14:6
**Class** 9:16 22:9 27:7
34:3 34:19 35:6 35:8
37:3 39:20 41:12
41:15 41:19 42:5 55:6
56:3 56:7 57:23 63:21
63:24 64:19 67:21
68:15 70:22 72:23
75:17
**clear** 4:20
**cleared** 67:21
**clearly** 12:6 13:2 13:7
14:12 15:1 15:5 70:23
**climbs** 27:18 28:21
**closing** 5:9 43:5 44:3
44:9 44:13 44:20
73:17 74:24 76:6
**Club** 6:9 8:23
**Code** 10:24 13:6 15:4
**Coleman** 5:18 5:21
6:7 6:11 8:21 9:1
10:17 10:19 10:20
10:23 11:2 11:6 11:11
11:13 11:14 12:24
13:15 13:24 14:24
15:10 15:16 15:22
16:5 16:21 17:2 17:9
17:16 31:18 32:5
41:10 41:14 43:2 43:4
43:18 43:22 49:17
51:14 62:19 62:21
62:22 63:1 63:4 65:3
65:14 67:3 67:10
67:14 67:24 71:10
71:23 72:6 72:7 72:10
72:11 73:11 73:24
74:22 76:7 76:14
76:16 76:20 76:24
77:5
**COLEMAN** 5:18 10:19
10:22 11:1 11:5 11:8
11:10 11:17 27:1
30:24 31:4 31:7 31:9

31:11 31:14 31:16
31:24 43:5 43:7 43:10
43:13 43:19 43:24
44:3 44:6 44:17 62:14
65:6 73:13 74:2 75:2
75:5 76:4 76:19 76:23
**Coleman's** 12:2 12:15
12:18 14:11 76:6
**college** 74:4
**combobulated** 71:22
**come** 60:14 61:24
70:5 70:6 71:18 74:14
75:10 75:13
**comes** 27:17 28:13
**commotion** 70:21
**Company** 13:5 13:12
13:18 15:3 15:13 19:6
21:18 62:15 74:8
74:10
**Company's** 13:20
15:15
**compensate** 19:7
**compensated** 18:14
**competence** 26:5
51:6
**completed** 74:4
**compressed** 29:11
**computer** 49:8
**con** 75:3
**concern** 70:18
**concerning** 9:3 46:8
**concluded** 77:12
**condensed** 52:9
52:12 59:21 61:7
**conduct** 4:13 8:11
10:9 15:17
**conducted** 6:14
**conducting** 4:9 13:19
15:13
**Conducting** 4:4
**Conductor** 17:3 64:11
68:23 69:10 74:15
74:16 75:23
**Conductors** 22:2
**confer** 31:13
**conference** 4:5 6:14
9:5
**confined** 5:11 44:10

44:18
**confines** 43:11 44:5
44:6
**conflict** 13:14 15:9
**confusion** 34:3
**connection** 6:3 6:23
9:13
**consideration** 25:4
**considered** 75:10
75:22 77:9
**consist** 35:13 36:5
41:20 42:8
**consistent** 24:15
**constantly** 55:13
**continuance** 12:2
**continue** 23:12 26:23
71:11 75:3
**continued** 71:22
**Continuity** 9:17 22:10
34:20 37:1 39:21
57:24 63:22 64:1
**continuity** 39:14
**continuous** 53:24
**contradicts** 48:13
**controls** 46:18
**convenience** 12:22
**conversation** 41:13
**convinced** 52:9
**coordinate** 8:4
**Copen** 17:16
**copied** 16:9 16:18
**copies** 32:9
**copy** 8:3 24:5 33:6
40:16 40:19
**Corporate** 13:8 15:7
**correct** 19:12 28:19
28:22 28:23 35:4
36:18 42:12 45:2
45:11 45:17 46:9 48:6
49:1 49:22 49:23 50:1
50:9 51:24 53:1 53:19
54:23 55:8 55:24 56:9
56:14 58:11 58:14
58:23 59:8 59:11
59:24 60:2 62:10
67:24 73:6
**Correct** 45:10 50:2
50:12 50:17 52:22

52:23 53:14 53:15
53:18 55:11 56:8
58:10 59:10 59:20
60:22 61:3
**correctly** 56:10
**couldn't** 69:19 72:2
**could've** 70:22 72:22
**Country** 6:9 8:23
**course** 66:2 66:22
**covers** 48:24
**CP** 6:4 8:19 13:10
15:7 19:12 19:14 46:8
46:8 46:9
**created** 76:14
**Crew** 8:15 10:14
**crew** 39:13 39:16
57:3 57:7
**current** 36:17 36:22
**cushioned** 51:23
**cut** 42:2 56:20 56:22
**cylinder** 55:13

---

D

**Daberitz** 8:7 10:5
**dailied** 47:2
**daily** 46:20 46:20
47:12
**date** 7:22 8:1 36:16
**Dated** 6:5 8:20
**dated** 9:3 11:3 15:20
20:21 21:1
**day** 63:11 63:19 67:7
75:15
**de** 61:9
**decision** 69:24 77:10
**decrease** 24:19
**deem** 20:3
**deer** 69:6
**defects** 46:7 59:6
59:9
**defense** 14:1 15:22
75:24
**delay** 59:18
**departed** 68:16
**departing** 41:17
41:20 42:7 65:18
67:21

AccuTran Global Enterprises, Inc.
855-552-0505

Keith Coleman
October 16, 2019

82

departure 55:7 63:22
depends 54:24
depiction 49:6
der 11:19
describe 29:5
designed 53:22 54:6
54:7 54:19 54:22
desire 8:3
desired 24:7 24:12
24:18
deter 9:2
determine 6:21 9:11
14:20 61:11
determined 20:9
52:20
determines 11:19
develop 6:2
developing 26:3 51:4
devices 4:21
didn't 18:20 19:24
20:3 45:3 45:10 59:10
69:2 71:11 71:17
72:15 72:21 73:1
74:10
different 46:2 56:13
56:15
differently 18:10
Digital 4:21
Dillon 69:13 70:13
direct 13:14 15:9
dis 71:19
disagree 76:7
discipline 13:17 15:11
disciplined 13:3 15:2
discombobulated
64:4 64:7 64:10 68:20
71:15 73:1 73:3
discrease 24:18
discuss 43:22 44:3
discussed 58:21
disrespect 30:24
distance 51:23 52:4
distinct 4:20
Distributed 38:11
distributed 35:21
Document 52:8
document 20:23 21:2
21:7 21:9 21:11 21:13

25:13 25:17 25:21
26:20 28:17 30:6
30:18 32:6 32:11
32:16 32:18 33:10
33:20 33:21 33:23
34:24 35:1 36:12
39:24 40:2 40:4 40:6
42:9 42:14 42:16
48:16 50:1 50:7 50:8
55:9 60:13 61:3 61:12
documents 25:11
37:5 39:23
doesn't 38:14 39:16
doing 69:17 70:16
70:22
done 34:3 46:17
47:12 47:12 48:5
53:14 55:20 55:21
56:4 76:2
don't 18:24 21:16
23:19 23:19 23:21
27:1 27:21 30:5 30:18
45:13 45:15 46:6
49:21 55:5 57:11
57:12 59:9 60:14 62:8
62:8 64:16 65:24
70:10 73:13 73:14
74:12 74:14 74:20
DOUG 21:17
Doug 5:16 7:15 8:12
10:10 11:24 74:11
74:17
Down 29:8
down 22:17 22:20
22:23 27:16 28:6
52:12 55:14 55:14
59:23 60:10 61:7
66:19
download 22:11
22:13 22:14 22:17
25:3 25:11 29:11
41:11 45:2 45:3 45:10
45:12 45:13 45:14
45:15 46:5 46:13 48:9
48:10 48:11 48:12
48:14 49:7 49:17 53:5
53:14 57:19 57:22
61:12 63:10 68:12

downloaded 46:15
49:7
downloads 48:8
56:19 67:11 74:20
dragging 47:19
draw 60:10 60:18
drawbar 51:23 52:4
53:7 53:9 54:3 54:7
54:16 54:18 54:20
59:7 66:7 68:9 69:14
69:15 69:16 69:16
drive 18:2
drop 52:17
dropping 24:16
drops 27:16
drove 70:8
due 26:11 51:9 57:2
77:1
duly 76:8
dump 27:5 42:4 55:20
55:21 56:21 56:23
64:18
during 4:23 5:4 5:12
18:3 29:12 44:12
52:18 56:12 76:17
duty 13:10 15:7
dynamic 51:12 67:4
Dynamics 51:13
dynamics 66:19

───── E ─────

EAB 28:5
each 22:18 37:17
75:11
East 8:9 10:7
ec 26:8
efficiently 26:5 51:5
effort 23:3 24:15
49:20 50:15 50:16
50:17 50:22 52:7
52:10 52:14 53:24
59:7 59:16 59:20 60:4
60:11 60:11 60:20
68:5
effort's 55:14
element 74:6
Elgin 7:4 9:21

em 43:5 57:12 57:12
69:23 69:23 70:15
74:4 74:14
e-mail 16:8 21:5
21:11 22:12
emergency 24:21
41:18 52:16 57:1 69:3
Employee 6:10 8:14
8:24 10:13
employees 75:10
75:12 75:13 75:18
Employees 13:10
15:7
emu 26:2
enclosed 8:3
end 27:17 55:18
64:11 70:9 70:9 73:16
ends 60:9
engine 46:8 46:16
47:1 71:19 72:20
Engineer 7:4 9:21
12:7 13:3 14:13 15:2
16:21 22:1 23:1 23:16
34:8 37:3 46:20 46:22
47:8 47:13 48:2 62:21
62:23 63:1 64:16
engineer 26:2 26:13
26:15 51:3
Engineers 23:5 42:19
46:23 46:23
Engineer's 12:12
14:16
engines 75:12
Engines 5:16 22:1
enough 12:18 66:5
66:5 66:6
ensure 57:4
ensuring 46:17
enter 25:10 26:18
28:15 29:15 30:5
30:18 32:16 33:19
35:4 39:23 42:14 53:8
entered 21:4 37:5
37:8 49:15 52:24
54:14
entering 32:3 41:2
entire 50:7 50:8
76:17

Keith Coleman
October 16, 2019

83

**entitled** 7:16
**EOT** 27:10 27:16
27:19 27:22 28:4 28:8
42:1 42:3 42:12 55:12
56:3 56:12 57:1 68:14
**equipment** 46:24
**Especially** 13:6 15:4
**Ethics** 13:7 15:5
**ETU** 21:7
**even** 30:5 30:21
49:21 57:7 59:23 60:4
60:12 74:14
**evening** 22:12
**event** 18:13 45:24
57:4 57:9
**events** 17:6 48:13
73:4
**everybody** 74:8 76:1
**Everyone** 4:13
**everyone** 4:10 5:14
22:15
**everyone's** 4:18
**everything** 42:2
**everything's** 47:12
**evidence** 5:12 7:12
16:1 16:22 44:11
73:12 77:3
**ex** 52:24
**exactly** 20:1 72:24
**Exactly** 70:20 73:5
**examined** 21:18
62:15
**examples** 43:14
**except** 12:8 14:13
24:20
**excuse** 26:14 39:20
**exercised** 26:8 51:7
**exhaust** 38:8
**Exhibit** 20:22 20:24
21:1 21:3 21:8 21:10
21:12 21:14 25:12
25:14 25:16 25:18
26:19 26:21 32:4
32:17 32:19 33:20
33:22 40:1 40:3 40:5
40:7 40:13 42:15
42:17 42:20 48:8
48:22 49:15 49:17

51:16 52:24 53:16
55:9 56:7 58:12 58:17
60:3 63:6 67:8 68:2
68:4 68:12
**exhibit** 21:5 32:4
33:16 55:23 67:23
**Exhibits** 41:2
**exhibits** 22:14 25:11
26:18 29:16 33:20
48:9 59:14 66:17
**exits** 62:12
**experience** 63:17
63:18 66:1
**explaining** 22:15
23:11
**explanation** 39:19
**extensive** 41:11
**extenuating** 75:9
75:21

---
F
---

**fa** 42:22
**facing** 13:16 15:11
**fact** 33:11 41:17 45:8
73:4 77:1
**factors** 26:1 72:22
**facts** 6:2 6:21 9:11
24:1 30:19 77:8 77:9
**factual** 33:16
**failure** 22:9 57:3
57:23 61:12 72:21
**Failure** 9:16
**fair** 4:9 13:1 13:4
13:17 14:24 15:2
15:12 15:17 17:19
20:18 76:1 76:8
**familiar** 63:5 66:16
67:10
**far** 19:15 48:14 48:19
**fashion** 37:18
**fast** 25:4
**fault** 72:15
**feel** 12:24 14:23 18:7
18:8 19:10
**feels** 44:19
**felt** 18:20
**few** 4:11 23:2 67:18

**fight** 74:8
**find** 30:22 70:6
**Fine** 31:4
**fine** 23:23 44:1 60:18
71:23 72:5
**finish** 4:24 50:24
**finished** 31:19 36:23
**First** 11:15 14:10 17:2
**first** 22:17 22:22
29:23 38:2
**firsthand** 17:6
**fit** 71:11 71:12
**flash** 18:2
**follow** 31:2 42:19
**following** 5:9 6:3 7:9
44:9
**follow-on** 8:18 57:15
**follows** 21:19 62:16
**follow-up** 71:8 72:9
**foot** 51:24 52:2 52:3
**footage** 51:18
**forces** 26:16 46:17
**Fore** 22:4
**Foreman** 5:16 21:24
22:5
**Foreman's** 66:20
**forget** 72:23
**form** 27:2 37:18
**formal** 6:13 7:7 9:3
10:1 16:20
**forward** 20:15 20:20
**four** 50:11 75:6
**fourth** 52:13
**Franklin** 4:7 4:7 6:16
6:16 9:6 9:6
**free** 13:18 15:12 18:8
19:10
**freight** 53:21
**full** 10:17
**further** 28:20 40:9
41:5 42:22 56:6 57:13
58:2 58:24 59:23
61:17 61:19 61:21
67:14 71:6 72:7 73:8
73:10 73:12 77:11

---
G
---

**gathering** 77:8
**gauge** 37:14 37:24
**GCOR** 36:13
**General** 10:24 76:15
**gets** 23:1 50:22 69:12
**getting** 41:12 65:5
75:15
**Give** 73:18
**give** 16:2 22:13 23:15
25:7 29:11 34:23
51:15 51:22 58:18
68:9 73:18
**given** 5:9 44:8 44:12
66:4 66:5 66:6 75:1
**giving** 43:9
**gladly** 16:2
**Go** 31:24
**go** 5:13 14:5 22:2
28:6 37:1 44:7 61:2
64:12 69:2 75:20
**goes** 36:6 37:2 42:1
49:3 50:14 50:15
50:16 52:13 55:12
60:19
**GOI** 24:4 25:22 34:15
34:19 34:24 35:1
36:13 36:14 37:16
47:23 63:7 66:18
**going** 25:23 46:24
51:3 52:2 55:13 55:14
55:14 59:18 60:10
64:24 69:5
**Going** 52:1 59:18
**gonna** 20:14 20:20
29:15 31:5 40:19
56:21 65:4
**good** 24:23 52:17
52:17 58:16 63:14
**gotta** 70:15 70:16
**grade** 26:11
**gradually** 24:20 27:18
28:13 61:1
**grant** 16:2
**granted** 5:7
**graph** 64:22 64:24
**graphs** 64:20 65:2
**graph's** 64:21
**growing** 61:1

Keith Coleman
October 16, 2019

84

**guess** 16:6 69:24
**guidelines** 34:11
42:20 44:7
**Guidelines** 25:23
**guns** 75:11
**guy** 75:16

**H**

**ha** 26:3 69:6
**hand** 24:5
**handed** 15:19
**handing** 24:4
**handle** 63:14
**handled** 24:23 26:15
**Handling** 25:16 25:22
**handling** 6:24 9:14
22:9 26:4 27:8 29:20
34:9 34:12 43:15
43:15 51:4 57:20
58:15 58:21
**handoff** 47:10
**hanging** 47:19 69:14
69:16 69:17 70:14
**happen** 56:19
**happened** 14:12
22:12 53:6 68:22 71:1
72:24
**happens** 74:12
**harassment** 74:7
**hard** 61:6
**hate** 64:20
**haunting** 74:11
**haven't** 31:7 31:7
**having** 5:1 33:16
**hazardous** 12:14
14:17
**head** 55:18 64:11
64:11 70:9 70:9
**hear** 6:2 23:21 71:12
**heard** 32:21 72:16
74:17
**hearing** 12:8 13:1
13:4 13:19 14:13
14:24 15:2 15:17
17:19 20:18
**Hearing** 31:17 44:15
72:14

**hearing/investigation**
4:5 4:10 4:15 4:16 5:4
6:1 11:4 15:14 18:3
76:18
**he'd** 19:2 20:13
**held** 4:5 9:4 12:7
13:16 14:11 14:13
15:11 16:24 77:7
**hell** 69:16
**helping** 22:3
**here** 13:19 14:1 14:21
14:21 15:17 15:19
15:24 16:1 18:9 18:21
18:21 18:23 18:24
19:7 19:9 20:5 21:23
22:10 22:14 23:4 24:1
25:7 27:9 32:6 33:9
34:17 36:6 40:10 41:6
42:10 43:12 43:17
43:22 44:14 44:21
46:4 48:16 49:5 50:2
55:15 57:18 59:17
60:20 66:17 68:6
70:17 71:24 73:19
74:5 74:11 74:14 75:1
75:11 75:13 75:14
75:19 75:23 75:23
76:21
**hereby** 7:13
**herein** 21:18 62:15
**He's** 18:24 34:7 43:9
48:6 64:23
**he's** 48:4 49:21 60:12
65:11 68:12 68:13
**high** 52:15
**High** 53:17
**higher** 24:17
**highlighted** 22:18
**Highs** 53:16
**Hills** 6:9 8:23
**hit** 69:15
**Hmm** 68:19
**home** 12:22 14:19
75:18
**Homeland** 75:16
**hope** 66:1
**hopes** 17:16
**Horsepower** 53:17

**hotel** 12:22 14:18
**hours** 6:17 7:3 9:7
9:20 12:16 13:23
15:21 17:1 17:11
17:13 17:14
**hun** 53:23
**hung** 68:14

**I**

**I'd** 40:19 53:10 73:15
**identification** 20:24
21:3 21:10 21:14
25:14 25:18 26:21
32:19 33:22 40:3 40:7
42:17
**identify** 5:13
**III** 9:16 22:9 27:7 34:3
34:19 35:6 35:8 37:3
39:20 41:12 41:15
41:19 42:5 55:6 56:3
56:8 57:23 63:21
63:24 64:19 67:21
68:15 70:22 72:23
**I'll** 5:13 14:22 15:18
16:3 20:21 23:24
24:10 24:10 30:2
30:22 30:22 33:1
38:18 40:15 40:15
40:16 43:5 47:23
60:14 71:14 71:14
76:8 77:5
**Illinois** 4:7 6:9 6:17
8:23 9:7
**I'm** 4:1 4:9 20:14
20:20 21:24 22:1
22:15 22:16 23:11
24:4 25:23 28:7 28:16
31:4 31:19 33:12
36:23 43:7 43:14
43:19 45:23 46:8
46:13 49:10 49:10
50:6 53:7 53:11 53:17
54:17 54:18 55:22
56:10 56:10 56:17
60:24 61:13 61:16
61:16 64:3 64:4 65:4
66:12 67:12 72:1 72:1

74:19 74:19 75:15
75:20 76:2 76:23
**immediate** 62:7
**immediately** 57:3
**impartial** 4:9 13:1
14:24 15:17 17:19
20:18 76:2 76:8
**important** 26:1 75:24
**Improper** 6:24 9:14
**improper** 22:8 27:7
29:19 57:20 58:21
**incidence** 7:11 57:19
57:23
**incident** 7:1 9:18
12:16 12:18 12:20
14:12 17:8 46:3 74:15
74:16
**include** 13:23
**including** 47:13 51:22
**inconsistent** 64:21
**increase** 24:7 24:12
**increased** 65:22
**increases** 59:19 59:20
**indicated** 26:13 32:13
37:13 37:23
**indicates** 28:12
**indiscernible** 20:4
29:14 30:4 43:18
69:22 71:17
**individual** 56:22
**information** 16:10
16:14 20:19 21:5 22:8
30:6 30:16 33:16 35:4
41:5
**informed** 47:8
**infraction** 13:24
40:12
**initial** 31:6
**initiate** 57:1
**initiated** 26:14
**insert** 48:17 48:20
48:24 49:3
**inserted** 48:21
**inspected** 47:7
**inspection** 46:16
46:20 46:24 48:4 48:6
**instance** 71:24
**instances** 43:18 43:23

Keith Coleman
October 16, 2019

85

instead 38:4
instructed 7:24
instructions 74:23
instruments 46:18
insubordination 12:10 14:15
intact 35:14 36:5
intent 13:19 15:14
interest 13:20 15:15
interests 13:11 15:8
interprets 34:8
interrupting 74:23
interruption 45:9 53:4 53:15 75:4
intervals 29:6 50:5 51:11
interview 57:3
interviewed 57:12
in-train 26:16
Introduction 13:8 15:6
Investi 12:3
investigated 5:11 44:11 74:24
investigation 5:19 12:5 13:18 15:12 31:3 43:11 44:5 44:8 75:8
Investigation 12:4 29:19
investigation/hearing 6:13 6:20 7:8 7:13 7:18 7:23 9:4 9:10 10:1 16:23 62:13 77:7
irrelevant 27:5
Isn't 54:19
isn't 36:15 54:19
issues 67:22
Item 34:19 36:17
it's 18:6 20:8 23:20 23:20 27:4 27:18 29:21 30:1 30:21 34:18 35:5 35:6 42:1 43:13 47:1 47:4 47:7 47:10 47:15 48:5 48:20 50:6 53:10 61:6 61:7 65:4 69:3 74:11 74:11

54:11

It's 29:1 33:23 34:23 53:10 56:20
itself 48:14 50:20 76:9
I've 13:24 20:10 22:18 38:3 56:18 56:19 60:1 67:18 74:5 75:10 75:11 75:13 75:18

J

jarred 70:3 72:20
job 64:20 74:4 74:9 74:18
judged 15:11 64:20
judgment 24:23 52:17 58:16 63:15
jumps 52:13

K

Kay 14:20 15:24 17:23 20:20 26:18 28:1 28:3 36:9 36:24 37:4 39:18 39:23 40:21 58:4 76:16 77:2
keep 53:2 70:12
keeping 74:24
Keith 5:18 6:7 8:21 10:19 16:21 62:21
KEITH 62:14
kids 74:3
kind 34:14
knew 64:8 74:9
know 19:15 27:1 30:8 32:4 33:11 45:12 45:13 45:13 45:15 45:16 46:7 46:16 55:4 55:5 55:19 57:7 57:11 57:12 59:5 59:9 61:15 61:15 63:5 64:7 64:12 64:12 64:13 64:14 64:16 64:16 64:21 65:1 65:24 68:18 69:2 69:2 69:18 69:19 69:19 70:11 71:1 71:18 71:18 72:21 73:1 73:13 74:11

74:12 74:14 74:19 74:20 75:15 75:16 75:18 75:19 75:22 75:23 75:24
knowing 32:23
knowledge 7:11 17:6 22:8 40:9 54:4
Knowledge 25:24
known 7:10 68:9
knuckle 54:3 54:7 54:15 54:17 54:19 54:19 54:24 55:4 64:8 64:9 68:9 69:15 71:1
Knuckles 53:21

L

labels 20:21
labor 7:19
last 41:7 41:18 46:16 75:6
later 22:12
lead 32:8 32:12 33:11 63:11 67:7
leading 30:10
leaving 41:22
left 5:17 5:21 38:3 41:2 74:12
left-hand 27:23
legitimate 13:11 15:8
length 10:20
less 13:23 15:21 22:22 37:13 37:23 58:14
let's 23:24 32:16 64:12
Letter 15:23 27:8 29:19 29:22 30:2
letter 6:12 8:18 9:2 16:17 21:4
lettered 36:3
letterhead 6:4 8:19
lettering 13:7 15:5
Letters 20:21 43:12
levels 26:17
limits 66:20
line 22:19 22:20 27:11 27:16 42:10

48:24 51:10 52:12 60:9 60:10 60:19 65:8
lines 48:20 52:17
list 32:7 32:8 32:10 33:19 40:15
listen 18:2
little 27:10 28:20 39:19 41:11 64:4 64:7 64:10 68:19 70:4 74:6
Local 5:23 10:12 17:22 31:13
Locomotive 7:3 9:20 32:15 34:8 37:3 50:21 62:21 62:22
locomotive 22:24 23:15 23:17 26:2 26:13 26:15 27:5 30:10 32:8 32:12 32:24 33:11 39:20 39:21 47:7 47:13 47:20 50:20 55:18 58:18 59:6 67:7
locomotive(s 35:10
Locomotive/Train 25:16
Locomotives 53:17
locomotives 32:7 35:17 35:22 36:7 51:22
long 22:4 62:22
look 27:23 29:8 37:16 49:2 49:20 50:5 51:10 52:8 52:8 52:12 59:15 60:14 68:4
looked 41:10 63:10
looking 22:16 28:17 42:9 49:14 60:15 66:11 73:4
looks 59:19 59:21
losing 74:9

M

ma 57:7
made 5:5 7:21 15:20 16:22 17:4 17:24 18:12 18:22 19:2 19:16 19:19 20:6

Keith Coleman
October 16, 2019

86

20:13 32:3 69:24
72:23
**maintain** 26:16
**major** 12:11 12:11
14:15 14:15
**Make** 38:6
**make** 5:9 25:12 32:9
40:13 40:16 40:16
44:9 44:13 47:4 47:15
47:18 48:1 48:2 51:4
72:15 73:24 76:6
**make-up** 26:1 26:12
**making** 33:15
**Management** 8:15
10:14
**Manager** 8:8 10:6
34:7 36:16 36:19
39:24 63:7
**manager** 70:5 72:18
**managers** 74:13
**manner** 4:14 24:24
58:15 63:15
**many** 71:19
**marked** 20:23 21:2
21:9 21:13 25:13
25:17 26:20 32:18
33:21 40:2 40:6 42:16
**marker** 70:1
**markers** 56:22
**markings** 27:22
**Mat** 5:20
**math** 51:19 51:24
52:2
**Mathew** 5:23 17:21
**Matt** 11:10
**matter** 5:5 5:11 8:4
39:17 44:11 74:24
**Matthew** 10:12
**maybe** 14:5
**Maybe** 55:21
**mean** 30:7 47:24
55:16 61:6 71:17
71:18 72:24 75:24
**mechanic** 61:13
61:16
**Mechanical** 47:2
47:11
**mechanical** 46:17

**57:2 61:11 72:21**
**mechanically** 54:6
**memory** 16:15 33:13
**mentally** 57:4 57:7
70:7
**mentioned** 41:13
65:14 66:17
**method** 66:24
**Michael** 4:1 8:10 10:8
**middle** 32:14 34:18
**miles** 12:21 14:18
57:9
**mind** 60:14 72:17
72:19
**mines** 75:22
**minimum** 23:5
**minor** 69:4
**minute** 52:19 52:19
52:20 64:4
**mirror** 37:17
**Mis** 5:21
**mission** 15:18
**mistaken** 45:23 53:8
**Mister** 22:7 67:3 76:5
**mitigating** 72:22
**modulation** 23:5
23:16
**moment** 68:20
**momentarily** 36:6
**moments** 4:23
**MOP** 34:4 34:6 36:19
36:19 37:18
**more** 5:1 12:16 41:11
52:10 61:8
**mostly** 76:2
**motor** 51:15
**motors** 50:22
**move** 20:14 20:20
28:20 65:11
**movement** 55:17
**moves** 61:2
**moving** 24:16 70:19
**much** 16:2 73:1
**myself** 16:5 23:11
76:14 76:21

---

N

---

**name** 4:1 10:18 21:22
21:24 45:20 62:19
74:18 75:9
**name's** 74:18
**nature** 48:17
**necessary** 20:4
**need** 15:24 18:3 18:9
18:21 19:9 31:12
31:13 33:7 33:17 58:4
61:24 72:10 73:16
**needed** 16:3 18:7
**needs** 20:9
**nervous** 70:24 71:2
**Never** 68:10
**never** 52:7 70:15
71:12 75:10
**new** 35:7
**next** 5:21 24:17 68:22
**night** 45:22
**noise** 11:16
**none** 54:12 59:12
59:13
**notch** 22:22 22:22
23:2 24:14 49:18
52:13 52:22 58:10
58:12 63:12 67:24
**Notch** 49:22 50:14
58:13 58:13 60:11
60:19 60:23 60:24
**Note** 38:11 39:12
**noted** 46:8 76:9
**nothing** 12:16 29:24
42:22 47:19 58:2
58:24 61:19 61:21
67:14 68:6 70:16 72:7
73:10 77:11
**notice** 6:12 10:2
**Notice** 6:3 11:3 12:3
13:22 15:19 34:4 34:6
36:16 36:19 36:20
37:18 39:24
**noticed** 22:14
**notices** 63:8
**now** 4:8 9:10 24:4
28:15 30:23 37:16
40:18 43:20 48:22
56:13 72:22 77:13
**Now** 49:15 49:20

**52:24 53:16 55:6 57:2**
**number** 38:24 39:5
39:8
**numbers** 36:3

---

O

---

**Oakwood** 6:8 8:22
**object** 12:4 20:16
29:18 65:4
**objected** 33:15
**Objection** 23:7 23:19
65:17
**objection** 11:19 11:23
14:2 14:22 16:3 23:8
32:23 33:1 33:8 33:10
33:12
**objections** 5:3 5:3 5:5
12:1 16:5 20:17 76:8
**occurred** 7:1 9:18
12:16 12:20 17:7 52:3
52:11 52:14 52:15
57:4 57:10 68:6 68:6
73:4
**occurrence** 52:11
**Octer** 36:20
**October** 4:8 6:5 6:18
7:2 8:20 9:3 9:8 9:19
11:3 15:20 16:24
17:12 20:21 21:1
25:12 29:9 29:16 63:2
77:13
**offense** 29:23
**offenses** 12:12 14:16
**office** 74:18
**Office** 4:6 6:15 9:6
**officer** 13:4 15:3
**Officer** 4:4 13:18
15:13 31:17 44:16
72:14
**official** 4:17 77:8
**off-the-record** 4:23
**oh** 21:15
**Oh** 23:9 28:7 30:13
49:2 62:10
**Okay** 12:2 14:2 14:4
16:13 18:1 18:5 18:10
19:2 19:8 19:16 19:22

Keith Coleman
October 16, 2019

87

20:8 21:15 23:13
23:22 24:2 25:20
26:24 27:23 28:7 28:8
28:20 28:24 29:3 29:4
29:8 31:4 31:10 31:21
31:23 31:24 32:16
33:3 33:19 34:10
34:16 36:23 37:7
43:13 43:24 44:1
44:21 45:5 45:7 45:10
45:21 45:24 46:7 47:1
47:17 48:8 48:12
49:12 49:20 50:10
50:19 50:23 51:2
53:12 53:16 55:6
55:19 55:21 56:1
56:18 57:2 60:16 61:1
61:5 61:14 61:17
61:19 62:1 63:21 64:6
65:7 65:9 66:8 66:19
66:23 67:6 67:13
68:21 69:11 70:2
70:18 71:6 71:14
71:21 71:23 72:12
73:10 73:20 75:2 75:5
75:7 76:3 76:12 76:20
**okay** 28:7 32:3 43:24
51:1 57:5 57:8 60:17
66:20 70:6 70:7 70:7
**Olinski** 17:3 17:4 18:7
18:9 18:12 19:8 19:9
19:14 69:10
**once** 56:23
**one** 4:14 4:19 5:2
13:15 14:2 14:7 15:10
20:21 24:14 25:7
29:24 31:5 32:3 32:20
34:7 34:23 35:7 36:2
36:6 37:19 38:14 41:7
49:18 50:15 52:22
58:10 63:12 64:21
64:24 66:4 67:23
71:10 73:18 75:9
**One** 21:1 64:21
**one-page** 21:11 25:15
25:21 34:24 35:1 40:4
**One-page** 21:7
**ones** 14:6

**on-site** 4:15
**op** 51:5
**operate** 12:20 26:4
47:19 51:5 57:8 71:3
72:2
**Operating** 10:24 34:7
36:16 36:20 39:24
63:7
**operation** 25:1 34:14
52:18 58:16 63:15
**Operation** 25:16
**opinion** 56:16
**Opportunities** 13:9
15:7
**opportunity** 5:9
13:12 15:8 43:9 44:8
**order** 4:10 4:18 17:18
**original** 10:2 11:2
**originally** 36:13
**otherwise** 35:13 36:5
**out** 7:6 9:23 9:24
14:11 16:8 19:10 20:8
22:3 22:15 24:4 27:13
27:15 30:22 34:4 34:5
36:15 48:13 51:12
51:14 51:16 61:23
66:2 66:4 66:21 66:21
68:9 70:5 70:6 72:19
**outcome** 7:7 9:24
**outta** 70:17
**over** 27:23 29:9 49:3
52:7 52:13 60:14 68:5
69:6 75:12
**overlooked** 70:22
**overnight** 12:21
14:18
**overrule** 14:22 15:18
16:3 30:2
**overruled** 18:16 19:3
19:22
**overruling** 16:5 20:14
**owe** 13:10 15:7

———————— P ————————

**Pacific** 4:2 4:6 10:21
13:6 62:20 74:3
**Pacific's** 15:4

**page** 13:8 15:6 15:6
34:18 60:8
**Pardon** 62:3
**Park** 4:7 6:16 9:7
**part** 36:1 37:20 74:12
75:24
**Particular** 51:6
**particular** 26:6
**party** 47:8
**pass** 22:15
**past** 23:1 44:19 69:5
**pending** 7:7 9:24 12:8
14:13
**Pennington** 41:13
**people** 75:12
**per** 20:7 28:14 47:6
49:15
**percent** 51:17 51:20
51:21
**Perform** 35:8
**perform** 9:16 22:9
46:20 57:23 63:21
63:24
**performed** 35:7 39:22
41:20 42:5 42:5 45:12
55:7 56:8 56:21 56:23
68:15
**performing** 39:13
**person** 4:19
**pertain** 27:9 38:14
**pertained** 36:3
**pertaining** 30:19
64:23
**pertains** 30:21 34:12
34:14
**PETERSON** 5:20 5:23
11:12 11:14 11:18
11:22 12:2 12:15 13:6
13:14 14:3 14:5 14:8
14:10 14:23 15:19
16:4 16:8 16:13 16:17
18:1 18:5 18:10 18:16
18:18 18:20 18:23
19:2 19:5 19:8 19:11
19:14 19:16 19:19
19:22 20:1 20:3 20:6
20:10 20:13 20:16
21:4 21:16 23:7 23:9

23:13 23:19 27:21
28:1 28:3 28:5 28:7
28:10 29:18 29:23
30:3 30:5 30:8 30:10
30:13 30:16 30:18
30:21 31:15 31:17
31:21 31:23 32:20
33:1 33:10 33:15
33:23 40:13 40:17
40:19 43:2 43:9 44:2
44:15 44:18 44:22
44:24 54:1 55:3 57:13
59:3 59:4 61:17 61:21
62:4 62:8 62:11 65:4
65:8 65:10 65:17
67:18 67:19 71:6 72:9
72:11 72:13 73:8
73:14 73:18 76:7
76:11 76:13 76:22
76:24 77:5
**Peterson** 5:23 10:12
11:10 11:11 17:21
21:8 23:8 27:12 32:23
35:2 41:8 42:24 51:10
53:12 59:2 59:17
59:23 60:6 67:16 76:5
76:10
**Peterson's** 33:8
**phones** 4:12
**physical** 72:17
**Physically** 70:7
**physically** 57:4 57:8
**pick** 66:21
**picture** 54:13 54:14
**pipe** 28:4 28:14 29:1
37:20 38:6 39:21 42:3
42:6 42:12
**Pipe** 9:17 22:9 34:20
37:1 39:21 57:24
63:21 63:24
**place** 6:22 8:1 9:12
29:12
**placed** 12:4 15:23
27:19 34:5
**plan** 26:4 51:4
**play** 41:16
**please** 10:17 18:13
21:22 22:7 23:12

Keith Coleman
October 16, 2019

88

25:20 33:5 34:1 62:5
62:8 62:19 65:11 75:3
75:3
**Please** 8:10 8:12 9:2
10:8 10:10 14:9 16:20
26:23
**plus** 49:7
**point** 18:3 27:12 42:7
52:15 72:2 72:21
75:15
**pointed** 27:15
**pointing** 28:18 51:12
**points** 51:11
**Portage** 71:4 71:5
73:2
**position** 20:18 24:17
62:20
**possibility** 56:5
**possible** 70:21 71:2
72:16
**postponement** 7:20
**pound** 38:4
**pounds** 53:23 55:1
**Power** 38:11
**power/helper** 35:22
**practice** 74:10
**Practice** 36:16 39:24
63:7
**Practices** 34:7 36:20
**pre** 12:17
**preferred** 66:24
**prejudged** 13:16
15:16
**pre-judgmental** 12:17
**prepare** 14:1 15:22
73:16
**pres** 37:10
**presence** 72:18
**present** 4:11 4:13
5:10 7:17 7:24 17:5
41:6 44:10 59:5 73:12
76:17 77:3
**presented** 16:1 37:8
57:18
**pressure** 27:17 28:4
28:12 28:21 29:1
37:12 37:22 42:4
42:13

**pre-tested** 35:15
36:10
**pretty** 64:3 64:4
64:18
**prevent** 5:1
**previous** 20:17 20:17
43:17 54:12
**Principals** 5:8
**printed** 48:13
**prior** 7:21 29:18
43:23 55:7 56:4 67:21
68:15
**probably** 43:7
**problem** 50:19 65:12
73:20 74:13
**procedure** 37:2 39:22
**Procedure** 37:2
**proceed** 11:13 11:22
14:22 15:18 16:3 16:6
25:20 30:2 30:12
30:14 33:5 34:1 39:1
44:21 57:8 66:20 70:1
70:7
**Proceed** 34:16
**proceeding** 4:17
44:12 73:16 77:11
**proceedings** 5:12
**process** 31:2
**professional** 56:16
66:2
**professionalism** 66:7
**profest** 16:6
**properly** 46:18
**property** 75:11
**protest** 5:19
**Protest** 16:6
**provide** 17:18 20:18
**provided** 7:19 49:17
55:9 55:22 59:14
59:24 60:2 67:20
68:12
**providing** 5:1
**psi** 37:13 37:23 38:4
38:4 38:6 42:1 42:2
56:24
**pull** 69:20 75:11
**pumping** 29:2
**purpose** 6:1 6:19 9:9

77:8
**pursuant** 12:5 13:1
15:1
**put** 36:13 48:16 48:17
49:4 49:13 56:13 64:5
74:4
**puts** 51:13

---

**Q**

**qualified** 10:23
**question** 5:1 31:9
31:14 41:14 53:12
57:15 65:1 65:10
65:24 66:9 71:8 77:3
**questioners** 4:24
**questioning** 17:5
31:19 65:8 74:20
**questions** 30:17
30:24 31:15 31:18
42:24 43:3 43:3 43:8
44:18 44:22 53:11
56:6 57:13 61:17
67:16 71:6 73:8
**quick** 47:18
**quickly** 22:23

---

**R**

**racism** 74:7
**racist** 74:8
**radio** 17:23 69:5
71:18
**rail** 69:22
**railroad** 75:17
**Railway** 4:3
**raised** 5:3 5:4 74:3
**ran** 69:6 74:6
**rapidly** 52:13
**re** 42:9
**reach** 19:10
**react** 23:16 58:19
66:5 66:6
**read** 25:23 27:1 28:17
36:18 38:18 50:1
56:19
**reading** 50:6 56:10
67:10
**Reads** 34:21

**ready** 11:13 16:6
38:24 47:6
**really** 39:16 64:13
68:19 73:1 76:4
**rear** 27:17 28:12
28:21 37:12 37:22
38:15 39:6 42:13
56:20 56:24
**reason** 35:5 69:7
**reasonable** 7:20
**Reasonable** 5:7
**reasons** 56:18
**recall** 42:23 57:14
58:3 59:1 61:18 61:22
67:15 71:7 73:9
**receive** 11:2 12:24
13:17 14:24 15:12
**received** 35:18 36:7
45:23 48:10 54:13
**recess** 31:12 40:16
40:22 40:23 58:5 58:6
73:16 73:21 73:22
**recesses** 4:23 5:7
**record** 4:17 5:6 21:23
41:1 58:7 73:23 76:9
**recorded** 4:15 4:19
**recording** 4:21
**recover** 69:4
**recovered** 27:20 29:2
**recrewed** 57:9
**red** 51:10
**redid** 64:17 64:18
**reduced** 24:20 41:19
**reduction** 28:14 38:6
42:1 42:6
**refer** 9:2 13:24 15:21
65:21 65:21 66:17
**referred** 56:7
**referring** 42:10 53:3
54:17 54:18 59:17
65:2 65:17 65:19
**refers** 27:21
**refined** 61:8
**Refresh** 33:13
**refresh** 16:15
**regarding** 44:13 46:5
62:9
**Region** 8:9 10:7

Keith Coleman
October 16, 2019

89

rehang 69:24
rehung 56:12
relative 7:12
release 39:1 39:6
39:10
relevant 6:2 77:8
remain 4:22 7:6 9:23
remains 10:3 35:14
36:5
remarks 4:18
remind 74:22
removal 12:15 12:18
removed 14:19 33:8
Removing 35:12 36:4
removing 33:12 35:21
rendered 77:10
rephrase 71:14
reported 59:12 59:13
represent 11:7 11:11
Representative 5:24
representative 7:17
8:5 12:3 73:11 76:17
76:21 77:2
representatives 5:8
request 7:20 16:20
17:17 19:6 19:16 20:7
22:24 41:10 41:12
58:19
requested 7:14 20:10
requesting 16:10 18:8
21:5 23:17
requests 17:10 77:1
require 19:7
required 26:7 42:19
47:2 47:4 47:9 47:13
48:4 48:7 51:6
requirements 63:6
resign 75:17
respect 4:14 76:21
Respectfully 17:20
respond 22:24 46:3
54:4 57:6
responded 18:11
Respondents 4:24
response 21:11
responsibilities 48:2
responsibility 6:22
9:12 21:23

responsive 59:7
restored 64:1
results 24:24 48:9
48:10 58:16 63:15
resume 66:3
retention 12:13 14:16
return 12:22 14:19
review 16:1 22:11
22:13 45:4 45:5 57:19
reviewed 12:3 77:9
reviewing 53:5
Right 28:10 48:4
55:10 56:6 65:6 69:21
right 5:14 14:8 14:23
16:4 17:18 20:12
20:14 25:10 28:15
28:21 29:9 30:22 31:5
32:2 34:1 34:17 36:21
40:24 43:6 43:24 44:1
44:1 44:4 53:20 57:13
58:7 60:9 60:24 65:10
65:23 66:13 69:19
72:3 73:23 75:5
rise 23:3
road 25:24
Road 5:16 21:24 22:4
22:5
roads 69:20
Roger 17:3 69:8 69:9
69:13 69:18 69:22
70:8 70:9
room 4:6 6:15 9:5
19:1 46:6
rule 5:5 11:24 23:18
Rule 12:10 14:14 23:6
23:18 23:20 28:15
34:2 34:15 35:7 36:13
47:6 49:15 52:21
67:23
rules 4:11 11:15
11:18
Rules 10:24 34:8
47:21
ruling 11:19 11:22
run 75:12 75:14 75:18

———— S ————

sa 51:17
safe 47:4 47:15 48:2
safely 26:4 51:5
safety 70:18
same 10:3 13:1 15:1
33:23 43:19 43:20
53:16 59:20 64:23
64:24 65:1 70:24
save 43:5
saw 75:22
saying 19:23 43:19
64:16 64:21 64:22
64:23 70:16 72:1
SBU 37:24 38:18
38:20 39:7
Scott 45:19 45:20
46:4
screenshot 25:11
26:24 27:4 29:6 29:10
29:16
se 42:20 63:6
second 14:23 23:3
25:7 29:24 50:15
secondly 17:9
second-page 36:12
seconds 22:19 22:20
22:22 23:1 23:5 23:9
23:15 29:16 50:1 50:3
50:6 50:8 50:10 50:11
58:13 58:14 60:9
section 34:17 42:11
Section 13:8 15:6
15:6 24:4 24:5 25:6
25:15 25:22 34:19
36:14 36:16 36:17
40:4
sections 63:7
Security 75:16
see 23:1 23:4 25:3
27:10 27:21 28:5
28:13 30:19 34:17
46:6 51:16 52:16 56:2
59:10 61:8
seen 56:18
segment 22:18
selected 11:6
send 45:21
sent 16:8 45:13 45:16

45:18 76:14
sentences 13:14 15:9
separated 69:14
serious 12:9 12:18
14:14
seriousness 14:21
serves 6:12
service 7:6 9:23 10:21
12:8 12:13 12:15
12:19 13:16 14:11
14:13 14:16 14:19
15:11 45:8 47:5 47:11
47:16 53:4 53:15 68:8
Services 8:8 8:14 10:6
10:13 47:2
sh 69:5
shall 4:17 12:7 13:3
14:13 15:2
share 40:10
Shelley 8:7 10:5
short 31:12 73:18
should've 12:19
shouted 69:5
show 4:14 32:11 52:9
68:23
showed 69:13 69:18
69:22
showing 29:1 40:4
55:9
shows 22:17 22:20
22:21 27:16 29:10
32:8 32:13 32:15
41:21 41:24 59:18
60:10 69:17
sic 21:7 34:21 50:15
50:16 50:17 59:15
59:20
side 27:23 66:6
signal 50:22 75:19
Silent 11:17
silent 4:12
simple 4:11 45:8
Sincerely 8:6 10:4
single 14:2
single-page 39:24
42:14
Sir 20:8
sir 11:21 14:2 16:7

Keith Coleman
October 16, 2019

90

16:16 18:17 25:8 28:9
29:21 30:7 30:17
30:22 32:21 34:6
42:21 45:11 45:20
46:1 46:3 46:6 46:10
46:10 46:21 47:5
47:22 48:23 50:3
50:21 50:24 53:12
57:6 57:11 57:12
60:23 62:6 65:12
66:10 68:1 74:2
**sitting** 5:14 70:11
**situation** 24:21 75:21
**six** 41:18 41:22
**slack** 26:11 51:9 70:3
**slide** 22:17 41:7
**slowing** 66:19
**slowly** 28:21
**SMART** 5:23 19:11
21:7 76:15
**SMART-TD** 17:22
**smooth** 24:24 58:16
63:15
**snapshot** 32:14 32:17
48:15 48:19 48:20
50:2
**snapshots** 32:2 32:14
48:11
**somebody** 45:1 68:23
**someone** 11:6
**something** 23:9 47:14
48:1 64:13 69:4 70:15
72:20
**sorry** 28:7 46:13
60:24
**sorta** 29:5 34:5
**source** 35:19 36:8
**speak** 4:20 76:9
**speaker** 5:2 31:5
**specified** 8:2
**speed** 24:8 24:13
24:19 66:3 66:21
**spiked** 52:15 68:5
**spikes** 56:13 56:15
59:22 60:1
**spoken** 31:7
**spot-on** 59:15
**sta** 32:14

**stand** 32:24 76:8
**standard** 53:21
**start** 24:10 49:21 61:1
**started** 39:9 42:3
**starting** 26:7 51:7
**starts** 23:3 60:20 61:2
69:8 70:10
**state** 10:17 12:21
14:18 21:22 28:18
51:13 51:14 51:15
51:20 52:1 52:1 57:9
62:19 72:17
**stated** 11:15 20:3
57:11
**statement** 5:9 28:22
43:5 44:4 44:9 44:13
44:20 64:5 73:24
74:24 76:6
**statements** 5:10
44:10 73:17
**states** 12:6 13:2 13:7
14:12 15:1 15:5 25:22
27:8 35:7 51:17
**status** 16:13
**stay** 12:21 14:18
36:22 62:5
**step** 61:23
**Step** 37:10 38:24 39:5
39:8
**Stephens** 45:19 45:20
46:4
**steps** 39:20 39:22
**stick** 24:1 27:7
**sticking** 41:15
**still** 32:24 43:3 47:13
50:16 58:21 74:11
74:11 75:11 75:12
75:14 75:19
**stop** 32:9
**stopping** 26:7 51:7
**straight** 60:10 60:18
**stretch** 51:8 51:16
**stretched** 26:10 51:20
52:1 65:15 66:13
66:15 67:6
**stuck** 55:1
**Subdivision** 7:5 9:22
**Subject** 42:23 57:14

58:3 59:1 61:17 61:21
67:15 71:7 73:8
**substantiate** 30:6
33:17
**subtract** 51:21
**such** 12:9 14:14 26:16
**sufficient** 7:21
**suitable** 47:5 47:15
48:3
**Superintendent** 4:2
**superintendents**
74:13
**superior** 18:16
**supersedes** 34:5
**Support** 8:8 10:6
**supposed** 35:6 35:6
**sure** 47:4 47:15 47:18
48:1 48:2 64:3 64:4
64:19 68:18
**Sure** 19:13 30:20
44:17
**surrounded** 75:6
**surrounding** 17:7
**suspension** 75:14
**system** 37:11 37:21
43:20

---

T

**table** 4:22 5:13
**take** 14:17 26:2 31:12
40:16 40:21 48:15
51:4 51:21
**Take** 58:4
**taken** 25:4 28:14
40:23 58:6 73:22
**takes** 50:21
**taking** 42:3
**talk** 23:4 23:20 27:6
40:20 43:17 62:8
**talked** 31:6 57:12
**talking** 27:4 33:17
60:7 65:18 71:24
74:17
**tap** 75:13
**tapes** 17:10 17:12
17:23 69:7
**taught** 23:17

**TD** 5:23 19:11
**teach** 23:5
**tell** 22:7 34:6 61:6
70:15 71:15
**tenths** 23:3
**Terminal** 4:2
**terminals** 22:3
**territory** 45:9
**test** 27:5 35:8 35:18
36:8 39:14 42:4 47:13
55:20 55:21 56:3 56:4
56:21 56:23 64:18
**Test** 9:17 22:10 34:3
34:20 37:1 37:3 39:21
39:22 41:12 41:19
57:24 63:22 64:1
**tested** 27:10 68:14
**testified** 21:19 55:6
58:9 62:16 66:16
**testify** 46:5
**testifying** 53:11
**testimo** 20:17
**testimony** 4:18 5:10
5:12 6:2 32:22 33:9
44:9 44:12 67:20 73:3
75:1
**testing** 67:21
**th** 74:16
**Thank** 34:16 40:17
44:22 62:11 72:6 73:8
**that's** 15:23 23:4
25:21 27:17 36:17
37:5 37:17 38:3 39:19
41:11 41:21 42:2
45:19 48:21 49:5 50:6
50:11 50:24 51:2
51:24 52:13 53:13
53:17 64:21 66:23
67:1 67:5 67:20 71:23
72:5 72:5 72:24 74:14
75:7 75:7
**That's** 18:18 19:9
20:1 23:17 23:23 44:1
44:15 50:18 56:9
58:14 60:18 60:21
60:23 61:5 72:3 72:5
**theft** 12:9 14:14
**themselves** 4:13

AccuTran Global Enterprises, Inc.
855-552-0505

Keith Coleman
October 16, 2019

**Therefore** 22:23
**there's** 29:24 34:2
39:12 47:19 48:1
50:14 50:15 50:16
54:12 60:3 61:11
**There's** 14:3 29:24
42:6 56:5 56:18
**they're** 5:14 46:24
47:6 54:22
**thing** 64:21 64:22
64:23 70:24
**things** 48:17 48:20
49:4
**think** 10:22 18:6
30:11 30:13 45:19
45:22 65:14 67:20
68:2 69:16 71:10
71:15 76:1
**thinking** 64:8 69:3
70:23
**third** 22:22 23:2
**those** 26:12 43:3
**though** 33:23 44:4
52:6 62:5 69:16 76:4
**Three** 14:4
**three** 14:3 53:23 66:4
**Throttle** 24:6 49:16
52:21
**throttle** 22:21 22:21
23:4 23:16 24:13
24:17 24:19 24:22
25:4 49:18 58:9 58:15
58:19 59:15 59:19
60:12 60:19 60:22
61:2 63:12 63:14
65:22 66:21 67:22
67:23
**throttled** 66:4 66:14
66:21
**throttle's** 23:2 60:4
**Throttle's** 55:14
**throttling** 68:3
**through** 18:2 37:2
57:22 61:12 64:9
66:20 74:4
**throughout** 22:2
**thumb** 23:18
**TIBS** 37:24

**til** 73:2
**till** 69:2
**Time** 20:8
**time** 4:8 4:19 5:2 5:13
7:10 7:21 8:1 12:19
12:24 13:15 13:24
14:7 15:10 16:1 16:2
20:5 23:15 24:14
28:13 29:13 30:1 31:6
41:19 42:7 42:23
43:20 46:13 46:15
49:18 50:21 51:15
52:10 52:22 56:11
58:2 58:10 58:19 59:1
59:8 59:20 61:20
63:12 65:16 65:17
65:19 66:3 66:5 66:6
66:13 67:15 67:24
68:3 68:5 68:22 69:1
69:8 69:12 69:17 72:8
72:18 72:22 73:10
73:15 73:16 77:13
**Timekeeping** 8:17
10:16
**timeline** 29:6 29:10
29:24
**times** 4:22 68:4 71:19
**Time's** 40:22 40:24
58:4 58:7 73:20
**title** 21:23
**titled** 13:8 15:6
**today** 4:11 13:1 13:19
14:1 14:21 14:24
15:18 15:20 15:24
16:2 18:4 21:23 22:10
24:1 33:9 40:10 41:6
43:12 44:8 44:14 46:5
57:18 66:17 71:24
75:1 75:7 75:22 76:21
**told** 22:13 47:12
64:15 69:23
**tolerance** 51:17 51:21
51:21
**took** 29:12 41:22 42:3
66:2
**top** 32:7 32:14 41:22
41:24
**total** 50:1 50:11

**track** 47:11 60:19
69:24
**traction** 50:22
**Tractive** 24:14 55:14
**tractive** 23:3 49:20
50:22 52:6 52:10
52:14 53:24 59:6 60:4
60:11 60:11 60:20
68:5
**traffic** 50:14 50:16
50:17 53:24 59:15
59:19 60:4
**train** 6:24 9:14 14:17
22:9 25:24 26:3 26:8
26:9 26:12 27:7 27:18
28:12 29:2 29:19 30:8
32:5 32:7 32:9 33:11
33:19 34:8 34:12
35:13 35:17 35:23
36:5 36:7 37:12 37:22
40:15 41:22 42:13
43:15 43:15 46:2 51:4
51:7 51:8 51:13 51:16
51:18 52:16 56:24
57:8 57:20 58:21
63:11 63:19 64:9
64:12 65:15 65:15
65:23 66:3 66:5 66:12
66:22 67:5 69:6 70:10
70:12 70:17 70:19
71:3 72:19 75:14
75:14 75:18
**Train** 7:4 9:21 25:16
25:22 34:12 39:8 39:9
**Trainmaster** 69:13
69:17
**trains** 38:11
**transcribed** 4:16
**transcript** 76:13 77:9
**transition** 26:9 51:8
**transitioned** 51:14
**transpired** 12:19
**traveled** 52:4
**treated** 76:21
**tried** 69:2 69:4 74:8
**trip** 71:11
**truck** 69:19 69:20
**true** 68:16

**trust** 21:16 74:21
**try** 18:8 69:3
**trying** 70:14 72:14
72:18 75:20
**turbo** 42:3
**turn** 72:15
**Turn** 4:12
**turned** 4:22
**Twelve** 50:3
**Twenty-one** 62:24
**Twenty-two** 10:22
**two** 25:10 28:6 30:24
31:15 31:18 37:17
43:2 43:3 50:6 50:10
52:3 52:11 52:14
52:15 53:2 53:6 53:13
54:2 56:7 56:12 56:13
56:15 56:18 58:13
58:22 63:17 63:19
64:1 65:19 66:4 68:3
68:4 68:6 68:11 68:22
70:2 72:19
**two-page** 32:6 33:20
**two-second** 51:11
**type** 49:4

U

**U.S.** 8:9 10:7
**UGOREK** 4:1 5:17
5:21 6:1 8:18 10:17
10:20 10:23 11:2 11:6
11:9 11:11 11:13
11:21 11:24 14:2 14:4
14:7 14:9 14:20 15:16
15:24 16:7 16:12
16:15 17:23 18:2 18:6
18:17 18:19 18:22
18:24 19:4 19:6 19:9
19:13 19:15 19:18
19:21 19:24 20:2 20:5
20:8 20:12 20:14
20:20 21:1 21:7 21:11
21:15 23:8 23:14
23:22 23:24 24:3 24:9
25:2 25:10 25:15
25:19 26:18 26:22
27:3 27:14 28:6 28:11

Keith Coleman
October 16, 2019

29:15 29:21 30:1 30:4
30:7 30:9 30:11 30:15
30:17 30:20 30:22
31:2 31:5 31:8 31:10
31:12 31:19 31:22
32:1 32:16 32:21 33:3
33:4 33:13 33:19
33:24 34:22 35:3
35:24 37:15 38:11 38:9
38:13 38:17 38:22
39:3 39:11 39:15
39:23 40:4 40:8 40:15
40:18 40:21 40:24
41:4 41:9 42:14 42:18
42:22 43:6 43:11
43:17 43:22 44:5 44:7
44:21 55:2 57:15
57:17 58:2 58:7 58:8
58:24 61:19 61:23
62:2 62:5 62:7 65:7
65:9 65:12 65:13
65:20 67:14 71:8 71:9
72:7 72:10 72:12
73:10 73:15 73:20
73:23 74:22 75:3 76:3
76:5 76:10 76:12
76:16 76:20 77:2 77:7
**Ugorek** 4:1 8:10 10:8
15:13 21:21 62:18
**unable** 46:2
**under** 5:19 14:10
16:6 49:15 49:16
49:17 53:16 68:2
**undergoing** 26:9 51:8
**understand** 18:14
22:16 51:1 60:7 63:5
**understanding** 29:12
**unfit** 72:16
**union** 7:16 8:5
**unit** 63:11
**until** 49:21
**UP** 32:13 46:11 46:12
46:13 46:17 67:7
**up** 16:10 27:17 27:18
28:13 29:2 42:4 43:14
44:19 52:13 52:20
55:13 55:13 55:14
55:14 60:10 60:11

60:19 60:20 61:1 61:2
64:15 64:18 64:24
66:14 66:21 66:22
67:21 67:23 68:23
69:3 69:13 69:17 70:6
70:8 70:9 70:10 70:13
75:8
**upon** 15:23
**upstairs** 70:15
**Use** 24:5 49:16 52:21
**use** 38:18 46:24
71:15
**used** 38:20 39:7
43:20 52:18 66:24
**using** 24:23 58:15
63:14
**Usually** 54:8 54:10
**usually** 54:9
**UTU** 19:11

---

V

---

**val** 39:2
**valve** 38:7 42:7
**vehicles** 75:13
**verification** 38:21
39:7
**Verify** 37:10 37:20
38:15 39:5
**versa** 26:10 51:9
**version** 29:11 52:9
59:21 61:7
**versus** 51:18 55:1
72:22
**very** 60:8 71:2 75:24
**vice** 26:10 51:8
**view** 57:22
**violation** 75:16
**visible** 4:22
**voice** 4:20

---

W

---

**wait** 52:19
**Wait** 38:7 52:19
52:19
**walk** 47:18 68:23
69:23
**walking** 69:8

**Wallace** 76:15
**wanna** 23:21 43:3
43:21 49:2 61:23
68:13 74:22
**want** 21:4 23:20
27:12 28:15 30:19
44:3 47:23 56:16 76:4
**wanted** 31:15 35:4
43:2 43:10 75:8
**warrant** 12:18
**warranted** 5:5 11:19
18:6
**wasn't** 45:3 55:21
56:8 56:11 64:13
64:13 66:6 69:14
71:12 72:2
**watched** 75:10 75:12
75:13 75:16 75:18
**way** 26:16 42:4 44:19
48:13 48:15 49:2
59:22 64:18 71:3 71:5
**Wednesday** 4:8 6:17
9:8 77:13
**well** 22:3 26:12 34:23
37:17 45:24 49:21
54:14 59:18 68:2
76:15
**Well** 14:20 15:16
15:24 16:15 20:16
27:9 29:18 30:11
30:18 33:15 36:23
40:19 40:21 43:7
43:13 43:19 47:24
50:4 50:5 51:10 51:19
54:6 56:17 66:5 66:11
69:1 72:1 72:24
**we'll** 14:20 14:22
15:18 16:3 25:10
25:12 30:2 30:16 31:2
36:21 36:21 36:21
40:21 44:21 61:24
61:24 65:21 65:21
**We'll** 23:24 26:18
27:7 39:23 44:21
65:21 73:20
**went** 52:16 58:12
64:9
**We're** 20:14 43:17

71:23
**we're** 14:21 15:24
29:15 31:5 41:12
43:22 51:2 53:10 65:5
**weren't** 59:5 59:10
71:11 71:11 77:1
**we've** 32:3 32:21
50:2 52:20 63:10
63:10 65:18 65:18
67:21
**What'd** 40:13
**What's** 44:6 70:13
**what's** 29:5 36:22
48:21 53:12
**whereby** 12:12 14:16
**Where's** 23:10
**Whereupon** 20:23
21:2 21:9 21:13 25:13
25:17 26:20 32:18
33:21 40:2 40:6 40:23
42:16 58:6 62:12
73:22
**whether** 11:19 58:21
64:15 65:15 66:12
67:5
**whoever's** 49:13
**whole** 74:10
**who's** 69:9
**wish** 73:12
**withdraw** 33:11
**Within** 43:11 44:5
**within** 13:7 15:5
15:21 26:17 50:15
57:19
**without** 11:22 13:4
15:2 33:16 74:9
**withstand** 53:22
**witness** 8:13 10:11
18:9 21:18 62:15
74:16
**Witness** 5:16
**witnesses** 5:10 7:9
16:10 16:22 44:10
77:3
**won't** 27:6 27:6 62:10
**word** 71:16
**Word** 48:16
**wording** 49:3

Keith Coleman
October 16, 2019

93

**words** 38:19
**work** 19:11 19:14
74:14 75:11 75:12
75:14 75:17 75:19
**working** 7:3 9:20
46:18 71:22
**works** 19:12
**wouldn't** 61:14 61:15
**would've** 36:3 59:6
**wreck** 70:24
**writes** 34:8
**written** 16:17 23:20
**wrong** 54:24

---

Y

**ya** 21:16
**y'all** 69:6 69:6
**Yard** 4:6 6:15 9:5
**yard** 35:18 36:8
**Yeah** 31:12 31:16
48:11 50:8 59:3 61:4
65:12 67:18 70:4
73:18
**yeah** 54:8
**year** 74:19 75:6
**Years** 74:6
**years** 10:22 22:6
56:19 62:24 66:1 68:8
74:3
**yes** 19:15 33:17 46:23
48:11 54:9 54:9 54:21
**Yes** 11:1 11:5 11:8
11:12 11:21 14:5 16:7
16:12 19:18 19:21
22:11 25:8 28:9 30:22
31:19 32:21 32:21
33:6 34:2 36:18 40:11
41:7 42:12 42:21
45:17 45:20 46:1
48:23 49:11 49:19
50:13 50:18 57:21
58:1 60:1 62:6 63:3
63:9 63:13 63:16
63:20 63:23 64:9
65:12 67:9 68:1 68:7
71:2 71:5 73:7 74:2
76:7 76:19

**yesterday** 13:23
**you'd** 40:10 41:5
**you'll** 23:11 44:8
**you're** 19:23 32:3
34:17 36:15 40:19
42:9 42:10 48:18 50:9
53:18 60:7 60:15
60:17 64:15 64:16
70:22
**You're** 49:4
**yourself** 72:15
**you've** 48:24 57:18
65:18
**You've** 66:16

---

Z

**zero** 28:18 55:12
55:13 55:13 56:12

---

0

**0001** 6:6
**08** 30:9
**08:48:51** 29:9
**09:00** 6:17 9:7
**09:38:50** 29:16
**09:45** 7:2 9:19
**09:45:54** 25:12
**09:48:51** 29:11
**0900** 16:24 17:11

---

1

**10** 40:1 40:3 41:2
42:20 60:9 63:6
**10:02** 40:22
**10:12** 40:24
**10:40** 58:4
**10:45** 68:13
**11** 40:5 40:7 41:3
42:20 63:6
**11.0** 40:5
**11.1** 34:19 36:17 40:5
**11.2** 37:1 37:16 40:5
**11:04** 58:7
**11:31** 73:20
**11:44** 73:23
**11:50** 77:13

**1100** 17:11 17:13
**11306** 4:6 6:15 9:6
**11-dot** 36:17
**12** 22:6 42:15 42:17
48:8 56:7 56:19 68:12
**1200** 17:14
**1230** 17:15
**1400** 17:15
**1433** 17:22
**15** 8:20 42:1 42:2
50:1 50:4 50:8
**158** 52:3
**15th** 15:20 21:1
**16** 4:8 6:18 9:8 16:24
77:13
**160** 57:8
**160-plus** 12:21 14:18
**178** 51:24 52:2
**17B** 69:5
**18818** 6:8 8:22
**1885** 6:6

---

2

**20** 38:6
**2000** 45:23
**2019** 4:8 6:5 6:18 7:2
8:20 9:3 9:8 9:19 11:3
16:24 17:12 25:12
29:9 29:16 77:13
**20-pound** 28:14 42:6
**21** 66:1 68:8
**2290** 6:6
**23** 74:3
**24** 13:23 15:21
**26** 12:15
**281** 7:4 9:21 30:9
63:1 64:9
**29** 12:5 14:10

---

3

**300,000** 53:23
**35** 49:16
**35.0** 24:5
**35.1** 24:10 49:16
52:22
**3-point** 43:20

---

4

**4/22** 43:15
**40,000** 55:1
**42.0** 25:22
**42.1** 25:23
**42.2** 53:16
**44** 17:13

---

5

**50** 52:7 64:23
**5927** 51:20 51:22

---

6

**60** 37:13 38:4
**60478** 6:9 8:23
**6105** 51:19 51:20
**63rd** 52:3 53:7

---

7

**7070** 6:6
**74** 46:9
**7447** 32:13 32:15
46:13 46:17 67:7
**75** 37:23 38:4

---

8

**8th** 14:12 22:12 45:22
63:2

---

9

**9:19** 4:8
**9:38:50** 32:20
**9:45** 29:19 65:22
**94** 17:11
**9th** 13:22 14:11 20:21

AccuTran Global Enterprises, Inc.
855-552-0505



folder 1

## Investigation Sign in Sheet

Investigation: __K. Coleman__    Location: __Bensenville__

Date: __October 16, 2019__

| Person | Title | Reason | Signature |
|---|---|---|---|
| Michael Ugolek | Asst. Superintendent | Hearing Officer | _(signature)_ |
| Doug Cole | BFE | Witness | _(signature)_ |
| Mathew Patterson | Local Chairman | Representative | _(signature)_ |
| KEITH Coleman | Loco Engineer | | Keith X. Glen |
| | | | |
| | | | |
| | | | |
| | | | |

Shelley R. Daberitz
Manager Support Services
US East

11306 Franklin Ave
Franklin Park, IL
60131

Tel (630) 860-4447
Cell (847) 804-2321
Shelley_Daberitz@cpr.ca

October 9, 2019

**Certified #7018 2290 0001 7070 1885**

Mr. Keith Coleman
18818 S Oakwood Ave
Country Club Hills, IL 60478

Employee #763892

Dear Mr. Coleman:

This letter serves as your notice that a formal investigation/hearing will be conducted in the conference room at Bensenville Yard Office, 11306 Franklin Ave, Franklin Park, IL, at 09:00 hours on Wednesday, October 16, 2019.

The purpose of this investigation/hearing will be to determine the facts and circumstances and to place responsibility, if any, in connection with your alleged:

- Improper train handling

This incident allegedly occurred on October 8, 2019 at approximately 09:45 hours when working as the Locomotive Engineer on Train 281-8 on the Elgin Subdivision.

You will remain out of service pending the outcome of your formal investigation/hearing.

The following Carrier witnesses known at this time to likely have knowledge of the incidence and/or evidence relative to this investigation/hearing is hereby requested to attend:

- Doug Carl

You are entitled to a union representative of your choice present at this investigation/hearing as is provided for in your labor agreement. Any reasonable request for postponement must be made in a sufficient time prior to the date of the investigation/hearing.

You are instructed to be present on the above date, time, and place specified.

A copy is enclosed should you desire to coordinate this matter with your union representative.

Sincerely,

*Shelley R. Daberitz*

Shelley R. Daberitz
Manager Support Services
U.S. East Region

CC: Michael Ugorek
    Doug Carl
    Employee Services
    Crew Management
    Timekeeping

-Please arrange to conduct.
-Please arrange to appear as Carrier witness.

**Employee Signature:** _____ **Date Notified/Received:** _____

**Manager Signature:** _____

Shelley R. Daberitz
Manager Support Services
US East

11306 Franklin Ave
Franklin Park, IL
60131

Tel (630) 860-4447
Cell (847) 804-2321
Shelley_Daberitz@cpr.ca

October 15, 2019

Mr. Keith Coleman
18818 S Oakwood Ave
Country Club Hills, IL 60478

Employee #763892

Dear Mr. Coleman:

Please refer to my letter dated October 9, 2019 concerning formal investigation/hearing to be held in the conference room at Bensenville Yard Office, 11306 Franklin Ave, Franklin Park, IL, at 09:00 hours on Wednesday, October 16, 2019.

The purpose of this investigation/hearing will now be to determine the facts and circumstances and to place responsibility, if any, in connection with your alleged:

- Improper train handling
- Failure to perform a Class III Brake Pipe Continuity Test

This incident allegedly occurred on October 8, 2019 at approximately 09:45 hours when working as the Locomotive Engineer on Train 281-8 on the Elgin Subdivision.

You will remain out of service pending the outcome of your formal investigation/hearing.

Balance of my original notice remains the same.

Sincerely,

Shelley R. Daberitz
Manager Support Services
U.S. East Region

CC: Michael Ugorek
    Doug Carl
    Matthew Peterson
    Employee Services
    Crew Management
    Timekeeping

-Please arrange to conduct.
-Please arrange to appear as Carrier witness.
-Local Chairman

*Exhibit 3*

Mathew L. Peterson
Local Chairman #1433
1st V. Gen Chairman GO-261



5134 West 64th Place
Chicago. IL. 60638-5737

October 12, 2019

Mr. Josh Bahruth                    **VIA EMAIL**
Superintendent Bensenville
11306 Franklin Ave.
Franklin Park, IL 60131

Mr. Bahruth,

Please accept this formal request on behalf of Engineer K. Coleman to have witnesses and/or evidence made available at the investigation/hearing to be held on October 16, 2019 at 0900 hours.

First, Mr. Coleman would like to have Conductor R. Olinski made available for questioning for he was present and has firsthand knowledge of the events that occurred surrounding the alleged incident.

Secondly, Mr. Coleman also requests to have the tapes of channel AAR 094-094 between the hours of 0900 and 1100 on October 8, 2019 and the tapes of channel AAR 044-044 between the hours of 1100 and 1200, and then between the hours of 1230 and 1400.

Mr. Coleman hopes that his request will be approved in order to provide him his right to a fair and impartial hearing.

Respectfully,

Mathew L. Peterson
SMART-TD E Local Chairman #1433

Exhibit 4

# RE: Coleman Request

## Joshua Bahruth

Sat 10/12/2019 9:46 AM

To:Mathew Peterson <Mathew_Peterson@cpr.ca>;

Cc:Michael Ugorek <Michael_Ugorek@cpr.ca>; Doug Carl <Doug_Carl@cpr.ca>;

📎 1 attachment

ColemanRequest.docx;

Mr. Peterson,

Mr. Olinski can be made available for this event, but please understand he will not be compensated by the carrier.

Mr. Ugoreck will ensure that the company witnesses will provide requested information.

JRB

**Joshua Bahruth**
Superintendent Bensenville
**O** 630-860-4270
**C** 701-389-0554
11306 Franklin Ave.
Franklin Park, IL 60131

CP

**From:** Mathew Peterson <Mathew_Peterson@cpr.ca>
**Sent:** Saturday, October 12, 2019 9:29 AM
**To:** Joshua Bahruth <Joshua_Bahruth@cpr.ca>
**Cc:** Michael Ugorek <Michael_Ugorek@cpr.ca>; utue1433@comcast.net
**Subject:** Coleman Request

Please see attached.

Mathew Peterson
Local Chairman #1433

Exhibit 5



File  Options  Tools  Scans  Graph

Oct 08 2019 09:45:54

Record Information
Locomotive:
7447

Forward  574.497 mi
Reverse  2.526061 mi
Total  577.0796 mi

2 days 17 minutes and 39 seconds

Recorder Type  LDARS (LSI-UP-8, IETMS)
IETMS Wheel Size  40.33"
Serial #  1020726

| Channel Name | Value |
|---|---|
| Time | Oct 08 2019 09:45:54 |
| Milepost | -- |
| Rint Command | No Req |
| Speed (MPH) | 5 |
| IETMS Speed (MPH) | 4 |
| IETMS Max Speed (MPH) | 0 |
| Dir Call | For |
| Trac Effort (klbs) | 49 |
| Horn | Off |
| Bell | Off |
| EAB BP (psi) | 88 |
| EAB BC (psi) | 0 |
| EOT BP (psi) | 87 |
| EAB ER (psi) | 90 |
| EIE | Off |
| PCS Open | Closed |
| Throttle | T3 |
| D8 Call | 0 |
| L Throttle Cmd | -- |
| L DB Cmd | -- |
| Y Throttle Cmd | -- |
| I DB Cmd | -- |
| R Throttle Cmd | -- |
| R Throttle FB | -- |
| R DB Cmd | -- |
| R DB FB | -- |
| D8 Start | Off |
| D8 Setup | Off |
| CCS Cab Sig | DK |
| ATC Cab Sig | DK |
| EAB Penalty | No |
| EAB Pen Alerter | No |
| CVE | Off |
| EOT Emer Enabled | On |
| EOT Armed | Yes |
| Emergency Brake | Off |
| TLEH | Off |
| EOT Emer Dump | Off |
| Cruise Control | Off |
| DL Front | On |
| HL Front | On |
| HL Rear | Off |
| EAB Brake Setup | Frt |
| EAB IBS | Released |

**Tractive effort rises and continues to climb**

**Span shown is 2 seconds between arrows**

ETMS MilePost

Speed
Speed (MPH)
IETMS Speed (MPH)
IETMS Max Speed (MPH)

Dir Call

Trac Effort (klbs)

Horn

Bell

Brakes
EAB BP (psi)
EAB BC (psi)
EOT BP (psi)
EAB ER (psi)

EIE

PCS Open

Throttle
Throttle
D8 Excit

**34.6** Running Release of the Brakes – Conventional Trains.

Following a release of the Automatic Brake, the throttle must not be advanced or dynamic brake adjusted until the air has been seen rising (minimum 3 psi) on the **rear** of the train. This may require or result in stopping the train to allow for the brakes to release.

**34.7** Reporting Undesired Brake Releases

Locomotive engineers are responsible for reporting undesired brake releases to their immediate supervisor and advise the location of occurrence by subdivision and mile, as well as description of use of the automatic brake prior to the release.

## 35.0   Use of Throttle

**35.1** When it is desired to increase speed, the throttle must be advanced one notch at a time. Tractive effort / Amperage must be constant or dropping before moving the throttle to the next higher position. When it is desired to decrease speed, the throttle must be reduced gradually, except in emergency situation.

The throttle should always be handled using good judgment and in a manner that results in smooth operation.

## 36.0   Minimizing Sticking Brakes

**A -** Do not overcharge the train brake system above standard pressure, unless otherwise specified as per special instructions.

**B -** Whenever a train is operating in a false gradient condition, if an angle cock is closed such as when changing a defective air hose, a buildup of brake pipe pressure in the cars ahead of the closed angle cock may result in sticking brakes when the angle cock is opened. In order to eliminate the possibility of sticking brakes, a full service brake pipe reduction must be made before the angle cock is closed.

**C -** The total brake pipe reduction should be 10 psi or more before the release is made. An overall reduction of less than 10 psi should therefore be increased to 10 psi or more before releasing. Brake pipe exhaust must be stopped for at least 20 seconds before releasing.

**D -** Whenever air brakes are used to stop a train the minimum reduction must be at least 10 psi prior to the release of the brake.

## 37.0   Emergency and Penalty Brake Applications

**37.1** All employees concerned must familiarize themselves with the location of the emergency valves on locomotives and cars so equipped. Emergency valves are to be used only in cases of emergency, and when used must be opened wide and left open until the movement is stopped. Members of the train crew are to communicate to the extent possible in the event of an emergency brake application so as to ensure personal safety.

**37.2** An EMERGENCY BRAKE APPLICATION must not be made unless it is necessary. In cases that require stopping in the shortest possible distance, when contact has been made or to avoid imminent contact with, someone or something that could result in harm to members of the public, employees or property, an EMERGENCY BRAKE APPLICATION must be made.

- On trains so equipped, the TIBS emergency brake feature must also be activated.
- If accessible to other crew members, the conductor's emergency valve must be opened fully and left open until the movement stops.

**37.3** When an EMERGENCY BRAKE APPLICATION occurs from any source, the locomotive engineer must immediately:

- activate the TIBS emergency feature (if so equipped)
- place the automatic brake handle in the EMERGENCY position and leave it there until the movement stops.

**37.4** In the event of a PENALTY or EMERGENCY BRAKE APPLICATION while moving, the locomotive engineer must regulate locomotive brake cylinder pressure to obtain the shortest possible stop required by the situation. Care and good judgment must be exercised to avoid locomotive wheel slide and severe in-train forces.

**Note:** After an emergency brake application, brake pipe vent valves will remain open for as long as one minute. No attempt should be made to release brakes or recharge the brake pipe until this interval has elapsed.

## 42.0 Train Handling Guidelines

**42.1** Knowledge of the road and train make-up are the most important factors the locomotive engineer must take into account when developing a train handling plan to operate safely, efficiently and with competence.

The particular care and attention required when starting or stopping a train must also be exercised when the train is undergoing a transition from bunched to stretched or vice versa. Changes in slack due to grade changes and/or train make-up, as well as those initiated by the locomotive engineer must be handled in such a way as to maintain the in-train forces within acceptable levels.

### 42.2 High Horsepower AC Locomotives - Tractive Effort

Knuckles for standard freight cars (C-Grade) are designed to withstand approximately 300,000 lbs of continuous tractive effort. Knuckles for bulk commodity freight cars (E-Grade) are designed to withstand approximately 400,000 lbs of continuous tractive effort.

One AC Traction Motor equipped locomotive is able to develop up to 180,000 / 200,000 lbs of tractive effort when starting a train from a standstill.

At 13 MPH, one SD40 locomotive in throttle 8 will develop 71,000 lbs. of tractive effort and at 8 MPH, one AC Traction Motor equipped locomotive in throttle 8 may develop up to 180,000 / 200,000 of tractive effort.

Due to the high level of tractive effort AC Traction Motor equipped locomotives are able to develop, caution must be exercised when starting trains to avoid train separation.

### 42.3 Starting Freight Trains

| Factors to be considered: |
|---|
| Throttle response characteristics of locomotive consist. |
| Weight and length of train. |
| Amount of slack in train. |
| Weather. |
| Grade. |
| Rail conditions. |
| Proximity of curves in relation to head portion of train. |
| Train marshaling. |
| Rear car should be started with care, using lowest throttle possible to start train moving. |
| After train is moving, throttle may be moved to the next higher position when amperage or tractive effort begins to decrease. |

### 42.4 Stopping Freight Trains

| Factors to be considered: |
|---|
| Knowledge of the territory over which you are operating is extremely important. With this familiarity, planning ahead will enable you to select the most desirable train handling method. |
| Unless rules specify otherwise, during planned stopping, slowing or controlling train speed, if dynamic brakes are available, the power braking method should be avoided. |
| Total braking effort from dynamic and air brakes should be kept at the lowest practical level when stopping in curve territory. |
| When the instructions require that the locomotive brakes be applied to complete a stop, brake cylinder pressure must be sufficient to prevent a run-out of slack without creating excessive buff forces. |
| A 30 second pause between split reductions minimizes in-train forces. |
| Unusual blocking of loads or empties (train marshaling) must be considered in choosing the proper train handling method. |
| The various train handling methods must be known and understood. The method that you select should be the one that minimizes in-train forces and locomotive fuel consumption. |
| To ensure release and prevent sticky brakes after a brake application, the total brake pipe reduction must be 10 psi or more before release is made. Whenever practicable, an overall reduction of less than 10 psi should therefore be increased to 10 psi or more before releasing. |

### 42.5 Back-Up Movements

| Factors to be considered: |
|---|
| Locomotives can develop enough buff force to cause trailing locomotives and cars in train to jackknife. |
| The number of powered axles in the locomotive consist determines the potential total buff force. |
| Slack should be stretched, when necessary, to reduce buff forces when starting. |
| Short car/long car combinations, proximity of curves to head end of train and trains with empties on head end require special consideration. |

### 42.6 Slowing or Controlling Freight Trains

| Methods to be considered: |
|---|
| **Throttle Modulation -** Gradually reduce throttle one notch at a time to adjust train slack gradually until desired speed is reached. |
| **Dynamic Brake -** If the dynamic brake alone will provide sufficient retardation to slow or control speed, use of the train brakes is unnecessary. |
| **Stretch Braking -** Throttle 4 or less with automatic brake application. |

Exhibit 8



Before departure there was no Class III brake performed as shown below after the EOT (Dump Test)

Exhibit 9

OCT 08 2019 0839EDT

                        TRAIN TONNAGE PROFILE


        TRAIN:  281EA08                        OUT OF BENSENVILLE
        HEADEND POWER:     UP   007447  CSXT 005390
        ENGINES IN TOW:    NONE
        REMOTE POWER:      NONE
-----------------------------------------------------------------------------


THIS TRAIN IS DESIGNED FOR MAXIMUM HAULAGE
THE AVAILABLE HP FOR THIS TRAIN IS  8400
FOR MAXIMUM DYNAMIC BRAKING (DB) AND VERIFICATION OF LOCOMOTIVE
DB FACTORS IN CANADA AND USA REFER TO GOI.
-----------------------------------------------------------------------------
              LOADS  EMPTIES  CONTENTS   TARE    E.G.T.   LENGTH
TRAIN TOTALS:    52     16      1488     3229    4717     5927
              TONNAGE TOTALS DO NOT INCLUDE OPERATIVE LOCOMOTIVES
-----------------------------------------------------------------------------

                                    - - WEIGHT (TONS) - -
LINE AXLE    CAR   L/E LTH HAND       50      100      150     200 CLASSCD
                                  .........:.........:.........:.........:
000(  6)UP  E007447 E  74     4400HP 10.0DBF - PTC Disabled
000( 12)CSXTE005390 E  74     4000HP 11.0DBF - PTC Disabled
001  16 NOKL 733019 E  80     XXXXXX  :        :        :       4850MA1
002  20 TBOX 671971 E  68     XXXXXXXX :        :        :       4850MA1
003  24 CP   315521 E  95     XXXXXXXXX:        :        :       4640MA1
004  28 NOKL 733015 E  80     XXXXXX  :        :        :       4850MA1
005  32 NDYX 863384 E  70     XXXXXXX :        :        :       4850MA1
006  36 ALHX 001031 E  67     XXXXXX  :        :        :       4850MA1
007  40 PTEX 021385 E  47     XXXXXX  :        :        :       4850MA1
008  44 UTLX 631653 L  43 DANG XXXXXXXXXXXXXXXXXXXXXXXXXX :      4850MA1
009  48 TCIX 161088 L  42 DANG XXXXXXXXXXXXXXXXXXXXXXX :         4850MA1
010  52 SOO  600317 E  81     XXXXXX  :        :        :       4850MA1
011  56 PROX 023124 E  57 DANG XXXXXXX :        :        :       4850MA1
012  60 MFCX 132275 E  60 DANG XXXXXXX :        :        :       4850MA1
013  64 MFCX 132170 E  60 DANG XXXXXXX :        :        :       4850MA1
014  68 TTGX 980055 L  94     XXXXXXXXXXXXXX :        :       4850MA1
015  72 TTGX 158902 L  94     XXXXXXXXXXXXX  :        :       4850MA1
016  76 TTGX 974558 L  94     XXXXXXXXXXXXXX :        :       4850MA1
017  80 UTLX 210487 E  60 DANG XXXXXXXXX :        :        :     4850ET1
018  84 WRWK 728364 L  59     XXXXXXXXXXXXXXXXXXXXXXXX :        4850MA1
019  88 ADMX 063391 E  70     XXXXXXX :        :        :       4850MA1
020  92 PROX 036959 E  68 DANG XXXXXXXXXX :        :        :    4850MA1
021  96 CRGX 029513 E  61     XXXXXXXXX :        :        :      4850MA1
022 100 ADMX 031125 L  60 DANG XXXXXXXXXXXXXXXXXXXXXXXXXX :      4850MA1
023 104 NDYX 815341 E  58     XXXXXX  :        :        :       4850MA1
               B/O SAFE TO TRAVEL - DO NOT LOAD IF  EMPTY
024 108 TTGX 706997 L  94     XXXXXXXXXXXXXXXXXXX :        :     4850MA1
025 112 TTGX 970557 L  94     XXXXXXXXXXXXXXXXX  :        :     4850MA1
026 116 TTGX 941395 L  94     XXXXXXXXXXXXXX :        :         4848FA1
027 120 TTGX 693873 L  94     XXXXXXXXXXXXX  :        :         4848FA1
028 124 TTGX 981142 L  94     XXXXXXXXXXXXXXXX :        :        4848FA1

Exhibit 9

```
029  128 CPAA 543092 L   94        XXXXXXXXXXXX      :        :        4848GMA
030  132 TTGX 973553 L   94        XXXXXXXXXXXXXX    :        :        4848GMA
031  136 TTGX 704811 L   94        XXXXXXXXXXXXXX    :        :        4848GMA
032  140 TTGX 156382 L   94        XXXXXXXXXXXXX     :        :        4848GMA
033  144 TTGX 853861 L   94        XXXXXXXXXXXXXX    :        :        4848GMA
034  148 PW   190026 L   94        XXXXXXXXXXXX      :        :        4848GMA
035  152 TTGX 981178 L   94        XXXXXXXXXXXXXX    :        :        4848GMA
036  156 TTGX 985662 L   94        XXXXXXXXXXXXX     :        :        4848GMA
037  160 TTGX 978490 L   94        XXXXXXXXXXXXXX    :        :        4848GMA
038  164 NKCR 008463 L   94        XXXXXXXXXXXXX     :        :        4848GMA
039  168 TTGX 978064 L   94        XXXXXXXXXXXXXX    :        :        4848GMA
040  172 TTGX 710833 L   94        XXXXXXXXXXXXX     :        :        4848GMA
041  176 TTGX 987813 L   94        XXXXXXXXXXXXXX    :        :        4848GMA
042  180 TTGX 995620 L   94        XXXXXXXXXXXXX     :        :        4848GMA
043  184 TTGX 920068 L   94        XXXXXXXXXXXXXXXX  :        :        4848FA1
044  188 TTGX 985282 L   94        XXXXXXXXXXXXXX    :        :        4848FA1
045  192 TTGX 942023 L   94        XXXXXXXXXXXXXX    :        :        4848FA1
046  196 TTGX 985058 L   94        XXXXXXXXXXXXXX    :        :        4848FA1
047  200 BNSF 301754 L   94        XXXXXXXXXXXXXX    :        :        4848FA1
048  204 TTGX 978018 L   94        XXXXXXXXXXXXXX    :        :        4848FA1
049  208 TTGX 996485 L   94        XXXXXXXXXXXXXX    :        :        4848FA1
050  212 TTGX 980227 L   94        XXXXXXXXXXXXX     :        :        4848FA1
051  216 TTGX 965261 L   94        XXXXXXXXXXXXXX    :        :        4848FA1
052  220 TTGX 705605 L   94        XXXXXXXXXXXXXXXXXX :       :        4848GMA
053  224 BNSF 300841 L   94        XXXXXXXXXXXXXXXXXX :       :        4848GMA
054  228 CN   712242 L   94        XXXXXXXXXXXXXXX   :        :        4848GMA
055  232 CNA  711890 L   94        XXXXXXXXXXXXXX    :        :        4848GMA
056  236 TTGX 982916 L   94        XXXXXXXXXXXXXXXXX :        :        4848GMA
057  240 TTGX 710749 L   94        XXXXXXXXXXXXXXXX  :        :        4848GMA
058  244 TTGX 704362 L   94        XXXXXXXXXXXXXXXXXX :       :        4848GMA
059  248 TTGX 941582 L   94        XXXXXXXXXXXXXXXXX :        :        4848GMA
060  252 TTGX 953797 L   94        XXXXXXXXXXXXXXXX  :        :        4848GMA
061  256 TTGX 987333 L   94        XXXXXXXXXXXXXXXX  :        :        4848GMA
062  260 CTTX 694239 L   94        XXXXXXXXXXXXXXXXXXX:       :        4848GMA
063  264 TTGX 942751 L   94        XXXXXXXXXXXXXXXX  :        :        4848GMA
064  268 TTGX 990605 L   94        XXXXXXXXXXXXXXXX  :        :        4848GMA
065  272 TTGX 990950 L   94        XXXXXXXXXXXXXXXXX :        :        4848GMA
066  276 BNSF 302744 L   94        XXXXXXXXXXXXXXXXX :        :        4848GMA
067  280 CNA  711874 L   94        XXXXXXXXXXXXXX    :        :        4848GMA
068  284 SP   516789 L   94        XXXXXXXXXXXXXXXXX :        :        4848GMA
----------------------------------------------------------------------------
TRAIN LENGTH INCLUDING 3% TOLERANCE              6105 FEET
TRAIN LENGTH EXCLUDING LEAD AND REMOTE LOCOMOTIVES 5780 FEET
TRAIN LENGTH INCLUDING LOCOMOTIVES               5927 FEET
GROSS WEIGHT INCLUDING LOCOMOTIVES               5143 TONS
AVERAGE WEIGHT PER CAR                             73 TONS
----------------------------------------------------------------------------
                            BLOCK CONSIST

BLK DEST     POS  HEAD CAR   POS   REAR CAR   LDS MTY  TONS   LENGTH

04850MA      003 NOKL 733019 004  TBOX 671971  0   2    74      148
04640MA      005 CP   315521 005  CP   315521  0   1    44       95
```



**Manager Operating Practice Notice**



GOI Section 3 Item 3.1: Deleted/removed.

GOI Section 3 Item 3.2: Deleted/removed.

GOI Section 3 Item 3.3: Deleted/removed.

GOI Section 3 Item 3.4: Deleted/removed.

GOI Section 3, Item 6.3: Train Brake Test Leakage: Air Flow Method Procedure
Step 1 changed to read:

When a signal is given to apply the brakes, make a 20 psi brake pipe reduction with the automatic brake.

GOI Section 3, Item 7.2: Class 1 Air Brake Test Procedures
Step 1 changed to read:
Inspect the train in accordance with Section 5, Item 1.1 – Item 1.3 Inspection before or during brake test.

GOI Section 3, Item 11.1: Class III – Brake Pipe Continuity Test
Changed to read:

**11.1  Class III Brake Pipe Continuity Test**
Perform a Class III air brake test when:
a) Adding/removing locomotive(s) or caboose.
b) Removing a car or block of cars from the train and the consist otherwise remains intact
c) Adding a car or block of pre-tested cars.
d) Adding locomotives after a train has received a brake test from a yard air source.
e) Adding/removing distributed power/helper locomotives anywhere in train.

GOI Section 3, Item 11.2: Brake Pipe Continuity Test Procedure
Step 1 revised as follows:

Verify the brake system is charged and the pressure at the rear of the train is not less than 75 psi as indicated by an accurate gauge or TIBS (SBU).

GOI Section 3, Item 13.2: Procedure for Conducting a Transfer Air Brake Test
Step 1 revised as follows:

Verify that the brake system is charged and the pressure at the rear of the train is not less than 75 psi as indicated by an accurate gauge or TIBS (SBU).

GOI Section 3, Item 18.2: Attaching and Detaching Yard Air sources
Changed to read:
In remote locations where Yard Air is available the following instructions apply:

**Attaching Yard Air**
- Ensure train/cars are secured.
- Blow out any condensation and/or other contaminants from the hose.
- Connect Yard Air and open air source.

## 11.0 Class III – Brake Pipe Continuity Test Application & Release

### 11.1 Class III Brake Pipe Continuity Test

Perform a Class III air brake test when:

a) Changing any locomotive or locomotive consist;

b) Removing or changing a caboose;

c) Removing a car or block of cars from the train with the consist otherwise remaining intact;

d) Adding a car or block of cars pre-tested by a Class I Air Brake Test;

e) Adding a car or block of cars from one previous train that previously received a Class I Air Brake Test and has been connected to a source of air within the last 4 hours;

f) Coupling back to train after uncoupling for less than four hours (e.g., to make a cut at a road crossing);

g) Adding helper locomotives anywhere in the train or removing helper locomotives from other than the rear end of the train;

h) Adding locomotives after train has received air brake test from a yard air source.

i) Brake pipe continuity is broken or interrupted;

j) Train does not leave a terminal immediately upon completion of the brake test;

k) Train stops where there is public access to the train, or public crossings are blocked;

l) Any time brake pipe continuity is suspect.

### 11.2 Brake Pipe Continuity Test Procedure:

| Step | Description |
|---|---|
| 1 | Verify that the brake system is charged and the pressure at the rear of the train is not less than 60 psi as indicated by an accurate gauge or TIBS (SBU). |
| 2 | Make a 20 psi brake pipe reduction with the automatic brake valve. Wait for the exhaust to cease. |
| Note | On Distributed Power trains, the remote brake valve/feed valve(s) must be cut out prior to releasing the automatic brake. |
| 3 | Verify that brakes on the rear car apply (SBU may be used for verification). |
| 4 | When ready to proceed, release the automatic brake. |
| 5 | Verify that brakes on the rear car release (SBU may be used for verification). |
| 6 | Train may be started after the brakes release. |

**Note:** When performing a crew change continuity test, the inbound engineer performs Steps 1, 2 and the note, and the outgoing engineer performs steps 4, 5 and 6. Integrity must be confirmed.

## 12.0 Brake Pipe Continuity Test (ECP Trains)

### 12.1
Although the ECP system has safeguards built in to protect continuity, the following test can be used to confirm brake pipe continuity through the train.

### 12.2 Continuity Test Procedure for ECP Trains:

| Step | Description |
|---|---|
| 1 | Command a full service brake application (100% TBC) and note the slight drop in brake pipe pressure at the rear of the train.<br><br>**Note:** On a Wired Distributed Power train, the Feed Valve(s) must be cut-out on the remote(s) prior to commanding the full service brake application. |
| 2 | When the main operating screen indicates that Train Brake Effort (TBE) reaches 85% or greater, then release the brake immediately (0% TBC). |

Exhibit 12



Train Departed after BIT and a reduction of six cars made on the rear of the train

Brake Pipe pressure restored on the rear of the Train as per the EOT. BP bleeds off to 15 psi recharged then the rear end brake pipe pressure drops to zero (Dump Test) after test recovers to a fully charged state of 86 psi