# EXHIBIT E



Nicholas C. Walker    AVP    11306 Franklin Ave    Office: (630) 860-4156
Operations                         Franklin Park, IL      Nick_Walker@cpr.ca
US East                             60131

October 21, 2019

**Certified #7018 2290 0001 7070 1939**

Mr. Keith Coleman
18818 S Oakwood Ave
Country Club Hills, IL 60478

Employee #763892

Dear Mr. Coleman:

Full consideration has been given to testimony developed at formal investigation/hearing which was held on October 16, 2019 in connection with your improper train handling and failure to perform a Class III Brake Pipe Continuity Test. This incident occurred on October 8, 2019 at approximately 09:45 hours when working as the Locomotive Engineer on Train 281-8 on the Elgin Subdivision.

Upon thorough review of the entire investigation record, there is substantial evidence proving you violated the GOI Section 1, 35.1: Use of Throttle; GOI Section 1, 42.1: Train Handling Guidelines; GOI Section 3, 11.1 Class III Brake Pipe Continuity Test; MOP Notice #10 Section 3, 11.1; and GOI Section 3, 11.2: Brake Pipe Continuity Test Procedure.

In consideration of the decision stated above and review of your past personal record, you are hereby dismissed from employment with Canadian Pacific effective immediately.

Please contact the Trainmaster at phone number 630-860-4446 no later than Monday, October 28, 2019 or upon immediate receipt of this letter to arrange a time to return all Company property that has been issued to you.

Best Regards,

Nicholas C. Walker
AVP Operations
U.S. East Division

CC:    Joshua Bahruth
        Shelley Daberitz
        Employee Services