IN THE UNITED STATES DISTRCIT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| Paris Winters, | ) | Case No. 1:21-cv-04702 |
| Plaintiff, | ) ) ) | Honorable Mary M. Rowland |
| v. | ) ) | Honorable M. David Weisman |
| Soo Line Railroad d/b/a Canadian Pacific Railway, | ) ) ) |  |
| Defendant. | ) ) ) |  |

## JOINT STATUS REPORT

Plaintiff Paris Winters ("Winters") and Defendant Soo Line Railroad d/b/a Canadian Pacific Railway ("CP" or "Defendant"), through their undersigned counsel, provide the Court with the following Joint Status Report pursuant to the Court's Minute Entry dated December 8, 2022 (ECF No. 59):

**1.  Whether fact discovery has been completed.**

The parties agree that fact discovery (other than treater-related discovery, as described below) is complete.

**2.  Treater discovery and IME schedule.**

The parties will abide by the schedule for treater discovery and an independent medical examination (and/or motion for an IME) as outlined in the Court's September 7, 2022 Minute Order (ECF No. 53).

4871-8265-1464\3

Respectfully Submitted,

Date: January 18, 2023

/s// *Cynthia M Rote*
Cynthia Rote

**INTEGRATE LEGAL PC**
516 Main Street, Suite 1
Pecatonica, IL 61063
Tel: (815) 255-4695
Service@Integrate-Legal.com

*Attorney for Plaintiff Paris Winters*

/s/ Andrew T. James
John T. Sullivan (admitted *pro hac vice*)
Andrew T. James (admitted *pro hac vice*)
**DORSEY & WHITNEY LLP**
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Tel: (612) 340-2600
sullivan.jack@dorsey.com
james.andrew@dorsey.com

John F. Grady
**GRADY BELL LLP**
53 West Jackson Boulevard, Suite 1250
Chicago, IL 60604
Telephone: (312) 939-0964
Facsimile: (312) 546-6820
jgrady@gradybell.com

*Attorneys for Defendant Soo Line Railroad Company d/b/a Canadian Pacific Railway*