IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEITH COLEMAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1:22-CV-00016 |
| v. | ) |
| | ) |
| SOO LINE RAILROAD D/B/A | ) |
| CANADIAN PACIFIC RAILWAY, | ) |
| | ) |
| Defendant. | ) |

**AGREED MOTION TO FORMALLY STAY, OR,
ALTERNATELY, EXTEND DISCOVERY DEADLINE**

NOW COMES, Plaintiff, Keith Coleman jointly with Defendant Soo Line Railroad and respectfully moves this Court for entry of an order formally staying discovery until the Court rules on the Pending Motion for Judgment on the Pleadings and, alternatively (only if necessary), extending the deadline to complete discovery by an additional 90 days following the Court's ruling should the case not be fully resolved by the pending Motion. In support of the same, the parties advise and state as follows:

1. This Court entered an order on November 28, 2022, ordering discovery to be completed by September 1, 2023.

2. During the course of discovery, Defendant discovered that Plaintiff had petitioned for bankruptcy in a time and manner which gave rise to grounds for Defendant to move for judgment on the pleadings on estoppel and other grounds.

3. On May 19, 2023, Defendant filed a Motion for Judgment on the Pleadings relating to Plaintiff's bankruptcy filing.

4. At this time and in the course of the meet-and-confer process pertaining to said motion, the parties agreed to hold off on further discovery and scheduling depositions until the Court

1

ruled on said motion so as to not incur fees and costs on behalf of their respective parties. The parties reached this agreement in good faith and with the intent on conserving judicial and financial resources given that the Motion has the potential to be dispositive of the entire case.

5. The Motion for Judgment on the Pleadings was fully briefed as of July 5, 2023, and remains pending for decision by the Court.

6. The parties, therefore, respectfully seek from the Court formal adoption of a stay of discovery until the Motion for Judgment on the Pleadings has been ruled on by the Court as formalized through a Minute Entry or otherwise. Should this case not be fully resolved by such Motion, the parties request an additional 90 days from the Court's ruling to complete discovery.

WHEREFORE, Plaintiff and Defendant request this Honorable Court enter an Order: (i) formally staying Discovery until after the Motion on the Pleading has been ruled on by the Court; and (ii) alternatively (only if necessary), extending discovery by an additional 90 days should the case not be fully disposed by through the pending motion.

Respectfully submitted:

/s//Cynthia M Rote
Attorney For Plaintiff
Integrate Legal, PC
516 Main Street, Suite 1
Pecatonica, Illinois 61063
(815) 255-4695
Cynthia@Integrate-Legal.com

/s/ Tracey Holmes Donesky_____
One of Defendant's attorneys

John D. Galarnyk, Esq. (#6191543)
Andrew J. Cunniff, Esq. (#6308820)
GALARNYK & ASSOCIATES, LTD.
55 W. Monroe Street, Suite 3600
Chicago, Illinois 60603
Telephone: 312-441-5800
John@galarnykltd.com
Andrew@galarnykltd.com

Tracey Holmes Donesky (MN #302727), *admitted pro hac vice*
Sharon S. Beck (MN #0403489), *motion for admission pro hac vice forthcoming*
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500
tracey.donesky@stinson.com
sharon.beck@stincon.com

Ashley E. Dillon (MO #65877), *motion for admission pro hac vice forthcoming*
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
Telephone: (816) 842-8600
ashley.dillon@stinson.com